**United States Bankruptcy Court**
**for the District of Columbia**

**FILED**

DEC 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In Re:

David W. Edwards

              Debtor(s)

Case Number:  05-2168

**TO:    Clerk, U.S. District Court for the District of Columbia**

Transmitted herewith is the **DE NOVO REVIEW** in the above-capti
proceeding.  Included in the transmittal is a copy of order being appe
the docket sheet.

CASE NUMBER  1:06CV02130

JUDGE: Rosemary M. Collyer

DECK TYPE: General Civil

DATE STAMP: 12/14/2006

**Documents related to the appeal include:**

| DE# | Document | Filer |
|---|---|---|
| 35 | Objection to Claim Number by Claimant Brenda Moore-Edwards | Debtor |
| 38 | Opposition To Debtor's Objection To The Proof Of Claim | Brenda Moore-Edwards |
| 50 | Order Disallowing Claim #8 of Brenda Moore-Edwards | Court |
| 56 | Objection Filed by Brenda Moore-Edwards | Brenda Moore-Edwards |
| 58 | Order Directing Clerk Re Handling of Request of Brenda Moore-Edwards For DE NOVO REVIEW (Entitled "Objection to Order Disallowing Claim No. 8 of Brenda Moore-Edwards") | Court |

**Other comments:**



**The parties to the order appealed and their respective attorneys are as follows:**

| Appellant/Plaintiff | Attorney |
|---|---|
| Brenda Moore-Edwards | Pro Se |
| | |
| **Appellee/Defendant** | **Attorney** |
| David W. Edwards | **Edward M. Kimmel**<br>Kimmel & Roxborough, LLC<br>7629 Carroll Avenue<br>Suite 500<br>Takoma Park, MD 20912 |

For the Clerk,

Dated: 12/06/2006                Deputy Clerk: Renee Jackson

Please return a copy of this transmittal with the following information:

District Court Case Number:
Judge Assigned:                    *[Affix Label Here]*
Date Stamp:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                              )
     David W. Edwards        )        Case No. 05-02168
            Debtor        )        Chapter 7

### DEBTOR S OBJECTION TO THE PROOF OF CLAIM
#### of BRENDA MOORE-EDWARDS

      Comes now the Debtor, David Edwards, and objects to the Proof of Claim filed by Brenda Moore-Edwards or about April 26, 2006 on the basis that it asserts that on the petition date, there was owed a priority claim of Eighty-Seven Thousand Dollars ($87,000).

      The proof of claim filed by the creditor appears to include all sums awarded on the date of the dissolution of the marriage and does is not reduced for a) amounts paid; b) amounts not yet due on the petition date; and c) modifications owing to amendments of the Superior Court s orders. The Debtor maintains that there was no obligation for division of property and that he was current on all support obligations on the petition date.

      Wherefore, the Debtor requests that the claim of Brenda Moore-Edwards (Claim No. 8) be disallowed.

Respectfully Submitted,

/s/ Edward M. Kimmel
Edward M. Kimmel, DC Bar No. 342964
Kimmel & Roxborough, LLC
7629 Carroll Avenue, Southern Suite 4
Takoma Park, MD 20912
(301) 891 8454

### Certificate of Service

I certify that on July 5, 2006, I mailed a copy of the foregoing Objection to Proof of Claim to:

| | | |
|---|---|---|
| Brenda Moore-Edwards<br>798 Col. Edmonds Court<br>Warrenton, VA 20186 | Darrell W. Clark, Esq.<br>Stinson Morrison Hecker LLP<br>1150 18th Street, NW, Apt 800<br>Washington, DC 20036-3816 | David W. Edwards<br>6312 Wiscasset Rd.<br>Bethesda, MD 20816 |

/s/ Edward M Kimmel
Edward M Kimmel





The court having rendered an oral decision on
October 17, 2006, ruling in favor of the debtor on
his objection to the claim at issue, the order below
is hereby signed.  Dated: October 18, 2006.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge


IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                            )
        David W. Edwards          )        Case No. 05-02168
_____Debtor_____ )        Chapter 7

### ORDER DISALLOWING CLAIM NO. 8
### of BRENDA MOORE-EDWARDS

This matter came before the Court on the objection of the Debtor to the proof of claim filed by his former spouse, Brenda Moore-Edwards, who claimed to be owed Eighty-Seven Thousand Dollars ($87,000), all of which was entitled to priority under 11 USC § 507(a)(1).

After reviewing the proof of claim, the objection thereto and the response(s) of all interested parties, it is the finding of this Court that the creditor has failed to establish that any sums entitled to priority; and

It is the further finding of this Court that all sums owed pursuant to the orders of the Superior Court of the District of Columbia in the case of Brenda Moore-Edwards vs. David W. Edwards, Case No. 01-dr-003511 that became due prior to the commencement of this case have been paid by the Debtor and do not constitute a claim against this estate.  This Court makes no finding regarding sums due for alimony or support subsequent to the commencement of this Case except to find that such claims are not claims against the Estate.

WHEREFORE, it is the order and judgment of this Court that Claim No. 8 filed by Brenda Moore-Edwards should be and it hereby is DISALLOWED.

**END OF ORDER**

50

SERVE:

Brenda Moore-Edwards
798 Col. Edmonds Court
Warrenton, VA 20186

Darrell W. Clark, Esq.
Stinson Morrison Hecker LLP
1150 18th Street, NW, Apt 800
Washington, DC 20036-3816

David W. Edwards
6312 Wiscasset Rd.
Bethesda, MD 20816

Edward Kimmel
7629 Carroll Avenue
Takoma Park, MD 20912

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

IN RE:
**EDWARDS, DAVID W.**

**Case No. 05-02168 TSM**

**CHAPTER 7**

_____ Debtor(s)

### TRUSTEE'S AMENDED FINAL REPORT AND PROPOSED DISTRIBUTION

MARC E. ALBERT, Trustee of the estate of the above-named Debtor(s), certifies to the Court and the United States Trustee, that the trustee has faithfully and properly fulfilled the duties of the office of the trustee, that the trustee has examined all proofs of claims as appropriate under the proposed distribution, and that the proposed distribution, attached hereto, is proper, and consistent with the law and rules of Court.

Therefore, the trustee requests that the Final Report and Proposed Distribution be accepted.

Dated:    October 20, 2006              /s/ MARC E. ALBERT
                                        MARC E. ALBERT, Trustee

DB03/773380 0103/7131411.1



UNITED STATES BANKRUPTCY COURT
DISTRICT OF DISTRICT OF COLUMBIA
DC

IN RE:
EDWARDS, DAVID W.

Case No. 05-02168 TSM

CHAPTER 7

Debtor(s)

TRUSTEE'S AMENDED FINAL REPORT AND
PROPOSED DISTRIBUTION TO CREDITORS

The Chapter 7 petition commencing this case was filed on 10/15/2005.

The trustee certifies that the balance of the estate accounts are as follows:

The Trustee certifies that the balance of the estate's bank account at JPMORGAN CHASE BANK, N.A., account no. ********4265, is $34,980.12. This balance includes all interest earned through the date of preparation of this Final Report. As of the filing of this Final Report, all monies have been placed in an interest bearing account. (Attached hereto are bank statements and cancelled checks to date from all estate accounts.)

All property of the estate, except that claimed exempt by the debtor(s), (without objection, or determined by the Court as exempt) has been inventoried, collected and liquidated. (See Form 1, which contains an inventory of the estate.) Any property not heretofore abandoned is now abandoned by the trustee and is scheduled on the attached Application to Abandon Property.

The trustee has examined the proofs of claim and objected to the allowance of any claim that is improper. All objections to claims of creditors made by the trustee have been either heard or determined by the Court. (See attachment).

The trustee's Application for Compensation and Reimbursement of Expenses which shows the computation of such compensation is attached. Applications for Approval of Compensation and Expenses of Professional Persons have been filed with the Court and the Office of the United States Trustee.

Having administered the Debtor(s) estate as herein before stated, the trustee reports to the Court as follows:

SUMMARY OF ACCOUNT AS OF 10/17/2006

| | | | | |
|---|---|---|---|---:|
| 1. | Total funds/receipts (See Form 2) | | $ | 43,849.72 |
| 2. | Less actual disbursements to date | | $ | 8,869.60 |
| | a. | Separately show exemptions actually paid debtors | $ | 0.00 |
| 3. | Amount now available for distribution | | $ | 34,980.12 |
| 4. | Proposed Disbursements | | | |
| | a. | For secured claims | $ | 0.00 |
| | b. | For administrative expenses | | |
| | | (1)   Trustee's fee[1] | $ | 5,125.71 |
| | | (2)   Trustee's expenses | $ | 0.00 |
| | | (3)   Attorney for Trustee | $ | 0.00 |
| | | U.S. Trustee Fee | $ | 0.00 |
| | | Court Costs | $ | 0.00 |
| | | (4)   Other | $ | 0.00 |
| | c. | For priority claims | $ | 29,854.41 |
| | d. | For unsecured claims[1] | $ | 0.00 |
| | e. | Other: (list) | $ | 0.00 |

The undersigned trustee of the estate of the above-named Debtor(s), certifies to the Court and the United States Trustee, that the trustee has faithfully and properly fulfilled the duties of the office of the trustee, that the trustee has examined all proofs of claims as appropriate under the proposed distribution, and that the proposed distribution, attached hereto, is proper, and consistent with the law and rules of court.

Therefore, the trustee requests that the Final Report and Proposed Distribution be accepted.

Dated:    October 20, 2006          /s/ MARC E. ALBERT
                                    MARC E. ALBERT, Trustee
                                    Stinson Morrison Hecker LLP
                                    1150 18th Street, NW
                                    Suite 800
                                    Washington, DC  20036
                                    (202) 785-9100

---

[1] The proposed amount will be increased to reflect additional interest earned until the date of distribution.

## ANALYSIS OF CLAIMS

CASE NAME:            EDWARDS, DAVID W.
CASE NO.:             05-02168 TSM
BAR DATE FOR CLAIMS:  04/25/2006
CLAIMS REVIEWED BY:   MARC E. ALBERT, Trustee

| CLAIM NO. | CREDITOR'S NAME | DATE OF CLAIM | SECURED AMOUNT | PRIORITY AMOUNT | UNSECURED AMOUNT | OBJECTION/ DISPOSITION |
|---|---|---|---|---|---|---|
| 1 | American Express Bank FSB | 02/21/2006 | | | 23,536.43 | |
| 2 | American Express Centurion Bank | 02/21/2006 | | | 35,765.93 | |
| 3 | American Express Travel Related Services Co Inc | 02/21/2006 | | | 14,095.79 | |
| 4A | Internal Revene Service | 02/22/2006 | | 125,942.47 | | |
| 4B | Internal Revene Service | 02/22/2006 | | | 11,943.35 | |
| 5 | eCAST Settlement Corporation assignee of | 04/04/2006 | | | 15,630.09 | |
| 6 | LVNV Funding LLC. | 04/12/2006 | | | 8,220.83 | |
| 7 | Citibank (South Dakota), N.A. | 04/19/2006 | | | 27,330.59 | |
| 8 | Brenda Moore-Edwards | 04/26/2006 | | 87,000.00 | | YES-Objection by debtor to this claim was sustained. Hearing held 10/17/2006. Claim disallowed in its entirety. |
| | | | | | | |
| | | TOTAL | 0.00 | 212,942.47 | 136,523.01 | |

## TRUSTEE'S OBJECTIONS TO PROOFS OF CLAIM

CASE NAME:    EDWARDS, DAVID W.

CASE NO.:     05-02168 TSM

TRUSTEE       MARC E. ALBERT

| CLAIM NO. | CREDITOR | REASON FOR OBJECTION | DISPOSITION |
|-----------|----------|----------------------|-------------|
| 8 | Brenda Moore-Edwards<br>798 Col. Edmonds Court<br>Warrenton, VA 20186 | | Y |

## APPLICATION TO ABANDON PROPERTY

Unless a written objection to this proposed abandonment of property is filed with the Clerk of the Court and served upon the Chapter 7 trustee, the Chapter 7 trustee, pursuant to 11 U.S.C. Section 554, abandons the following property for the reason stated:

2

| DESCRIPTION OF PROPERTY | LIEN HOLDER | REASON FOR ABANDONMENT |
|---|---|---|
| CASH ON HAND | | Not being administered |
| BANK ACCOUNTS | | Not being administered |
| BANK ACCOUNTS | | Not being administered |
| BANK ACCOUNTS | | Not being administered |
| BANK ACCOUNTS | | Not being administered |
| BANK ACCOUNTS | | Not being administered |
| Landlord's Security Deposit | | Not being administered |
| HOUSEHOLD GOODS AND FURNISHINGS | | Not being administered |
| HOUSEHOLD GOODS AND FURNISHINGS | | Not being administered |
| HOUSEHOLD GOODS AND FURNISHINGS | | Not being administered |
| Son's Belongings | | Not being administered |
| BOOKS AND ART OBJECTS | | Not being administered |
| WEARING APPAREL | | Not being administered |
| JEWELRY | | Not being administered |
| FIREARMS AND HOBBY EQUIPMENT | | Not being administered |
| FIREARMS AND HOBBY EQUIPMENT | | Not being administered |
| INTERESTS IN INSURANCE POLICIES | | Not being administered |
| INTERESTS IN INSURANCE POLICIES | | Not being administered |
| INTERESTS IN INSURANCE POLICIES | | Not being administered |
| INTERESTS IN INSURANCE POLICIES | | Not being administered |
| INTERESTS IN INSURANCE POLICIES | | Not being administered |
| INTERESTS IN INSURANCE POLICIES | | Not being administered |
| INTERESTS IN INSURANCE POLICIES | | Not being administered |
| PENSION PLANS AND PROFIT SHARING | | Not being administered |
| STOCK AND BUSINESS | | Not being administered |

3

INTERESTS

AUTOMOBILES AND OTHER
VEHICLES

Not being administered

OFFICE EQUIPMENT,
FURNISHINGS, AND SUPPLIES

Not being administered

OTHER PERSONAL PROPERTY

Not being administered

CASE NAME:     EDWARDS, DAVID W.

CASE NO.:      05-02168 TSM

TRUSTEE        MARC E. ALBERT

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DISTRICT OF COLUMBIA**
**DC**

IN RE:
EDWARDS, DAVID W.

Case No. 05-02168 TSM

CHAPTER 7

_____ Debtor(s)

## CERTIFICATION BY TRUSTEE OF CLAIMS REVIEW

I hereby certify that I have reviewed and properly disposed of all claims in the above referenced case.


Dated:   October 20, 2006              /s/ MARC E. ALBERT
                                       MARC E. ALBERT, Trustee

Printed: 10/20/06 09:06 AM

# Claims Proposed Distribution

## Case:  05-02168   EDWARDS, DAVID W.

**Case Balance:**    $34,980.12    **Total Proposed Payment:**    $34,980.12    **Remaining Balance:**    $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | MARC E. ALBERT <br> <2100-00  Trustee Compensation> | Admin Ch. 7 | 5,125.71 | 5,125.71 | 0.00 | 5,125.71 | 5,125.71 | 29,854.41 |
| | Stinson Morrison Hecker LLP <br> <3120-00  Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 133.60 | 133.60 | 133.60 | 0.00 | 0.00 | 29,854.41 |
| | Stinson Morrison Hecker LLP <br> <3110-00  Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 8,701.50 | 8,701.50 | 8,701.50 | 0.00 | 0.00 | 29,854.41 |
| 8 | Brenda Moore-Edwards <br> **Claim Memo:**    Objection by debtor to this claim was sustained.  Hearing held 10/17/2006. <br> Claim disallowed in its entirety. | Priority | 87,000.00 * | 0.00 | 0.00 | 0.00 | 0.00 | 29,854.41 |
| 4A | Internal Revene Service <br> **Claim Memo:**    Unsecured | Priority | 125,942.47 | 125,942.47 | 0.00 | 125,942.47 | 29,854.41 | 0.00 |
| 1 | American Express Bank FSB <br> **Claim Memo:**    Unsecured | Unsecured | 23,536.43 | 23,536.43 | 0.00 | 23,536.43 | 0.00 | 0.00 |
| 2 | American Express Centurion Bank <br> **Claim Memo:**    Unsecured | Unsecured | 35,765.93 | 35,765.93 | 0.00 | 35,765.93 | 0.00 | 0.00 |
| 3 | American Express Travel Related Services Co Inc <br> **Claim Memo:**    Unsecured | Unsecured | 14,095.79 | 14,095.79 | 0.00 | 14,095.79 | 0.00 | 0.00 |
| 4B | Internal Revene Service <br> **Claim Memo:**    Unsecured | Unsecured | 11,943.35 | 11,943.35 | 0.00 | 11,943.35 | 0.00 | 0.00 |
| 5 | eCAST Settlement Corporation assignee of <br> **Claim Memo:**    Unsecured | Unsecured | 15,630.09 | 15,630.09 | 0.00 | 15,630.09 | 0.00 | 0.00 |
| 6 | LVNV Funding LLC. <br> **Claim Memo:**    Unsecured | Unsecured | 8,220.83 | 8,220.83 | 0.00 | 8,220.83 | 0.00 | 0.00 |
| 7 | Citibank (South Dakota), N.A. <br> **Claim Memo:**    Unsecured | Unsecured | 27,330.59 | 27,330.59 | 0.00 | 27,330.59 | 0.00 | 0.00 |
| | **Total for Case 05-02168 :** | | **$363,426.29** | **$276,426.29** | **$8,835.10** | **$267,591.19** | **$34,980.12** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $13,960.81 | $13,960.81 | $8,835.10 | $5,125.71 | 100.000000% |
| **Total Priority Claims :** | $212,942.47 | $125,942.47 | $0.00 | $29,854.41 | 23.704800% |
| **Total Unsecured Claims :** | $136,523.01 | $136,523.01 | $0.00 | $0.00 | 0.000000% |

(*) Denotes objection to Amount Filed

Page: 1

# Form 1

## Individual Estate Property Record and Report

### Asset Cases

Case Number:    05-02168 TSM
Case Name:      EDWARDS, DAVID W.

Trustee:  (730070)        MARC E. ALBERT
Filed (f) or Converted (c): 10/15/05 (f)
§341(a) Meeting Date:      11/29/05
Claims Bar Date:           04/25/06

Period Ending:  10/20/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH ON HAND | 50.00 | 0.00 | DA | 0.00 | FA |
| 2 | BANK ACCOUNTS<br>Andrews FCU - Acct# 210179727 | 400.00 | 0.00 | DA | 0.00 | FA |
| 3 | BANK ACCOUNTS<br>Bank of America Checking Account # 192114630 | 50.00 | 0.00 | DA |  | FA |
| 4 | BANK ACCOUNTS<br>Bank of America Checking Account # 1918678222 | 50.00 | 0.00 | DA |  | FA |
| 5 | BANK ACCOUNTS<br>Chevy Chase Checking Account # 767 320 0139 | 30.00 | 0.00 | DA |  | FA |
| 6 | BANK ACCOUNTS<br>Chevy Chase Checking Account # 7674300056 | 50.00 | 0.00 | DA | 0.00 | FA |
| 7 | Landlord's Security Deposit | 2,400.00 | 2,400.00 | DA |  | FA |
| 8 | HOUSEHOLD GOODS AND FURNISHINGS<br>2 beds, 2 dressers, 2 nightstands, 2 lamps, 2 chests w/<br>drawers, stereo, tv, vcr, dvd player. | 250.00 | 250.00 | DA | 0.00 | FA |
| 9 | HOUSEHOLD GOODS AND FURNISHINGS<br>Kitchen equipment, pots, pans, dining room table w/ 4<br>chairs, kitchen table w/ 2 chairs | 100.00 | 100.00 | DA | 0.00 | FA |
| 10 | HOUSEHOLD GOODS AND FURNISHINGS<br>sofa, stuffed chair, 2 tables, 2 lamps, stereo | 50.00 | 50.00 | DA | 0.00 | FA |

Printed: 10/20/2006 09:05 AM    V.8.12

Page: 2

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 05-02168 TSM
**Case Name:** EDWARDS, DAVID W.

**Period Ending:** 10/20/06

**Trustee:** (730070)     MARC E. ALBERT
**Filed (f) or Converted (c):** 10/15/05 (f)
**§341(a) Meeting Date:** 11/29/05
**Claims Bar Date:** 04/25/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 11 | Son's Belongings<br>Son's toys, tv, electronic games, son's clothing. Value is likely $400. Debtor lists as $0 as this is the value of his interest in this property. | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | BOOKS AND ART OBJECTS<br>50 books, misc curios, brick a brack | 1.00 | 1.00 | DA | 0.00 | FA |
| 13 | WEARING APPAREL<br>8 suits, 10 dress shirts, 8 slacks, 10 t-shirts, 4 sport coats, 2 jackets, top coat, 8 pr. dress shoes, 3 pr. sneakers, pr. boots, 4 sweaters, misc other items of clothing. | 10.00 | 10.00 | DA | 0.00 | FA |
| 14 | JEWELRY<br>watch, cuff links, wedding ring | 10.00 | 10.00 | DA | 0.00 | FA |
| 15 | FIREARMS AND HOBBY EQUIPMENT<br>26" bicycle | 400.00 | 400.00 | DA | 0.00 | FA |
| 16 | FIREARMS AND HOBBY EQUIPMENT<br>4 fishing rods & assorted tackle, camera, golf clubs. | 100.00 | 100.00 | DA | 0.00 | FA |
| 17 | INTERESTS IN INSURANCE POLICIES<br>State Farm Business Liability Insurance. Umberella policy for general liability. | 0.00 | 0.00 | DA | 0.00 | FA |
| 18 | INTERESTS IN INSURANCE POLICIES | 0.00 | 0.00 | DA | 0.00 | FA |

Page: 3

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

Case Number: 05-02168 TSM
Case Name: EDWARDS, DAVID W.

Period Ending: 10/20/06

Trustee: (730070)    MARC E. ALBERT
Filed (f) or Converted (c): 10/15/05 (f)
§341(a) Meeting Date: 11/29/05
Claims Bar Date: 04/25/06

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| | Hartford workmans' comp. | | | | | |
| 19 | INTERESTS IN INSURANCE POLICIES AARP Term Life, $50,000 death benefit | 0.00 | 0.00 | DA | 0.00 | FA |
| 20 | INTERESTS IN INSURANCE POLICIES All State Renters' Insurance | 0.00 | 0.00 | DA | 0.00 | FA |
| 21 | INTERESTS IN INSURANCE POLICIES Blue Cross/Blue Shield | 0.00 | 0.00 | DA | 0.00 | FA |
| 22 | INTERESTS IN INSURANCE POLICIES State Farm Auto Insurance | 0.00 | 0.00 | DA | 0.00 | FA |
| 23 | INTERESTS IN INSURANCE POLICIES TIAA-CREF Term Life, $489,000 death benefit | 0.00 | 0.00 | DA | 0.00 | FA |
| 24 | PENSION PLANS AND PROFIT SHARING TIAA-CREF Retirement Plan | 5,658.17 | 0.00 | DA | 0.00 | FA |
| 25 | STOCK AND BUSINESS INTERESTS d/b/a/ Edwards' Consulting. Principally a contractor of the DC Police Department. | 0.00 | 0.00 | DA | 0.00 | FA |
| 26 | ACCOUNTS RECEIVABLE Metro Police Dept. | 45,010.00 | 39,010.00 | | 43,680.00 | FA |
| 27 | AUTOMOBILES AND OTHER VEHICLES 2006 Toyota Highlander | 22,000.00 | 22,000.00 | DA | 0.00 | FA |

Page: 4

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

Case Number: 05-02168 TSM
Case Name:  EDWARDS, DAVID W.

Period Ending: 10/20/06

Trustee: (730070)    MARC E. ALBERT
Filed (f) or Converted (c): 10/15/05 (f)
§341(a) Meeting Date: 11/29/05
Claims Bar Date: 04/25/06

| Ref.# | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES<br>2 desks, 2 chairs, 2 computers, 4 bookcases, lateral<br>file, small file, printer, lamps, computer books. | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 29 | OTHER PERSONAL PROPERTY<br>Mr. Flufums (rabbit from hell) | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 169.72 | Unknown |
| 30 | Assets    Totals (Excluding unknown values) | $77,619.17 | $64,331.00 | | $43,849.72 | $0.00 |

Major Activities Affecting Case Closing:
   Final Report sent to UST Office 6-27-06

Initial Projected Date Of Final Report (TFR):

Current Projected Date Of Final Report (TFR): August 16, 2006  (Actual)

Printed: 10/20/2006 09:05 AM    V.8.12

## Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 05-02168 TSM |
| Case Name: | EDWARDS, DAVID W. |
| Taxpayer ID #: | 13-7502658 |
| Period Ending: | 10/20/06 |

| Trustee: | MARC E. ALBERT (730070) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****42-65 - Money Market Account |
| Blanket Bond: | $2,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 (Ref #)/ Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 03/06/06 | (26) | Government of the District of Columbia | Accounts Receivable | 1121-000 | 43,680.00 | | 43,680.00 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 20.11 | | 43,700.11 |
| 04/26/06 | 1001 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/26/2006 - Bond # 016026479 - FOR CASE #05-02168 | 2300-000 | | 34.50 | 43,665.61 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 27.67 | | 43,693.28 |
| 05/30/06 | | To Account #*******4266 | SMH Fees and Expenses Per Order Entered 5/25/2006 | 9999-000 | | 8,835.10 | 34,858.18 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 29.31 | | 34,887.49 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 22.95 | | 34,910.44 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 23.73 | | 34,934.17 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 23.74 | | 34,957.91 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 22.21 | | 34,980.12 |

|  | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 43,849.72 | 8,869.60 | $34,980.12 |
| | | | Less: Bank Transfers | | 0.00 | 8,835.10 | |
| | | | Subtotal | | 43,849.72 | 34.50 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $43,849.72 | $34.50 | |

{} Asset reference(s)

Printed: 10/20/2006 08:53 AM    V.8.12

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

Case Number: 05-02168 TSM
Case Name: EDWARDS, DAVID W.

Taxpayer ID #: 13-7502658
Period Ending: 10/20/06

Trustee: MARC E. ALBERT (730070)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: \*\*\*-\*\*\*\*\*42-66 - Checking Account
Blanket Bond: $2,000,000.00  (per case limit)
Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>(Ref #) /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/30/06 | | From Account #\*\*\*\*\*\*\*4265 | SMH Fees and Expenses Per Order Entered 5/25/2006 | 9999-000 | 8,835.10 | | 8,835.10 |
| 05/30/06 | 101 | Stinson Morrison Hecker LLP | SMH Fees Per Order Entered 5/25/2006 | 3110-000 | | 8,701.50 | 133.60 |
| 05/30/06 | 102 | Stinson Morrison Hecker LLP | SMH Expenses Per Order Entered 5/25/2006 | 3120-000 | | 133.60 | 0.00 |
| | | | ACCOUNT TOTALS | | 8,835.10 | 8,835.10 | $0.00 |
| | | | Less: Bank Transfers | | 8,835.10 | 0.00 | |
| | | | Subtotal | | 0.00 | 8,835.10 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $8,835.10 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # \*\*\*-\*\*\*\*\*42-65 | 43,849.72 | 34.50 | 34,980.12 |
| Checking # \*\*\*-\*\*\*\*\*42-66 | 0.00 | 8,835.10 | 0.00 |
| | $43,849.72 | $8,869.60 | $34,980.12 |

{} Asset reference(s)

Printed: 10/20/2006 08:53 AM    V.8.12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 0 3 2006

**Clerk**
**U.S. Bankruptcy Court for D.C.**

In Re:                                    )
      David W. Edwards                )          Case No. 05-02168
              Debtor          )          Chapter 7
_____)

## OBJECTION TO ORDER DISALLOWING
## CLAIM NO. 8 of BRENDA MOORE-EDWARDS

       Comes now the Creditor, Brenda Moore-Edwards, and files her Objection to this Court's Order Disallowing Claim No. 8.

       **RELIEF IS SOUGHT FROM A UNITED STATES DISTRICT JUDGE pursuant to Rule 603(a), DE NOVO REVIEW, and pursuant to 28 U.S.C. Section 157(c)(1).**

       The Creditor, Brenda Moore-Edwards, filed claim for Eighty-Seven Thousand Dollars ($87,000), all of which is entitled to priority under 11 U.S.C. Section 507(a)(1). See Exhibit A.

       On September 19, 2006 the matter came before the Court on the objection of the Debtor. The Debtor testified that the Creditor's claim had been paid and that copies of cancelled checks for each alimony payment had been previously provided to the Superior Court of the District of Columbia. The Court, affirming that the Creditor was without counsel, Ordered that the Debtor provide the Creditor copies of the Debtor's cancelled check and continued the matter until October 17, 2006. (The Creditor will request a copy of the transcript of September 19, 2006, see Exhibit B.)

       On October 17, 2006 the matter again came before the Court. The Debtor did not provide cancelled checks as Ordered by the Court on September 19, 2006. The Debtor did offer other documentation to the Court and indicated that payment of the Creditor's mortgage payment, American Express charges, etc. constituted payments made for Debtor's outstanding alimony obligations claimed by Creditor in this case.

       Creditor objected and asked for a continuance of the case. The Court denied her request and the documentation was placed into evidence. The Creditor was not provided a copy of the documentation placed into evidence.

       Creditor states that the Debtor perjured himself on September 19, 2006 and provided false documents to the Court on October 17, 2006.

56

Creditor states that the Debtor was responsible for all joint obligations after October 28, 2001 pursuant to paragraph 5 of the parties' Separation and Divorce Agreement dated July 28, 2001 and entered by the Superior Court of the District of Columbia on January 23, 2002 which states "David W. Edwards and Brenda Moore-Edwards agree to assume liability for their individual financial obligations as of this date, except as noted above, and **to dissolve any and all joint obligations within the next (3) months**". See Exhibit A, attachment.

Creditor states that she was not obligated to pay the Debtor's mortgage, or any other expenses associated with the property located at 4201 Cathedral Avenue, N.W., Unit 1004 West, in Washington, DC until December 27, 2001 pursuant to paragraph 10 of the parties' Amendment to Separation and Divorce Agreement dated the 27th of December 2001 and entered by the Superior Court of the District of Columbia on January 23, 2002 which states "Paragraph 4 of the Separation and Divorce Agreement shall be deleted in its entirety and replace with the following paragraph:" Thereby eliminating all claims by the Debtor that alimony payments had been made on the Creditor's behalf for September 2001, October 2001, and November 2001. See Exhibit A, attachment.

Creditor places into evidence Exhibit C, Debtor's bank statements, showing the deposits of Creditor's monthly mortgage payment obligation of ONE THOUSAND EIGHT HUNDRED DOLLARS AND SIXTY FIVE FOUR CENTS ($1,874.65) to Debtor pursuant to paragraph 10 of the parties' Amendment to Separation and Divorce Agreement dated the 27th of December 2001 and entered by the Superior Court of the District of Columbia on January 23, 2002 commencing on December 28, 2001. (Several statements indicate the mortgage payment as part of a larger deposit.)

Creditor states that this is the only evidence she has to present due to the 11 day filing pursuant to 28 U.S.C. Section 157(c)(1) and that

Creditor states that to her knowledge she has paid any and all amounts due to the Debtor pursuant to the parties' Separation and Divorce Amendment dated July 28, 2001 and the 27th of December 2001 by the Superior Court of the District of Columbia and entered on the docket on January 23, 2002.

2

**WHEREFORE**, Creditor requests that the Court Allow Claim No. 8 of Brenda Moore-Edwards under 11 U.S.C. Section 507(a)(1).

Respectfully submitted,

*Brenda Moore Edwards*

Brenda Moore-Edwards
798 Col. Edmonds Court
Warrenton, Virginia 20186
540 347 5367

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by first class mail, postage prepaid, to:

Edward M. Kimmel, Esq.
Kimmel & Roxborough
7629 Carroll Avenue, Southern Suite 4
Takoma Park, Maryland 20912

Darrell W. Clark, Esq.
Stinson Morrison Heckler LLP
1150 18th Street, N.W., Suite 800
Washington, DC 20036

Last Known Address of David W. Edwards
6312 Wiscasset Road
Bethesda, Maryland 20816

Date: *Nov. 3, 2006*

*Brenda Moore Edwards*

Brenda Moore-Edwards
798 Col. Edmonds Court
Warrenton, Virginia 20186
540 347 5367

3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:          )
  David W. Edwards    )  Case No. 05-02168
  _____ Debtor _____)  Chapter 7

ORDER

    This matter came before the Court on the Objection to Order Disallowing Claim No. 8 of Brenda Moore-Edwards.

    After reviewing the evidence presented and response of all interested parties, it is the finding of this Court that the Creditor has established that the testimony and evidence provided was insufficient for the Order Disallowing Claim No. 8 of Brenda Moore-Edwards and the finding that all sums owed pursuant to the orders of the District of Columbia in the case of Brenda Moore-Edwards vs. David W. Edwards, Case No. 01-dr-003511 have been paid.

    **WHEREFORE,** it is the order and judgment of this Court that Claim No. 8 filed by Brenda Moore-Edwards should be and hereby is **ALLOWED.**

**END OF ORDER**

1

SERVE:

Brenda Moore-Edwards
798 Col. Edmonds Court
Warrenton, Virginia 20186

Darrell W. Clark, Esq.
Stinson Morrison Hecker LLP
1150 18th Street, N.W.
Suite 800
Washington, DC 20036

David W. Edwards
6312 Wiscasset Road
Bethesda, Maryland 20816

Edward Kimmel
7629 Carroll Avenue
Takoma Park, Maryland 20912

2

**FILED**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA    NOV 0 3 2006

Clerk
U.S. Bankruptcy Court for D.C.

| | | |
|---|---|---|
| In Re: | ) | |
| David W. Edwards | ) | Case No. 05-02108 |
| Debtor | ) | Chapter 7 |

## NOTICE OF OBJECTION TO ORDER
## DISALLOWING CLAIM NO. 8 of BRENDA MOORE-EDWARDS

**PLEASE TAKE NOTICE** that the Creditor, Brenda Moore-Edwards, has filed an

Objection to the Court's Order Disallowing Claim No. 8 of Brenda Moore-Edwards requesting

**RELIEF FROM A UNITED STATES DISTRICT JUDGE pursuant to Rule 603(a), DE**

**NOVO REVIEW, and pursuant to 28 U.S.C. Section 157(c)(1)**. The Objection seeks the

allowance of Claim No. 8 of Brenda Moore-Edwards under U.S.C. Section 507(a)(1).

**PLEASE TAKE NOTICE that within 20 days after the mailing of the notice you**

**must file and serve a written objection to the DE NOVO Review of the Creditor's**

**Objection to Order Disallowing Claim No. 8 of Brenda Moore-Edwards, together with the**

**proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed**

**order must be filed with the Clerk of the U.S. Bankruptcy Court, U.S. Courthouse, 3rd and**

**Constitution Avenue, N.W., Washington, DC 20001, and served (by delivery of mailing a**

**copy) upon the undersigned.** The objection must contain a complete specification of the

factual and legal grounds upon which it is based.

**IF YOU FAIL TO FILE A TIMELY OBJECTION TO THE DE NOVO REVIEW**

**OF THE CREDITOR'S OBJECTION TO ORDER DISALLOWING CLAIM NO. 8 of**

**BRENDA MOORE-EDWARDS, THE DE NOVO REVIEW AND OBJECTION MAY BE**

**APPROVED BY THE COURT WITHOUT A HEARING.** Further, the Court may grant the

relief requested without a hearing if the objection filed states inadequate grounds for denial.

Respectfully submitted,

*Brenda Moore-Edwards*

Brenda Moore-Edwards
798 Col. Edmonds Court
Warrenton, Virginia 20186
540 347 5367

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by first class mail, postage prepaid, to:

Edward M. Kimmel, Esq.
Kimmel & Roxborough
7629 Carroll Avenue, Southern Suite 4
Takoma Park, Maryland 20912

Darrell W. Clark, Esq.
Stinson Morrison Heckler LLP
1150 18th Street, N.W., Suite 800
Washington, DC 20036

Last Known Address of David W. Edwards
6312 Wiscasset Road
Bethesda, Maryland 20816

Date: _Nov. 3, 2006_

_Brenda Moore Edwards_
Brenda Moore-Edwards
798 Col. Edmonds Court
Warrenton, Virginia 20186
540 347 5367

2

#8

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA

| Name of Debtor<br>David W. Edwards | Case Number<br>05-02168 |
|---|---|

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

BRENDA MOORE-EDWARDS

Name and Address where notices should be sent:

BRENDA MOORE-EDWARDS
798 COL. EDMONDS COURT
WARRENTON, VA 20186

Telephone Number: 202 230 3650

Last four digits of account or other number by which creditor identifies debtor:

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☑ Check box if the address differs from the address on the envelope sent to you by the court.

FILED
APR 26 2006
U.S. Bankruptcy Clerk for D.C.

THIS SPACE IS FOR COURT USE ONLY

Check here if ☐ replaces   ☐ amends   a previously filed claim, dated:_____
this claim

**1. Basis for Claim**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

**2. Date debt was incurred:**
SEPTEMBER 5, 2001 - OCTOBER 25, 2004

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS #: _____
Unpaid compensation for services performed
from _____ to _____
     (date)        (date)

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $_____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

Unsecured Priority Claim
☑ Check this box if you have an unsecured priority claim, all or part of which is entitled to priority

Amount entitled to priority $ 87,000.00

Specify the priority of the claim:
☑ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(5).

Secured Claim
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other_____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

☐ Up to $ 2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $_____   _____   87,000.00   87,000.00
                                            (unsecured)   (secured)   (priority)   (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

neo / jne 26 '06

| Date<br>4/25/06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): BRENDA MOORE-EDWARDS<br>Brenda Moore Edwards |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
FAMILY DIVISION
DOMESTIC RELATIONS BRANCH

> FILED
> FAMILY DIVISION
>
> JAN 7 2002
>
> Superior Court
> of the District of Columbia
> Washington, D.C.

BRENDA MOORE-EDWARDS        )
        Plaintiff,        )
                  )          CASE NO. 01dr003511
    v.        )
                  )
DAVID WAYNE EDWARDS         )
        Defendant.        )

> Family Division
> ENTERED ON DOCKET
>
> JAN 23 2002
>
> Superior Court
> of the District of Columbia
> Washington, D.C.

### FINDINGS OF FACT, CONCLUSIONS OF LAW AND JUDGMENT OF ABSOLUTE DIVORCE

THIS MATTER came before the Court on the 3rd day of January 2002. Based upon the pleadings filed herein, and the evidence presented, the Court hereby makes and enters the following:

### FINDINGS OF FACT

1.    The Plaintiff is a bona fide resident of the District of Columbia and has been for more than six (6) months next preceding the filing of the Supplemental Complaint herein.

2.    The Plaintiff and Defendant were lawfully married to each other on October 14, 1983 in Fairfax County, Virginia.

3.    Since on or about March 15, 2001, the Plaintiff and Defendant have mutually, voluntarily and continuously lived separate and apart from each other without cohabitation and interruption since that date.

4.    The Plaintiff and Defendant together are the parents of the following child born during the marriage:

| NAME | SOCIAL SECURITY NUMBER | BIRTH DATE |
|------|------------------------|------------|
| David Lawrence Staggs Edwards | 579-278277 | 8/17/96 |

5.    The minor child is in the care and custody of the Plaintiff, who is a fit and proper person to have custody of the minor child.

6.    The Defendant who is financially able to do so, will pay SIX THOUSAND DOLLARS ($6,000.00) every month for the support of their minor child pursuant to the terms of the Separation and Divorce Agreement and Amendment thereto.

2

7.    The Defendant who is financially able to do so, will pay ONE THOUSAND FIVE HUNDRED DOLLARS ($1,500.00) every month for in-home support of their minor child pursuant to the terms of the Separation and Divorce Agreement and Amendment thereto.

8.    The Defendant who is financially able to do so, will pay SIX THOUSAND DOLLARS ($6,000.00) every month for alimony pursuant to the terms of the Separation and Divorce Agreement and Amendment thereto.

9.    There are no property or other rights to be adjudicated by this Court, except for the entry of a Qualified Domestic Relations Order to transfer to Plaintiff a portion of Defendant's interest in a retirement plan pursuant to the terms of the Separation and Divorce Agreement and Amendment thereto.

10.    There is no reasonable prospect of reconciliation of this marriage.

11.    The Plaintiff does not request restoration of her former name.

### CONCLUSIONS OF LAW

Based upon the foregoing Findings of Fact, the Court concludes as a matter of law that it has jurisdiction over the parties and the subject matter, that Plaintiff is entitled to a judgment of absolute divorce on the ground that the parties mutually and voluntarily have lived separate and apart, continuously and without cohabitation, for a period in excess of six months next preceding the filing of the Supplemental Complaint.

### JUDGMENT

WHEREFORE, it is by the Court this 3rd day of January, 2002,

ORDERED:

1.    That the Plaintiff, Brenda Moore-Edwards, be and hereby is granted an absolute divorce from the Defendant, David Wayne Edwards, on the ground of mutual and voluntary separation without cohabitation for six months next preceding the commencement of this action herein and;

2.    That the Plaintiff, Brenda Moore-Edwards, be and hereby is awarded permanent custody of the parties' minor child, namely, David Lawrence Staggs Edwards, with rights of supervised visitation to the Defendant;

- 2 -

3

3.    That the Defendant be and is hereby ordered to pay to the Plaintiff the amount of SIX THOUSAND DOLLARS ($6,000.00) in support of the parties' minor child pursuant to the terms of the Separation and Divorce Agreement and Amendment thereto.

4.    That the Defendant be and is hereby ordered to pay to the Plaintiff the amount of ONE THOUSAND FIVE HUNDRED DOLLARS ($1,500.00) every month in support of the parties' minor child pursuant to the terms of the Separation and Divorce Agreement and Amendment thereto.

5.    That the Defendant be and is hereby ordered to pay to the Plaintiff the amount of SIX THOUSAND DOLLARS ($6,000.00) every month for alimony pursuant to the terms of the Separation and Divorce Agreement and Amendment thereto.

6.    That the Defendant be and is hereby ordered to conform with the Separation and Divorce Agreement and Amendment thereto entered into on July 28, 2001 and December 27, 2001, respectively.

COMMISSIONER
District of Columbia Superior Court

Copies to:

Brenda Moore-Edwards
4201 Cathedral Avenue, N.W.
Unit 1004 West
Washington, D.C.  20016

David Wayne Edwards
20961 Gullick Mill Road
Leesburg, Virginia  20175

— 3 —

4



## SEPARATION AND DIVORCE AGREEMENT

This Agreement made on July 28, 2001 and effective as of September 1, 2001, between David W. Edwards, and Brenda Moore-Edwards acknowledges that the parties have agreed to live separately and dissolve their marriage, which occurred on October 14, 1983, and to have their legal separation and subsequent divorce finalized under the following terms:

1. Custody of their son, David Lawrence Staggs Edwards, will be given to Brenda Moore-Edwards. David W. Edwards will have visitation two times a week and have custody of his son over-night as mutually agreed to by the parties.

2. David W. Edwards agrees to pay Brenda Moore-Edwards the sum of SIX THOUSAND DOLLARS ($6,000.00) a month in child support payments until their son reaches the age of 22 years. These payments will be made on the 5th and 20th of each month in the amount of THREE THOUSAND DOLLARS ($3,000.00) each. In addition, Brenda Moore-Edwards will have the right to claim David Lawrence Staggs Edwards as her dependent in all tax situations.

   David W. Edwards agrees to transfer SIXTY THOUSAND DOLLARS ($60,000.00) from the TIAA Number B7512771-1 and CREF Number Q751277-8 into Brenda Moore-Edwards' name and Mr. Edwards will keep the remaining account balances (approximately SIXTY THOUSAND DOLLARS ($60,000.00)) in tact and without undue risk for the benefit of his son David Lawrence Staggs Edwards to ensure child support payments. Therefore, if any child support payment is not made within ninety (90) days of the due date, these accounts will become the property of Brenda Moore-Edwards.

   Brenda Moore-Edwards will have the sole financial obligation for the care of their son David Lawrence Staggs Edwards. It is noted that their son suffers from Attention Deficit Hyperactivity Disorder and Aspergers Syndrome and that unforeseen medical and educational expenses may arise. The parties agree to equally share the cost in this event.

3. David W. Edwards agrees to pay Brenda Moore-Edwards the sum of SIX THOUSAND DOLLARS ($6,000.00) a month in alimony payments until his or her death or until she remarries. These payments will be made on the 5th and 20th of each month in the amount of THREE THOUSAND DOLLARS ($3,000.00) each.

Page Two

4.  David W. Edwards agrees to give the residence at 4201 Cathedral Avenue, N.W., Unit 1004W, Washington, D.C.  20016 to Brenda Moore-Edwards for her and their son's sole use, including all equity with regard to the property.  David W. Edwards will add Brenda Moore-Edwards to the Deed of said property. Brenda Moore-Edwards will be solely responsible for the mortgage payments on the property and she agrees to either sell or personally refinance said property on or before January 2005 to relieve David W. Edwards of the legal mortgage obligation.

5.  David W. Edwards and Brenda Moore-Edwards agree to assume liability for their individual financial obligations as of this date, except as noted above, and to dissolve any and all joint obligations within the next three (3) months.  The parties also acknowledge that they have mutually divided their personal property, including jewelry, coins, antiques, cars and furs.  David W. Edwards agrees to sign over the title to the 1994 Saab Convertible to Brenda Moore-Edwards.  The individual parties will, upon divorce, assume the cost and liability for the insurance of their individual property.

6.  David W. Edwards will deposit FIVE THOUSAND DOLLARS ($5,000.00) into Brenda Moore-Edwards checking account at Riggs National Bank on or before September 1, 2001.

By signing below the parties acknowledge and agree that the above is an accurate and full representation of the basis for their marital separation and divorce and that each party is signing in good faith and with due consideration and advice from legal resources and counsel:

| | | |
|---|---|---|
| David W. Edwards       7-28-2001 | Brenda Moore-Edwards   7/28/01 | |
| David W. Edwards       Date | Brenda Moore-Edwards    Date | |

Signed before me this ___28___ day of July 2001.  My commission

expires: _____

Notary Public District of Columbia
Brian Combs
My Commission Expires June 30, 2004

                                              Notary Public



## AMENDMENT TO SEPARATION AND DIVORCE AGREEMENT

THIS AMENDMENT made this 27th day of December, 2001, between Plaintiff, Brenda Moore-Edwards, and Defendant, David Wayne Edwards.

WHEREAS, Plaintiff and Defendant married on October 14, 1983; and

WHEREAS, Plaintiff and Defendant have one child, David Lawrence Staggs Edwards, born August 17, 1996 (referred to as "the minor child"); and

WHEREAS, on July 28, 2001, Plaintiff and Defendant entered into a Separation and Divorce Agreement, in which they agreed to a resolution of all issues arising out of their marriage, and

WHEREAS, Plaintiff and Defendant mutually desire to modify certain provisions in the Separation and Divorce Agreement regarding support and visitation of the minor child and other financial issues.

NOW, THEREFORE, in consideration of the mutual promises herein made and of the acts to be performed by the respective parties hereto, it is agreed as follows:

1.    Plaintiff and Defendant agree that the Separation and Divorce Agreement shall be amended as set forth below. All provisions of the Separation and Divorce Agreement not specifically changed by the terms of this Amendment shall remain in full force and effect.

2.    The following language shall be added as a parenthetical following the phrase "have agreed to live separately" in the fourth sentence of the introductory paragraph of the Separation and Divorce Agreement:

> "(and have been living separate and apart based on their mutual and voluntary agreement since on or about March 15, 2001)"

3.    Paragraph 1 of the Separation and Divorce Agreement shall be deleted in its entirety and replaced with the following paragraph:

> The minor child lives with the Plaintiff and the Plaintiff and Defendant agree that Plaintiff will have the sole legal and physical custody of their minor child. Defendant agrees that visitation with the minor child is at the sole discretion of Plaintiff. Defendant also agrees that the maximum visitation with the minor child will be limited to twice weekly for no more than four (4) hours each visitation. Plaintiff and Defendant agree that Defendant is working on anger management and that the ultimate goal for visitation will be unsupervised at least twice weekly, two (2) weekend

visitations per month and several vacation periods per
year but will always be, until mutually agreed in
writing, at the sole discretion of Plaintiff.

4.    The following sentence shall be added to the end of the first

paragraph in Paragraph 2 of the Separation and Divorce Agreement:

> Defendant agrees that his wages will be garnished in the
> event he is more than ninety (90) days late making any
> child support payment set forth in the Agreement.

5.    The following sentence shall be added to the second paragraph in

Paragraph 2 of the Separation and Divorce Agreement after the first sentence:

> The parties agree to enter into a Qualified Domestic
> Relations Order to effectuate the intent of this
> paragraph.

6.    The following sentence shall be added to the end of the second

paragraph in Paragraph 2 of the Separation and Divorce Agreement:

> The Defendant agrees that to effectuate the intent of
> this sentence Defendant will withdrawal all funds in any
> TIAA and CREF accounts in his name and shall deposit the
> total withdrawal amount into Plaintiff's checking
> account within two (2) days of receipt of said funds.
> Defendant shall be solely responsible for any fees and
> tax implications associated with the withdrawal.
> Plaintiff shall be solely responsible for any income
> taxes associated with the payment to her for support of
> the minor child.

7.    The third paragraph in Paragraph 2 of the Separation and Divorce

Agreement shall be deleted in its entirety and replaced with the following

paragraph:

> Plaintiff acknowledges that she presently provides and
> pays for health insurance for the minor child.
> Plaintiff agrees that she will continue to do so.  The
> parties recognize that the minor child has Attention
> Deficit Hyperactivity Disorder and Asperger's Syndrome
> and that he has above-average medical and educational
> expenses as a result of these conditions.  The parties
> agree to share equally all medical and educational costs
> of the minor child, including, but not limited to,
> tuition, tutoring, therapy, including social groups, and
> unreimbursed or uninsured medical and prescription drug
> expenses associated with the medical conditions noted
> above.

8.    A fourth paragraph shall be added to Paragraph 2 of the Separation

and Divorce Agreement as follows:

> In addition to the payments set forth in the preceding
> paragraphs, David shall pay to Brenda the sum of One
> Thousand Five Hundred Dollars ($1,500.00) per month

2

toward the support of the minor child. These payments shall commence on the thirtieth (30) day of December 2001 and shall continue on the thirtieth day of each month thereafter through and including June 30, 2002.

9.   The following sentence shall be added to the end of Paragraph 3 of the Separation and Divorce Agreement:

Defendant agrees that his wages will be garnished in the event he is more than ninety (90) days late making any alimony payment set forth in the Agreement.

10.   Paragraph 4 of the Separation and Divorce Agreement shall be deleted in its entirety and replaced with the following paragraphs:

The parties jointly own real property improved by the premises 4201 Cathedral Avenue, N.W., Unit 1004 West, Washington, D.C.   20016.   Defendant agrees that this property in its entirety, including all existing equity, has been and shall become the sole property of the Plaintiff with regard to an equitable settlement of real property between the parties.   The property is encumbered by a mortgage in Defendant's sole name. Therefore, within the next two (2) years, the Defendant will either execute a quitclaim Deed or the Plaintiff will have the right to sell the property or have the sole and exclusive use and possession of the property. Upon execution of this Amendment, and continuing thereafter unless and until the property is sold to a third party or Defendant executes a quitclaim deed, Plaintiff shall be solely responsible for all expenses associated with the property.   Notwithstanding the foregoing, Plaintiff shall be responsible for paying only the sum of One Thousand Eight Hundred Seventy Four Dollars and Sixty-Five Cents ($1,874.65) per month toward the monthly mortgage payment. Defendant agrees to be solely responsible to pay any amount due for the monthly mortgage payment in excess of the $1,874.65 payment.   Defendant further agrees to retain the mortgage obligation in his sole name until January 1, 2004.

At any time following execution of this Amendment, Plaintiff may list the property for sale.   Defendant shall cooperate with all facets of listing the property for sale and selling the property and agrees that Plaintiff shall have sole discretion with regard to the asking price and final selling price.   The net proceeds of the sale of the property, which shall be defined as the sales price less any outstanding balance on the mortgage and any cost associated with the sale, shall be awarded entirely to Plaintiff.

11.   A new Paragraph shall be added to the Separation and Divorce Agreement as Paragraph 7, as follows:

Defendant agrees to execute a Last Will and Testament that provides that as long as he has a child support obligation pursuant to the Separation and Divorce

3

Agreement, he will bequeath to the Plaintiff his entire estate, including, but not limited to, real property, retirement accounts, cash value of any life insurance policies, and any coin collections, antiques and automobiles. It is noted that Defendant has a family from a previous marriage and it is agreed that Defendant may wish to leave personal memorabilia of small monetary value to one or all of these family members.

12.    Plaintiff and Defendant each confirm that she or he has had the opportunity to be advised by counsel of her or his choice about the matters referred to in this Amendment.

13.    Each of the parties acknowledges and represents that she or he is entering into this Amendment freely and voluntarily; that she or he has ascertained and weighed all the facts and circumstances likely to influence her or his judgment with respect to this Amendment, without duress of any kind; that she or he is aware of her or his legal rights; that all of the provisions hereof, as well as all related questions and implications, are satisfactorily understood by her or him, that he or she has given due consideration to such provisions and questions and that she or he clearly understands and assents to all the provisions thereof, and that she or he has read this Amendment prior to the signing hereof.

14.    (a)    If any provision of this Amendment should be hereafter determined to be wholly or partly unenforceable or contravenes the laws of the District of Columbia, this Amendment shall be construed as if it does not contain the particular provision or provisions held to be invalid, and the rights and obligations of the parties shall be construed and enforced accordingly.

(b)    This Amendment may not be changed, discharged, waived or terminated except by a writing duly executed with formality equal to this Amendment and acknowledged by the party against whom the change, discharge, waiver or termination is claimed or sought to be enforced.

(c)    This Amendment shall be executed in at least two counterparts, each of which so executed shall be deemed an original and shall constitute one and the same Amendment.

(d)    Any headings preceding the text of any of the paragraphs in this Amendment are inserted solely for the convenience of reference and shall not

4

constitute a part of the Amendment, nor shall they affect the meaning, construction or effect of any of the paragraphs in this Amendment.

(e)    No provision of this Amendment shall be construed for or against a party by reason that her or his legal representative drafted the same.

IN WITNESS WHEREOF, the parties hereto have set their hands and seal the day and year first above written.

WITNESS

WITNESS

_Brenda Moore-Edwards_ (SEAL)

_David Wayne Edwards_ (SEAL)

WASHINGTON DC, ss

I HEREBY CERTIFY that on this 27 day of December 2001, before me, the subscriber, a Notary Public of the State aforementioned, personally appeared Brenda Moore-Edwards who made oath in due form of law that the foregoing Amendment to Separation and Divorce Agreement is her voluntary act and deed and that the matters and facts set forth therein are true and correct.

AS WITNESS my hand and Official Seal

Notary Public
My Commission Expires:    Notary Public District of Columbia
CHARLES HELLER
My Commission Expires: Sep 30, 2003

WASHINGTON DC, ss

I HEREBY CERTIFY that on this 22 day of December 2001, before me, the subscriber, a Notary Public of the State aforementioned, personally appeared David Wayne Edwards who made oath in due form of law that the foregoing Amendment to Separation and Divorce Agreement is his voluntary act and deed and that the matters and facts set forth therein are true and correct.

AS WITNESS my hand and Official Seal

Notary Public
My Commission Expires:

Notary Public District of Columbia
CHARLES HELLER
My Commission Expires: Sep 30, 2003

5

June 22, 2006

<u>Via Facsimile and Certified Mail</u>

Darrell W. Clark, Esquire
Stinson Morrison Hecker
1150 18th Street, N.W.
Suite 800
Washington, D.C. 20036-3816

Re:    <u>Bankruptcy Claim Filed in Case of David W. Edwards</u>

Dear Mr. Clark:

Pursuant to our telephone conversation of Tuesday, June 20, 2006, and your letter of
June 19, 2006, the following is an itemization of my claim in the above-referenced case:

Separation and Divorce Agreement and Amendment
<u>Dated July 28, 2001 and December 27, 2001, Respectively</u>

| | | |
|---|---|---|
| September 5th and 20th, 2001 | Alimony | $ 6,000.00 |
| October 5th and 20th, 2001 | Alimony | $ 6,000.00 |
| October 5th, 2003 | Alimony | $ 3,000.00 |
| November 5th and 20th, 2003 | Alimony | $ 6,000.00 |
| December 5th and 20th, 2003 | Alimony | $ 6,000.00 |
| January 5th and 20th, 2004 | Alimony | $ 6,000.00 |
| February 5th and 20th, 2004 | Alimony | $ 6,000.00 |
| March 5th and 20th, 2004 | Alimony | $ 6,000.00 |
| April 5th and 20th, 2004 | Alimony | $ 6,000.00 |
| May 5th and 20th, 2004 | Alimony | $ 6,000.00 |
| June 5th and 20th, 2004 | Alimony | $ 6,000.00 |
| July 5th and 20th, 2004 | Alimony | $ 6,000.00 |
| August 5th and 20th, 2004 | Alimony | $ 6,000.00 |
| September 5th and 20th, 2004 | Alimony | $ 6,000.00 |
| October 5th and 20th, 2004 | Alimony | $ 6,000.00 |
| | TOTAL | $87,000.00 |

Thank you for your assistance with this claim and if you require additional information
please do not hesitate to contact me.

Sincerely,

*Brenda Moore Edwards*

Brenda Moore-Edwards
798 Col. Edmonds Court
Warrenton, Virginia 20186

November 3, 2006

Clerk of the U.S. Bankruptcy Court
U.S. Courthouse
3rd and Constitution Avenue, N.W.
Washington, D.C.  20001

     Re:   David W. Edwards, Case No. 05-02168

Dear Sir or Madam:

    This is a formal request for a transcript of the hearing in the above-referenced case on September 19, 2006, payment for which will be incurred and made by the undersigned.

    Thank you in advance for your assistance.

               Sincerely,

               Brenda Moore-Edwards
               798 Col. Edmonds Court
               Warrenton, Virginia 20186
               540 347 5367

EXHIBIT B

March 31, 2006

To Whom It May Concern:

On October 15, 2005 I filed for voluntary Chapter 7 bankruptcy. After I filed my petition with the United States Bankruptcy Court for the District of Columbia I received a payment for work done during September 2005. Due to circumstances beyond my control I was not paid for work I completed from October 1, 2005 thru December 31, 2005. This caused me to exhaust the funds I received for work completed during September 2005. These funds were the property of estate of the debtor.

When I was to be paid for the work I completed during October 2005 thru February 2006 Marc Albert, the Trustee for the estate of the debtor, seized the funds causing me to have no income for work completed from October 2005 thru February 2006.

Sincerely,

David W. Edwards



November 26, 2003

**VIA CERTIFIED AND REGULAR FIRST CLASS MAIL**

Mr. David W. Edwards
444 8th Street, NW
Unit 213
Washington, DC  20004

Dear Dave:

This is to confirm my telephone conversation with you today at approximately 12:21 p.m. about your seeing David tomorrow on Thanksgiving and saying "what's going on tomorrow" and then I said goodbye and hung up. Since, again, you have failed to remember visitation with David, I will no longer pursue your ability to visit with him.

This is also a demand for immediate payment of your court ordered obligations for:

- Child Support due October 25, 2003:          $3,000.00

- Alimony due October 25, 2003:                $3,000.00

- Child Support due November 5, 2003:          $3,000.00

- Alimony due November 5, 2003:                $3,000.00

- Child Support due November 25, 2003:         $3,000.00

- Alimony due November 25, 2003:               $3,000.00

Enclosed are David's medical bills in the total amount of $1,650.00 for Dr. Park's services rendered during nonpayment of support obligations -- pay this entire bill directly to Dr. Parks or notify me in writing as to nonpayment.

Please send all court ordered obligations to 4201 Cathedral Avenue, N.W., Unit 1004 West, Washington, DC 20016.

Sincerely,

*Brenda Moore Edwards*
Brenda Moore-Edwards
4201 Cathedral Avenue, N.W.
Unit 1004 West
Washington, DC  20016

*Exhibit F*

April 1, 2004

**VIA CERTIFIED MAIL**

Stephen D. Johnson, Esq.
Luxenberg, Johnson, & Dickens, P.C.
1244 19th Street, N.W.
Washington, DC  20036

    Re:  CA No. 01DR003511

Dear Mr. Johnson:

    This is a demand for immediate payment of your client's court ordered obligations for:

| | |
|---|---|
| -  Alimony due October 25, 2003: | $ 3,000.00 |
| -  Alimony due November 5, 2003: | $ 3,000.00 |
| -  Alimony due November 25, 2003: | $ 3,000.00 |
| -  Alimony due December 5, 2003: | $ 3,000.00 |
| -  Alimony due December 25, 2003: | $ 3,000.00 |
| -  Alimony due January 5, 2004: | $ 3,000.00 |
| -  Alimony due January 25, 2004: | $ 3,000.00 |
| -  Alimony due February 5, 2004: | $ 3,000.00 |
| -  Alimony due February 25, 2003: | $ 3,000.00 |
| -  Alimony due March 5, 2004: | $ 3,000.00 |
| -  Child Support due March 25, 2004: | $ 3,000.00 |
| -  Alimony due March 25, 2004: | $ 3,000.00 |
| **TOTAL** | **$36,000.00** |

Send all payments to the address listed below.

Sincerely,

*Brenda Moore Edwards*

Brenda Moore-Edwards
6125 Enon School Road
Marshall, Virginia  20115
(202) 251-0675

**DEFENDANT'S EXHIBIT**

## CONTRACTUAL AGREEMENT

This Agreement, made on September 6, 2002, between David W. Edwards and Brenda Moore-Edwards acknowledges that the parties have agreed to the following terms:

1.  David W. Edwards agrees to repay Brenda Moore-Edwards the sum of Nineteen Thousand Seven Hundred Dollars ($19,700.00) in two equal payments of Nine Thousand Eight Hundred Fifty Dollars ($9,850.00) on September 15, 2002 and October 5, 2002.

2.  The parties agree that their 2002 Federal tax refund in the amount of Five Thousand Five Hundred Sixty Eight Dollars ($5,568.00) will be paid in its entirety to Brenda Moore-Edwards in repayment for their 2002 District of Columbia tax payment in the amount of Five Thousand Two Hundred Twelve Dollars ($5,212.00).

3.  The parties also agree that their 2002 Virginia tax refund in the amount of Five Thousand Four Hundred Seven Dollars ($5,407.00) will be paid in its entirety to Brenda Moore-Edwards as partial reimbursement for one-half of their son David's medical and tuition expenses from January 2002 thru this date.

_David W. Edwards_    9-7-02
David W. Edwards        Date

_Brenda Moore-Edwards_    9/7/02
Brenda Moore-Edwards     Date

Signed before me this    7    day of September 2002.   My commission expires:    _____.

Notary Public District of Columbia
Brian Combs
My Commission Expires June 30, 2004

_Brian Combs_
Notary Public




## CONTRACTUAL AGREEMENT

This Agreement, made on September 11, 2002, between David W. Edwards and Brenda Moore-Edwards acknowledges that the parties have agreed to the following terms:

1.  David W. Edwards agrees to allow Brenda Moore-Edwards to enter the premises at 21813 Jarvis Square, Ashburn, Virginia on September 15, 2002 and to remove any of the contents on the premises at that time.

2.  The parties agree that their Separation Agreement dated July 28, 2001 and Amended Separation Agreement dated December 28, 2001 will be reviewed and the financial terms set forth in letter form by Patrick McGinley, Esquire and that this letter will be used by Brenda Moore-Edwards for financial purposes.

3.  The parties also agree to pay the federal 2002 taxes on the funds received by Brenda Moore-Edwards by David W. Edwards from the TIAA-CREF accounts in the amount of SIXTY NINE THOUSAND SEVEN HUNDRED DOLLARS ($69,700.00) and that David W. Edwards will be responsible for the penalty portion of the taxation.


_David W. Edwards_     9-11-02       _Brenda Moore-Edwards_    9/11/02

David W. Edwards      Date        Brenda Moore-Edwards     Date


Signed before me this _11th_ day of September 2002.  My

commission expires: _____.

ELIO E GRANDI
Notary Public District of Columbia
My Commission Expires November 14, 2004



## LOAN AGREEMENT

This document made on August 18, 2002, between Brenda Moore-Edwards and David W. Edwards acknowledges that David W. Edwards agrees to repay Brenda Moore-Edwards the sum of Nineteen Thousand Seven Hundred dollars ($19,700.00) in two equal payments of Nine Thousand Eight Hundred Fifty dollars.($9,850.00) on September 15, 2002 and October 15, 2002.


_____ 8-18 02                    _____ 3/18/02
David W, Edwards      Date                  Brenda Moore-Edwards    Date

| AMOUNT | DATE | DESCRIPTION |
|---|---|---|
| -20000.00 | 12/31/2001 | BME AMX CHARGES FROM 2001 |
| -7297.85 | 01/31/2002 | BME AMX CHARGES |
| +8000.00 | 02/01/2002 | |
| +4500.00 | 02/13/2002 | |
| +26090.74 | 02/20/2002 | BME AMX PAYMENT |
| -3236.55 | 02/28/2002 | BME AMX CHARGES |
| +8000.00 | 03/26/2002 | |
| -9440.11 | 03/31/2002 | BME AMX CHARGES |
| -2538.84 | 04/28/2002 | BME AMX CHARGES |
| +15669.27 | 05/09/2002 | BME AMX PAYMENT |
| -4441.83 | 05/31/2002 | BME AMX CHARGES |
| +6874.30 | 06/13/2002 | |
| -2644.24 | 06/30/2002 | BME AMX CHARGES |
| +5300.00 | 07/22/2002 | |
| +1211.06 | 07/23/2002 | |
| -1233.17 | 07/31/2002 | BME AMX CHARGES |
| -7355.34 | 08/31/2002 | BME AMX CHARGES |
| -4183.59 | 09/30/2002 | BME AMX CHARGES |
| +211.59 | 10/31/2002 | BME AMX CHARGES CREDIT |
| -8865.44 | 11/30/2002 | BME AMX CHARGES |
| -7484.65 | 12/31/2002 | BME AMX CHARGES |
| +5300.00 | 01/24/2003 | |
| -2652.66 | 01/31/2003 | BME AMX CHARGES |
| -9159.42 | 02/28/2003 | BME AMX CHARGES |
| 0.00 | 03/31/2003 | BME AMX CHARGES |
| 0.00 | 04/30/2003 | BME AMX CHARGES |
| 0.00 | 05/31/2003 | BME AMX CHARGES |
| +6100.60 | 06/03/2003 | |
| -2239.66 | 06/30/2003 | BME AMX CHARGES |
| -997.96 | 07/31/2003 | BME AMX CHARGES |
| -3237.73 | 08/11/2003 | AMX |
| 0.00 | 08/31/2003 | BME AMX CHARGES CARD CANCELLED |

Alimony_child_support

COPY

```
 200.00,09/04/2001,ATM
  48.00,09/04/2001,NAIL SPA
 726.00,09/07/2001,#3380 CONDO FEE
1100.00,09/07/2001,NEIMAN MARCUS
1874.65,09/10/2001,#3381 CONDO MORT
 500.00,09/13/2001,ATM
 500.00,09/17/2001,ATM
 650.00,10/09/2001,NEIMAN MARCUS
 726.00,10/10/2001,#3321 CONDO FEE
1874.65,10/11/2001,#3420 CONDO MORT
 500.00,10/12/2001,ATM
 301.00,10/19/2001,ATM
 301.75,11/07/2001,ATM
  42.00,11/09/2001,NAIL SPA
 726.00,11/14/2001,#3476 CONDO FEE
76271.33,11/20/2001,#3488 TIAA
5000.00,11/20/2001,#3510
1000.00,11/20/2001,#3512
5000.00,11/21/2001,#3511
1000.00,11/21/2001,#3513
 500.00,11/23/2001,ATM
 500.00,11/23/2001,ATM NOT A DUPLICATE
6000.00,12/10/2001,#3489
 502.00,12/13/2001,ATM
 501.75,12/21/2001,ATM
6000.00,12/24/2001,#3532
6000.00,12/24/2001,#3532
2914.45,12/28/2001,CONDO MORT DEBIT
6000.00,01/14/2002,#3546
2914.45,01/28/2002,CONDO MORT DEBIT
7297.85,01/31/2002,AMX
6000.00,02/05/2002,#3560
2914.45,02/28/2002,CONDO MORT DEBIT
3236.55,02/28/2002,AMX
12000.00,03/01/2002,#3595
 500.00,03/12/2002,COUNTER-DEBIT
 302.00,03/12/2002,ATM
2914.45,03/28/2002,CONDO MORT DEBIT
9440.11,03/31/2002,AMX
18000.00,04/11/2002,#3602
 100.00,04/12/2002,ATM
2914.45,04/29/2002,CONDO MORT DEBIT
2538.84,04/30/2002,AMX
18000.00,05/06/2002,#3603
 500.00,05/28/2002,ATM
2914.45,05/28/2002,CONDO MORT DEBIT
4441.83,05/31/2002,AMX
18000.00,06/04/2002,#3605
```

*[Handwritten annotations:]* DAVID TO PAY CONDO FEES FIND DOC-ORDER REQUIRING HIM

*[Handwritten:]* CONDO PROCEEDS TO BRENDA FROM PROPERTY AS AGREED + ADDITIONAL $20,000.00 TOTAL 96,271.23

*[Handwritten:]* NOT TIAA

*[Handwritten:]* No ATM WITHDRAWAL ON STATEMENT

*[Handwritten:]* > NO STATEMENT

*[Handwritten:]* $100.00 NOT $500.00

Page 1

Alimony_child_support

```
  202.00,06/14/2002,ATM
 2914.45,06/28/2002,CONDO MORT DEBIT
 2644.24,06/30/2002,AMX
  500.00,07/08/2002,COUNTER-DEBIT
 6000.00,07/09/2002,#3612
 6000.00,07/23/2002,#3613
 2914.45,07/29/2002,CONDO MORT DEBIT
 1233.17,07/31/2002,AMX
 7355.34,07/31/2002,AMX
50000.00,08/08/2002,#3617 TIAA
12000.00,08/12/2002,#3621
  200.00,08/14/2002,ATM
 2914.45,08/28/2002,CONDO MORT DEBIT
 6000.00,09/11/2002,#3633
  101.50,09/27/2002,ATM
 2914.45,09/30/2002,CONDO MORT DEBIT
 4183.59,09/30/2002,AMX
 6000.00,10/16/2002,#3643
 6000.00,10/16/2002,#3648
 6000.00,10/28/2002,#3650
 2914.45,10/28/2002,CONDO MORT DEBIT
 -211.88,10/31/2002,AMX
  500.00,11/27/2002,PAY BY PHONE
  250.00,11/27/2002,PAY BY PHONE
  100.00,11/27/2002,PAY BY PHONE
 6000.00,11/29/2002,#3665
 8865.44,11/30/2002,AMX
 2914.45,12/02/2002,CONDO MORT DEBIT
12000.00,12/17/2002,#3676
 2914.45,12/30/2002,CONDO MORT DEBIT
 7484.65,12/31/2002,AMX
12000.00,01/15/2003,#3685
 2914.45,01/28/2003,CONDO MORT DEBIT
 9589.42,01/31/2003,AMX
 6000.00,02/12/2003,#3686
 6000.00,02/12/2003,#3690
 6000.00,02/12/2003,#3691
  302.00,02/14/2003,ATM
  302.00,02/14/2003,ATM
 2914.45,02/28/2003,CONDO MORT DEBIT
 6000.00,03/11/2003,#3701
 6000.00,03/11/2003,#3702
  202.00,03/14/2003,ATM
 2914.45,03/28/2003,CONDO MORT DEBIT
 6000.00,04/09/2003,#3716
 6000.00,04/09/2003,#3717
 2914.45,04/28/2003,CONDO MORT DEBIT
  644.25,04/30/2003,#3729 CONDO FEE
```

*[handwritten annotation next to the 50000.00,08/08/2002 entry: PER DIVORCE AGREEMENT FOR LATE CHILD SUPPORT]*

Page 2

Alimony_child_support

```
2535.00,04/30/2003,#3730 CONDO FEE
6000.00,05/09/2003,#3731
6000.00,05/09/2003,#3732
5000.00,05/16/2003,COUNTER DEBIT
2914.45,05/28/2003,CONDO MORT DEBIT
2912.49,05/31/2003,AMX
6000.00,06/06/2003,#3753
12000.00,06/10/2003,XFER 4579
5407.36,06/23/2003,XFER 4579 TAX REFUND      PER AGREEMENT
2914.45,06/30/2003,CONDO MORT DEBIT
 325.13,06/30/2003,AMX
6000.00,07/14/2003,XFER 4579
6000.00,07/16/2003,XFER 4579
2914.45,07/28/2003,CONDO MORT DEBIT
 -72.92,07/31/2003,AMX
6000.00,08/22/2003,#3781
2914.45,08/28/2003,CONDO MORT DEBIT
6000.00,09/05/2003,XFER 4579
7400.00,09/26/2003,XFER 4579
3000.00,09/29/2003,XFER 4579
2914.45,09/29/2003,CONDO MORT DEBIT BOUNCED
15000.00,10/03/2003,#3794
2929.45,10/09/2003,CONDO MORT DEBIT
6000.00,10/15/2003,DEPOSIT 4579 BY DWE
2914.45,10/28/2003,CONDO MORT DEBIT
2542.77,11/30/2003,AMX BRENDA'S SAAB
2914.45,12/02/2003,CONDO MORT DEBIT BOUNCED
3000.00,12/24/2003,#3805
3000.00,12/24/2003,#3806
3000.00,12/24/2003,#3807
3000.00,12/24/2003,#3808
2914.45,12/29/2003,CONDO MORT DEBIT
3000.00,01/16/2004,#3819
3000.00,01/16/2004,#3824
2914.45,01/28/2004,CONDO MORT DEBIT
3000.00,02/12/2004,#3823
3000.00,02/12/2004,#3854
3000.00,02/17/2004,#3864 CONDO FEE
```

H

Page 2 of 4
Statement Period
11-08-01 through 12-07-01
Number of checks enclosed: 44
B 05 0 C 05

Account Number: 0019 1867 8222

DAVID W EDWARDS
BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING

| | |
|---|---|
| Account Number ............................. 0019 1867 8222 | |
| Beginning Balance on 11-08-01 ........ $ | 1,428.84 |
| Deposits and Other Additions ........+ | 137,556.28 |
| Checks Posted ............................... - | 102,800.92 |
| ATM and Debit Card Subtractions ... - | 1,393.07 |
| Service Charges and Other Fees ........ - | 0.00 |
| Other Subtractions ......................... - | 7,918.56 |
| Ending Balance on 12-07-01 ............ $ | 26,874.57 |

The monthly maintenance fee for your Interest Checking Account # 0019 1867 8222 will be waived when your average daily balance in combined checking and linked savings, Money Market Savings, CD or IRA accounts meets the balance level stated in the *Personal Schedule of Fees*. Your combined deposit balance for the statement cycle was $19,762.27. As an Advantage customer, you also have other options such as using loan, line of credit and mortgage balances with us, to avoid the monthly maintenance fee. Please contact us if you would like to talk with us about your account.

All of us at Bank of America extend our warmest wishes for a joyous holiday season and a peaceful, prosperous new year. Thank you for choosing Bank of America to help you realize your financial goals. We value your business and look forward to serving you in the future.

Get Card Smart. Get Photo Security free on your Check Card today. It's a secure and easy way to pay. Free Photo Security is also offered on Bank of America credit cards. Apply today and get a great introductory APR. Credit card offer through Bank of America NA (USA). Credit subject to approval. Member FDIC.

Looking for a mortgage, financial tools, a new home or advice on moving? Bank of America HomeSolutions is your online resource. Learn more at bankofamerica.com/homesolutions.

Bank of America is committed to providing you greater security and confidentiality when mailing account statements to a foreign mailing address. Effective January 2002, account statements mailed to foreign addresses will be mailed in an envelope that does not display the Bank of America name or logo.

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| | | 1,228.84 | Check    3468 |
| | 200.00- | 1,186.84 | CheckCard  1107 Nail Spa    1000000190550540 |
| 11-08 | 42.00- | | Washington    DC |
| 11-09 | | 788.80 | Check    8474 |
| | 398.04- | 637.34 | Check    3475 |
| 11-13 | 151.46+ | 96,908.57 | Wire Type:Wire IN Date: 111401 Time:1034 Et |
| 11-13 | 96,271.23+ | | Trn:011114008889 Fdref/Seq:G0013181434401 |
| 11-14 | | | Orig:Heritage Title Escrow ID:000066726042 Orig Bk |
| | | | :Citibank Washington Fsb ID:GCNXUNAW457 |
| | | 109,028.57 | Deposit |
| 11-14 | 12,120.00+ | 108,302.57 | Check    3467 |
| 11-14 | 726.00- | 108,202.57 | Check    3995 |
| 11-14 | 100.00- | 107,842.57 | Check    3479 |
| 11-14 | 360.00- | 109,881.87 | Advanced Technol;Des= payroll  ;ID= 002506 |
| 11-15 | 2,089.30+ | | Eff Date: 011115;Indn:Edwards, David W. |
| | | 109,832.80 | 11/15 #000802884 Purchase |
| 11-15 | 49.07- | | 3201 New Mexico A  Washington    DC |
| | | 109,691.27 | Check    3477 |
| 11-15 | 141.53- | 109,640.04 | Check    3469 |
| 11-15 | 61.23- | 109,625.04 | Check    3476 |
| 11-15 | 15.00- | | |

H

Page 3 of 4
Statement Period
11-08-01 through 12-07-01
Number of checks enclosed: 44
B 05 0 C 05

Account Number: 0019 1867 8222

DAVID W EDWARDS
BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 11-16 | 76,271.23- | 33,353.81 | Check 3483 |
| 11-19 | 3,983.11+ | 37,336.92 | Deposit |
| 11-19 | 550.00- | 36,786.92 | Check 3509 |
| 11-19 | 250.00- | 36,536.92 | Check 3482 |
| 11-19 | 33.60- | 36,503.32 | Check 3500 |
| 11-20 | 5,000.00- | 31,503.32 | Check 3510 |
| 11-20 | 1,000.00- | 30,503.32 | Check 3512 |
| 11-20 | 513.00- | 29,990.32 | Check 3508 |
| 11-20 | 470.40- | 29,519.92 | Check 3505 |
| 11-20 | 250.00- | 29,269.92 | Check 3481 |
| 11-20 | 250.00- | 29,019.92 | Check 3515 |
| 11-20 | 200.00- | 28,819.92 | Check 3516 |
| 11-20 | 150.00- | 28,669.92 | Check 3506 |
| 11-20 | 100.00- | 28,569.92 | Check 3478 |
| 11-20 | 33.55- | 28,536.37 | Check 3501 |
| 11-21 | 3,526.70- | 25,009.67 | American Express;Des= elec Remit;ID= 011120010084794 Eff Date: 011121;Indn:David W Edwards |
| 11-21 | 5,000.00- | 20,009.67 | Check 3511 |
| 11-21 | 1,000.00- | 19,009.67 | Check 3513 |
| 11-21 | 750.00- | 18,259.67 | Check 3480 |
| 11-21 | 500.00- | 17,759.67 | Check 3514 |
| 11-21 | 255.00- | 17,504.67 | Check 3520 |
| 11-21 | 251.00- | 17,253.67 | Check 3519 |
| 11-21 | 47.88- | 17,205.79 | Check 3472 |
| 11-21 | 21.97- | 17,183.82 | Check 3473 |
| 11-23 | 500.00- | 16,683.82 | BkofAmerica ATM 11/21 #000008731 Withdrwl River Road Bethesda MD |
| 11-23 | 500.00- | 16,183.82 | BkofAmerica ATM 11/21 #000008732 Withdrwl River Road Bethesda MD |
| 11-23 | 1,500.00- | 14,683.82 | Check 3518 |
| 11-23 | 500.00- | 14,183.82 | Check 3517 |
| 11-23 | 125.00- | 14,058.82 | Check 3503 |
| 11-23 | 58.00- | 14,000.82 | Check 3521 |
| 11-23 | 36.00- | 13,964.82 | Check 3504 |
| 11-26 | 4,389.86- | 9,574.96 | American Express;Des= elec Remit;ID= 011122010551856 Eff Date: 011126;Indn:David W Edwards |
| 11-26 | 338.00- | 9,236.96 | Check 3507 |
| 11-26 | 80.00- | 9,156.96 | Check 3502 |
| 11-28 | 601.22+ | 9,758.18 | Deposit |
| 11-29 | 75.00- | 9,683.18 | Check |
| 11-30 | 2,497.77+ | 12,180.95 | Advanced Technol;Des= payroll ;ID= 002506 Eff Date: 011130;Indn:Edwards, David W. |
| 11-30 | 180.00- | 12,000.95 | Check 3484 |
| 12-03 | 302.00- | 11,698.95 | Suntrust 12/02 #000005171 Withdrwl Suntrust Washington DC |
| 12-03 | 70.00- | 11,628.95 | Check 3486 |
| 12-03 | 0.00 | 11,628.95 | Suntrust 12/02 #000005171 Withdrwl Suntrust Washington DC Fee |
| 12-04 | 4,525.00- | 7,103.95 | Check 3523 |
| 12-06 | 20,040.00+ | 27,143.95 | Deposit |
| 12-07 | 93.03- | 27,050.92 | Check 3440 |
| 12-07 | 180.00- | 26,870.92 | Check 3487 |
| 12-07 | 3.65+ | 26,874.57 | Interest Earned |

H

Page 4 of 4
Statement Period
11-08-01 through 12-07-01
Number of checks enclosed: 44
B 05 0 C 05

DAVID W EDWARDS
BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING

Account Number: 0019 1867 8222

## Checks Posted in Numerical Order

| Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) |
|---|---|---|---|---|---|---|---|---|
| 3440 | 11-29 | 75.00 | 3482 | 11-19 | 250.00 | 3510 | 11-20 | 5,000.00 |
| 3467* | 12-07 | 93.08 | 3483 | 11-16 | 76,271.23 | 3511 | 11-21 | 5,000.00 |
| 3468 | 11-14 | 726.00 | 3484 | 11-30 | 180.00 | 3512 | 11-20 | 1,000.00 |
| 3469 | 11-08 | 200.00 | 3486* | 12-03 | 70.00 | 3513 | 11-21 | 1,000.00 |
| 3472* | 11-15 | 61.28 | 3487 | 12-07 | 180.00 | 3514 | 11-21 | 500.00 |
| 3473 | 11-21 | 47.88 | 3500* | 11-19 | 33.60 | 3515 | 11-20 | 250.00 |
| 3474 | 11-13 | 898.04 | 3501 | 11-20 | 98.55 | 3516 | 11-20 | 200.00 |
| 3475 | 11-13 | 151.46 | 3502 | 11-26 | 80.00 | 3517 | 11-23 | 500.00 |
| 3476 | 11-15 | 15.00 | 3503 | 11-23 | 125.00 | 3518 | 11-23 | 1,500.00 |
| 3477 | 11-15 | 141.53 | 3504 | 11-23 | 36.00 | 3519 | 11-21 | 251.00 |
| 3478 | 11-20 | 100.00 | 3505 | 11-20 | 470.40 | 3520 | 11-21 | 256.00 |
| 3479 | 11-14 | 360.00 | 3506 | 11-20 | 150.00 | 3521 | 11-23 | 58.00 |
| 3480 | 11-21 | 750.00 | 3507 | 11-26 | 338.00 | 3523* | 12-04 | 4,525.00 |
| 3481 | 11-20 | 250.00 | 3508 | 11-20 | 513.00 | 3995* | 11-14 | 100.00 |
|  |  |  | 3509 | 11-19 | 550.00 |  |  |  |

**Total Checks Posted**                                    $102,800.92

\* The asterisk shows a break in the check number order. Your check may have been in a previous statement or may still be outstanding.

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Beginning | 1,428.84 | 11-19 | 36,503.82 | 11-30 | 12,000.95 |
| 11-08 | 1,228.84 | 11-20 | 28,536.87 | 12-03 | 11,628.95 |
| 11-09 | 1,185.84 | 11-21 | 17,183.82 | 12-04 | 7,103.95 |
| 11-13 | 637.34 | 11-23 | 13,964.82 | 12-06 | 27,143.95 |
| 11-14 | 107,842.57 | 11-26 | 9,156.96 | 12-07 | 26,874.57 |
| 11-15 | 109,625.04 | 11-28 | 9,758.18 |  |  |
| 11-16 | 33,353.81 | 11-29 | 9,683.18 |  |  |

H

Bank of America, N.A.
Regional Center, VA2-125-04-01
P.O. Box 27025
Richmond, VA 23261-7025

Page 1 of 4
Statement Period
11-08-01 through 12-07-01
Number of checks enclosed: 44
B 05  0 C  05

Account Number: 0019 1867 8222

իլիԱԱ11ուււս11Ասլիլիսիսիցիիււււ11ԱԱււււ11ււււսլիիսի
          16357 001 SCH999 I1    0

DAVID W EDWARDS
BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING
20961 GULICK MILL RD
LEESBURG VA 20175-4639

## Customer Service Information

For additional information or service, you may call:
  1.888.789.PLUS (7587) Priority Telephone Banking
  1.800.288.4408 TDD/TTY Users Only
  1.800.688.6086 En Español

Or you may write to:
  Bank of America, N.A.
  P.O. Box 27025
  Richmond, Virginia 23261-7025

## Your Bank of America Advantage Summary

| Account Name | Account Number | Qualifying Balance* | Type of Balance | Date | Total |
|---|---|---|---|---|---|
| **Deposit Accounts** | | | | | |
| Interest Checking | 0019 1867 8222 | 19,762.27 | Average | 12-06 | |
| Total Deposit Account Balance | | | | | $19,762.27 |
| **Credit Accounts** | | | | | |
| Personal CreditLine | 0051 2011 019764 | 9,038.30 | Principal** | 12-06 | |
| Total Credit Account Balance | | | | | $9,038.30 |

Thank you for banking with us.  With the balances in your accounts, there is no monthly maintenance fee for Advantage.

\* Balances in your linked accounts that are used to avoid a monthly maintenance fee are listed here.  These balances reflect the average or principal balance in your account - for your actual ending account balances, please see the "Your Account at a Glance" section on your statement for each of your accounts.
\*\* Detailed information about this account is not included in this statement.

### Interest Checking
DAVID W EDWARDS           BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING

### Your Account at a Glance

*Annual Percentage Yield Earned this Statement Period: 0.24%*
*Interest Paid Year to Date:  $20.71*

H

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 4
Statement Period
12-08-01 through 01-09-02
Number of checks enclosed: 28
B 05 0 C 05

Account Number: 0019 1867 8222

10357 001 SCH999 I1 3   0

DAVID W EDWARDS
BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING
20961 GULICK MILL RD
LEESBURG VA 20175-4639

---

## Customer Service Information

For additional information or service, you may call:
☎ 1.888.789.PLUS (7587) Priority Telephone Banking
1.800.288.4408 TDD/TTY Users Only
1.800.688.6086 En Español

Or you may write to:
✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

---

## Your Bank of America Advantage Summary

| Account Name | Account Number | Qualifying Balance* | Type of Balance | Date | Total |
|---|---|---|---|---|---|
| **Deposit Accounts** | | | | | |
| Interest Checking | 0019 1867 8222 | 13,072.03 | Average | 01-08 | |
| **Total Deposit Account Balance** | | | | | **$13,072.03** |
| **Credit Accounts** | | | | | |
| Personal CreditLine | 0051 2011 019764 | 8,637.93 | Principal** | 01-08 | |
| **Total Credit Account Balance** | | | | | **$8,637.93** |

Thank you for banking with us.  With the balances in your accounts, there is no monthly maintenance fee for Advantage.

\* Balances in your linked accounts that are used to avoid a monthly maintenance fee are listed here.  These balances reflect the average or principal balance in your account - for your actual ending account balances, please see the "Your Account at a Glance" section on your statement for each of your accounts.
\*\* Detailed information about this account is not included in this statement.

---

## Interest Checking

DAVID W EDWARDS                    BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING

### Your Account at a Glance

*Annual Percentage Yield Earned this Statement Period:  0.20%*
*Interest Paid Year to Date:  $2.06*

H

Page 2 of 4
Statement Period
12-08-01 through 01-09-02
Number of checks enclosed: 28
B 05 0 C  05

DAVID W EDWARDS
BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING

Account Number: 0019 1867 8222

Account Number ........................................ 0019 1867 8222
Beginning Balance on 12-08-01................ $     26,874.57
    Deposits and Other Additions............+      11,521.20
    Checks Posted.................................... -      24,662.12
    ATM and Debit Card Subtractions .... -       1,506.74
    Service Charges and Other Fees ........ -              3.00
    Other Subtractions................................ -      10,305.07
**Ending Balance on 01-09-02................ $       1,918.84**

---

The monthly maintenance fee for your Interest Checking Account # 0019 1867 8222 will be waived when your average daily balance in combined checking and linked savings, Money Market Savings, CD or IRA accounts meets the balance level stated in the *Personal Schedule of Fees*.  Your combined deposit balance for the statement cycle was $13,072.03.  As an Advantage customer, you also have other options such as using loan, line of credit and mortgage balances with us, to avoid the monthly maintenance fee.  Please contact us if you would like to talk with us about your account.

---

Soar past the paperwork with services that can streamline your finances and simplify your life: Direct Deposit saves you time all the time, Automatic Payment is an easier way to make your regular Bank of America payments, and ATM Banking means the bank is open around the clock for you. Visit bankofamerica.com/moretime or talk to a banking center associate.

Online Banking at bankofamerica.com lets you bank anytime, anywhere you have Internet access. View updated account information, transfer money, re-order checks and more - all in one secure place. You can even receive and pay your bills online from one easy screen - in just seconds. Get started today at bankofamerica.com/bankonline.

Increase your wealth in 2002. Beginning in the 2002 tax year, the maximum you can contribute to a traditional or Roth IRA increases to $3,000 annually; $3,500 in the tax year you turn 50 or older.  Remember, you can contribute to an IRA even if you're covered by a retirement plan sponsored by your employer. For more information, please call the number above.

College...The possibilities are endless. Live what you dream. Bank of America Student Loans. Call us at 1.800.344.8382 or visit www.bankofamerica.com/studentbanking.

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction | |
|---|---|---|---|---|
| 12-10 | 6,000.00- | 20,874.57 | Check | 3489 |
| 12-11 | 24.04- | 20,850.53 | Check | 3464 |
| 12-13 | 502.00- | 20,348.53 | Suntrust | 12/12 #000004255 Withdrwl |
| | | | Suntrust | Bethesda      MD |
| 12-13 | 157.16- | 20,191.37 | Check | 3470 |
| 12-13 | 0.00 | 20,191.37 | Suntrust | 12/12 #000004255 Withdrwl |
| | | | Suntrust | Bethesda      MD    Fee |
| 12-14 | 1,776.97+ | 21,968.34 | Advanced Technol;Des= payroll   ;ID= 002506 |
| | | | Eff Date: 011214;Indn:Edwards, David W. |
| 12-14 | 54.99+ | 22,023.33 | CheckCard  1213 Blo*bloomingdales |
| | | | 800-472-0788 Ct      1000000190261031 |
| 12-17 | 300.46- | 21,722.87 | Check | 3526 |
| 12-18 | 2,310.00- | 19,412.87 | Check | 3524 |
| 12-18 | 645.00- | 18,767.87 | Check | 3525 |
| 12-18 | 500.00- | 18,267.87 | Check | 3527 |
| 12-18 | 500.00- | 17,767.87 | Check | 3530 |
| 12-18 | 200.00- | 17,567.87 | Check | 3488 |
| 12-18 | 36.62- | 17,531.25 | Check | 3485 |

H

Page 3 of 4
Statement Period
12-08-01 through 01-09-02
Number of checks enclosed: 28
B 05 0 C 05

DAVID W EDWARDS
BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING

Account Number: 0019 1867 8222

# Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| | | | Check    3529 |
| 12-19 | 300.00- | 17,231.25 | Check    3531 |
| 12-19 | 250.00- | 16,981.25 | Deposit |
| 12-21 | 1,124.78+ | 18,106.03 | Rnb        12/21 #000371620  Withdrwl |
| 12-21 | 501.75- | 17,604.28 | Chevy Chase Ofc #  Washington   DC |
| | | | Eds/Giant         12/21 #000799145  Withdrwl |
| 12-21 | 200.99- | 17,403.29 | 4303 Connecticut   Washington,   DC |
| | | | Check    3528 |
| 12-21 | 500.00- | 16,903.29 | Eds/Giant         12/21 #000799145  Withdrwl |
| 12-21 | 1.50- | 16,901.79 | 4303 Connecticut   Washington,   DC  Fee |
| | | | Rnb        12/21 #000371620  Withdrwl |
| 12-21 | 0.00 | 16,901.79 | Chevy Chase Ofc #  Washington   DC  Fee |
| | | | Check    3532 |
| 12-24 | 6,000.00- | 10,901.79 | Check    2735 |
| 12-24 | 300.00- | 10,601.79 | Suntrust          12/25 #000002027  Withdrwl |
| 12-26 | 302.00- | 10,299.79 | Suntrust           Leesburg     VA |
| | | | Check    3541 |
| 12-26 | 90.91- | 10,208.88 | Suntrust          12/25 #000002027  Withdrwl |
| 12-26 | 1.50- | 10,207.38 | Suntrust           Leesburg     VA  Fee |
| | | | Check    3536 |
| 12-27 | 2,000.00- | 8,207.38 | Check    3534 |
| 12-27 | 380.00- | 7,827.38 | Check    3540 |
| 12-27 | 300.00- | 7,527.38 | Check    3533 |
| 12-27 | 255.00- | 7,272.38 | Check    3537 |
| 12-27 | 200.00- | 7,072.38 | Deposit |
| 12-28 | 1,874.65+ | 8,947.03 | Bank Of America ;Des= loan Pymt ;ID= 068411000612299 |
| 12-28 | 2,914.45- | 6,032.58 | Eff Date: 011228;Indn:Edwards Da 00000013665 |
| | | | Check    3538 |
| 12-28 | 300.00- | 5,732.58 | Check    3535 |
| 12-28 | 35.00- | 5,697.58 | Advanced Technol;Des= payroll   ;ID= 002506 |
| 12-31 | 1,734.94+ | 7,432.52 | Eff Date: 011231;Indn:Edwards, David W. |
| | | | American Express;Des= elec Remit;ID= 011230010369587 |
| 12-31 | 1,000.00- | 6,432.52 | Eff Date: 011231;Indn:Brenda Moore Edwards |
| | | | Check    3599 |
| 01-02 | 520.00- | 5,912.52 | American Express;Des= elec Remit;ID= 020102010276456 |
| 01-03 | 1,437.81+ | 4,474.71 | Eff Date: 020103;Indn:David W Edwards |
| | | | Deposit |
| 01-07 | 4,952.81+ | 9,427.52 | Check    3491 |
| 01-07 | 2,250.00- | 7,177.52 | Check    3496 |
| 01-07 | 180.00- | 6,997.52 | Check    3492 |
| 01-08 | 86.10- | 6,911.42 | Check    3495 |
| 01-08 | 41.83- | 6,869.59 | American Express;Des= elec Remit;ID= 020108010095754 |
| 01-09 | 4,952.81- | 1,916.78 | Eff Date: 020109;Indn:David W Edwards |
| 01-09 | 2.06+ | 1,918.84 | Interest Earned |

# Checks Posted in Numerical Order

| Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) |
|---|---|---|---|---|---|---|---|---|
| | | | 3488• | 12-18 | 200.00 | 3495• | 01-08 | 41.83 |
| | | | 3489 | 12-10 | 6,000.00 | 3496 | 01-07 | 180.00 |
| 2735 | 12-24 | 300.00 | 3491• | 01-07 | 2,250.00 | 3524• | 12-18 | 2,310.00 |
| 3464• | 12-11 | 24.04 | 3492 | 01-08 | 86.10 | 3525 | 12-18 | 645.00 |
| 3470• | 12-13 | 157.16 | | | | | | |
| 3485• | 12-18 | 36.62 | | | | | | |

H

Page 4 of 4
Statement Period
12-08-01 through 01-09-02
Number of checks enclosed: 28
B 06 0 C 05

Account Number: 0019 1867 8222

DAVID W EDWARDS
BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING

## Checks Posted in Numerical Order - Continued

| Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) |
|---|---|---|---|---|---|---|---|---|
| 3526 | 12-17 | 300.46 | 3532 | 12-24 | 6,000.00 | 3538 | 12-28 | 300.00 |
| 3527 | 12-18 | 500.00 | 3533 | 12-27 | 255.00 | 3539 | 01-02 | 520.00 |
| 3528 | 12-21 | 500.00 | 3534 | 12-27 | 380.00 | 3540 | 12-27 | 300.00 |
| 3529 | 12-19 | 300.00 | 3535 | 12-28 | 35.00 | 3541 | 12-26 | 90.91 |
| 3530 | 12-18 | 500.00 | 3536 | 12-27 | 2,000.00 | | | |
| 3531 | 12-19 | 250.00 | 3537 | 12-27 | 200.00 | | | |

**Total Checks Posted**                                                                          **$24,662.12**

\* The asterisk shows a break in the check number order. Your check may have been in a previous statement or may still be outstanding.

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Beginning | 26,874.57 | 12-19 | 16,981.25 | 01-02 | 5,912.52 |
| 12-10 | 20,874.57 | 12-21 | 16,901.79 | 01-03 | 4,474.71 |
| 12-11 | 20,950.53 | 12-24 | 10,601.79 | 01-07 | 6,997.52 |
| 12-13 | 20,191.37 | 12-26 | 10,207.38 | 01-08 | 6,869.59 |
| 12-14 | 22,023.33 | 12-27 | 7,072.38 | 01-09 | 1,918.84 |
| 12-17 | 21,722.87 | 12-28 | 5,697.58 | | |
| 12-18 | 17,531.25 | 12-31 | 6,432.52 | | |

H

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

©©LY

Page 1 of 3
Statement Period
01-10-02 through 02-06-02
Number of checks enclosed: 24
B 05 0 C 05

Account Number: 0019 1867 8222

07357 001 SCH999 I1254 0

DAVID W EDWARDS
BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING
20961 GULICK MILL RD
LEESBURG VA 20175-4639

## Customer Service Information

For additional information or service, you may call:
1.888.789.PLUS (7587) Priority Telephone Banking
1.800.288.4408 TDD/TTY Users Only
1.800.688.6086 En Español

Or you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Bank of America Advantage Summary

| Account Name | Account Number | Qualifying Balance* | Type of Balance | Date | Total |
|---|---|---|---|---|---|
| **Deposit Accounts** | | | | | |
| Interest Checking | 0019 1867 8222 | 7,902.95 | Average | 02-05 | |
| **Total Deposit Account Balance** | | | | | **$7,902.95** |
| **Credit Accounts** | | | | | |
| Personal CreditLine | 0051 2011 019764 | 8,437.61 | Principal** | 02-05 | |
| **Total Credit Account Balance** | | | | | **$8,437.61** |

Thank you for banking with us. With the balances in your accounts, there is no monthly maintenance fee for Advantage.

\* Balances in your linked accounts that are used to avoid a monthly maintenance fee are listed here. These balances reflect the average or principal balance in your account - for your actual ending account balances, please see the "Your Account at a Glance" section on your statement for each of your accounts.
\*\* Detailed information about this account is not included in this statement.

## Interest Checking

DAVID W EDWARDS          BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING

### Your Account at a Glance

*Annual Percentage Yield Earned this Statement Period: 0.20%*
*Interest Paid Year to Date: $2.95*

H

Page 2 of 3
Statement Period
01-10-02 through 02-06-02
Number of checks enclosed: 24
B 05 0 C 05

Account Number: 0019 1867 8222

DAVID W EDWARDS
BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING

Account Number ......................................... 0019 1867 8222
Beginning Balance on 01-10-02.................. $        1,918.84
   Deposits and Other Additions............+      27,745.18
   Checks Posted.....................................-      19,218.08
   ATM and Debit Card Subtractions....-         603.50
   Service Charges and Other Fees........-            0.00
   Other Subtractions...............................-       4,300.46
Ending Balance on 02-06-02.................. $        5,541.98

The monthly maintenance fee for your Interest Checking Account # 0019 1867 8222 will be waived when your average daily balance in combined checking and linked savings, Money Market Savings, CD or IRA accounts meets the balance level stated in the *Personal Schedule of Fees.*  Your combined deposit balance for the statement cycle was $7,902.95.  As an Advantage customer, you also have other options such as using loan, line of credit and mortgage balances with us, to avoid the monthly maintenance fee.  Please contact us if you would like to talk with us about your account.

Quicken TurboTax for the Web brought to you by Bank of America. A secure, easy, and convenient way to do your taxes this year. Try it out at www.bankofamerica.com/taxplanning.

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 01-10 | 350.00- | 1,568.84 | Check 3498 |
| 01-10 | 300.00- | 1,268.84 | Check 3544 |
| 01-10 | 36.58- | 1,232.26 | Check 3499 |
| 01-11 | 15,000.00+ | 16,232.26 | Deposit |
| 01-11 | 300.00- | 15,932.26 | Check 3497 |
| 01-11 | 250.00- | 15,682.26 | Check 3542 |
| 01-14 | 301.50- | 15,380.76 | Industrial Ban  01/14 #000000571 Withdrwl 441 4Th Street N.  Washington    DC |
| 01-14 | 6,000.00- | 9,380.76 | Check 3546 |
| 01-14 | 300.00- | 9,080.76 | Check 3543 |
| 01-14 | 283.79- | 8,796.97 | Check 3548 |
| 01-14 | 110.00- | 8,686.97 | Check 3545 |
| 01-14 | 50.00- | 8,636.97 | Check 3494 |
| 01-14 | 0.00 | 8,636.97 | Industrial Ban  01/14 #000000571 Withdrwl 441 4Th Street N.  Washington    DC   Fee |
| 01-15 | 1,166.62+ | 9,803.59 | Advanced Technol;Des= payroll   ;ID= 002506 Eff Date: 020115;Indn:Edwards, David W. |
| 01-15 | 27.00- | 9,776.59 | Check 3493 |
| 01-16 | 1,500.00- | 8,276.59 | Check 3550 |
| 01-16 | 300.00- | 7,976.59 | Check 3547 |
| 01-17 | 380.00- | 7,596.59 | Check 3549 |
| 01-24 | 1,874.65+ | 9,471.24 | Deposit |
| 01-25 | 166.71- | 9,304.53 | Check 3558 |
| 01-28 | 2,914.45- | 6,390.08 | Bank Of America ;Des= line Pymt ;ID= 068411000612299 Eff Date: 020128;Indn:Edwards Da 00000013665 |
| 01-28 | 1,100.00- | 5,290.08 | Check 3552 |
| 01-28 | 237.00- | 5,053.08 | Check 3553 |
| 01-29 | 500.00- | 4,553.08 | Check 3557 |
| 01-29 | 300.00- | 4,253.08 | Check 3556 |
| 01-29 | 200.00- | 4,053.08 | Check 3554 |
| 01-31 | 1,703.02+ | 5,756.10 | Advanced Technol;Des= payroll   ;ID= 002506 Eff Date: 020131;Indn:Edwards, David W. |

H

Page 3 of 3
Statement Period
01-10-02 through 02-06-02
Number of checks enclosed: 24
B 05 0 C 05

Account Number: 0019 1867 8222

DAVID W EDWARDS
BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 02-01 | 300.00- | 5,456.10 | Check    3555 |
| 02-04 | 8,000.00+ | 13,456.10 | Deposit |
| 02-04 | 302.00- | 13,154.10 | Suntrust    02/02 #000009310 Withdrwl |
|  |  |  | Suntrust         Leesburg    VA |
| 02-04 | 0.00 | 13,154.10 | Suntrust    02/02 #000009310 Withdrwl |
|  |  |  | Suntrust         Leesburg    VA Fee |
| 02-05 | 1,386.01- | 11,768.09 | American Express;Des= elec Remit;ID= 020204010277722 |
|  |  |  | Eff Date: 020205;Indn:David W Edwards |
| 02-05 | 6,000.00- | 5,768.09 | Check    3560 |
| 02-05 | 72.00- | 5,696.09 | Check    3568 |
| 02-06 | 155.00- | 5,541.09 | Check    3565 |
| 02-06 | 0.89+ | 5,541.98 | Interest Earned |

## Checks Posted in Numerical Order

| Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) |
|---|---|---|---|---|---|---|---|---|
| 3493 | 01-15 | 27.00 | 3545 | 01-14 | 110.00 | 3554 | 01-29 | 200.00 |
| 3494 | 01-14 | 50.00 | 3546 | 01-14 | 6,000.00 | 3555 | 02-01 | 300.00 |
| 3497• | 01-11 | 300.00 | 3547 | 01-16 | 300.00 | 3556 | 01-29 | 300.00 |
| 3498 | 01-10 | 350.00 | 3548 | 01-14 | 283.79 | 3557 | 01-29 | 500.00 |
| 3499 | 01-10 | 36.58 | 3549 | 01-17 | 380.00 | 3558 | 01-25 | 166.71 |
| 3542• | 01-11 | 250.00 | 3550 | 01-16 | 1,500.00 | 3560• | 02-05 | 6,000.00 |
| 3543 | 01-14 | 300.00 | 3552• | 01-28 | 1,100.00 | 3565• | 02-06 | 155.00 |
| 3544 | 01-10 | 300.00 | 3553 | 01-28 | 237.00 | 3568• | 02-05 | 72.00 |

**Total Checks Posted**                                                                 **$19,218.08**

• The asterisk shows a break in the check number order. Your check may have been in a previous statement or may still be outstanding.

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Beginning | 1,918.84 | 01-17 | 7,596.59 | 02-01 | 5,456.10 |
| 01-10 | 1,232.26 | 01-24 | 9,471.24 | 02-04 | 13,154.10 |
| 01-11 | 15,682.26 | 01-25 | 9,304.53 | 02-05 | 5,696.09 |
| 01-14 | 8,636.97 | 01-28 | 5,053.08 | 02-06 | 5,541.98 |
| 01-15 | 9,776.59 | 01-29 | 4,053.08 |  |  |
| 01-16 | 7,976.59 | 01-31 | 5,756.10 |  |  |

H

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 4
Statement Period
02-07-02 through 03-08-02
Number of checks enclosed: 29
B 05 0 C 05

Account Number: 0019 1867 8222

DAVID W EDWARDS
BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING
20961 GULICK MILL RD
LEESBURG VA 20175-4639



## Your Bank of America Advantage Summary

| Account Name | Account Number | Qualifying Balance* | Type of Balance | Date | Total |
|---|---|---|---|---|---|
| **Deposit Accounts** | | | | | |
| Interest Checking | 0019 1867 8222 | 7,021.45 | Average | 03-07 | |
| Total Deposit Account Balance | | | | | $7,021.45 |
| **Credit Accounts** | | | | | |
| Personal CreditLine | 0051 2011 019764 | 9,133.22 | Principal** | 03-07 | |
| Total Credit Account Balance | | | | | $9,133.22 |

Thank you for banking with us. With the balances in your accounts, there is no monthly maintenance fee for Advantage.

\* Balances in your linked accounts that are used to avoid a monthly maintenance fee are listed here. These balances reflect the average or principal balance in your account - for your actual ending account balances, please see the "Your Account at a Glance" section on your statement for each of your accounts.
\*\* Detailed information about this account is not included in this statement.



## Your Account at a Glance

*Annual Percentage Yield Earned this Statement Period: 0.20%*
*Interest Paid Year to Date: $3.71*

H

Page 2 of 4
Statement Period
02-07-02 through 03-08-02
Number of checks enclosed: 29
B 05 0 C 05

Account Number: 0019 1867 8222

DAVID W EDWARDS
BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING

Account Number.......................................... 0019 1867 8222
Beginning Balance on 02-07-02.................. $         5,541.98
    Deposits and Other Additions.............+      54,300.16
    Checks Posted........................................ -      21,965.64
    ATM and Debit Card Subtractions.... -         1,135.83
    Service Charges and Other Fees........ -                 1.50
    Other Subtractions............................... -      31,393.25
**Ending Balance on 03-08-02.................. $         5,345.92**

The monthly maintenance fee for your Interest Checking Account # 0019 1867 8222 will be waived when your average daily balance in combined checking and linked savings, Money Market Savings, CD or IRA accounts meets the balance level stated in the *Personal Schedule of Fees.* Your combined deposit balance for the statement cycle was $7,021.45. As an Advantage customer, you also have other options such as using loan, line of credit and mortgage balances with us, to avoid the monthly maintenance fee. Please contact us if you would like to talk with us about your account.

Quicken TurboTax for the Web brought to you by Bank of America. A secure, easy, and convenient way to do your taxes this year. Try it out at www.bankofamerica.com/taxplanning.

Renovating? Remodeling? Refurnishing? With a Bank of America Equity CreditLine we can help you invest in your home and enjoy it more. Log on to www.bankofamerica.com/loans to learn more.

Great news. Beginning with the 2002 tax year, the maximum contribution you can make to a Coverdell Education Savings Account (Education IRA) is $2,000 annually.

Take advantage of the new IRA contribution limits that have increased. For the 2002 tax year, the maximum amount you can now contribute to a Traditional or Roth IRA is $3,000 or $3,500 if you are or will turn 50 during 2002. For more information, please call 1.888.827.1812.

Online Banking at www.bankofamerica.com lets you bank anytime, anywhere you have Internet access. View updated account information, transfer money, re-order checks and more - all in one secure place. You can even receive and pay your bills online from one easy screen - in just minutes. Get started today at www.bankofamerica.com/bankonline.

Quicken TurboTax for the Web brought to you by Bank of America. A secure, easy, and convenient way to do your taxes this year. Try it out at www.bankofamerica.com/taxplanning.

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction | |
|---|---|---|---|---|
| 02-07 | 2,100.00- | 3,441.98 | Check | 3559 |
| 02-07 | 793.00- | 2,648.98 | Check | 3562 |
| 02-07 | 150.00- | 2,498.98 | Check | 3564 |
| 02-07 | 180.00- | 2,318.98 | Check | 3566 |
| 02-08 | 200.00- | 2,118.98 | Check | 3561 |
| 02-11 | 500.00- | 1,618.98 | American Express;Des= elec Remit;ID= 020210010322849 Eff Date: 020211;Indn:Brenda Moore Edwards | |
| 02-12 | 40.81- | 1,578.17 | Check | 3577 |
| 02-13 | 4,500.00+ | 6,078.17 | Deposit | |
| 02-13 | 300.00- | 5,778.17 | Check | 3574 |
| 02-13 | 164.85- | 5,613.32 | Check | 3567 |
| 02-13 | 107.39- | 5,505.93 | Check | 3572 |
| 02-14 | 320.00- | 5,185.93 | Check | 3576 |
| 02-14 | 300.00- | 4,885.93 | Check | 3571 |
| 02-14 | 150.00- | 4,735.93 | Check | 3573 |

H

Page 3 of 4
Statement Period
02-07-02 through 03-08-02
Number of checks enclosed: 29
B  05  0  C  05

Account Number: 0019 1867 8222

DAVID W EDWARDS
BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING

# Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 02-15 | 2,416.21+ | 7,152.14 | Advanced Technol;Des= payroll   ;ID= 002506 Eff Date: 020215;Indn:Edwards, David W. |
| 02-19 | 302.00- | 6,850.14 | Suntrust      02/17 #000002121 Withdrwl Suntrust      Leesburg      VA |
| 02-19 | 200.00- | 6,650.14 | Check     3575 |
| 02-19 | 70.00- | 6,580.14 | Check     3570 |
| 02-19 | 0.00 | 6,580.14 | Suntrust      02/17 #000002121 Withdrwl Suntrust      Leesburg      VA Fee |
| 02-20 | 26,090.74+ | 32,670.88 | Deposit |
| 02-20 | 26,565.15- | 6,105.73 | American Express;Des= elec Remit;ID= 020219010080425 Eff Date: 020220;Indn:David W Edwards |
| 02-20 | 50.00- | 6,055.73 | Check     3569 |
| 02-21 | 380.00- | 5,675.73 | Check     3580 |
| 02-25 | 510.09- | 5,165.64 | Check     3583 |
| 02-27 | 19,080.00+ | 24,245.64 | Deposit |
| 02-28 | 2,212.45+ | 26,458.09 | Advanced Technol;Des= payroll   ;ID= 002506 Eff Date: 020228;Indn:Edwards, David W. |
| 02-28 | 201.75- | 26,256.34 | ATM Axis      02/28 #000005650 Withdrwl 2001 Intl. Dr.    Mclean      VA |
| 02-28 | 2,914.45- | 23,341.89 | Bank Of America ;Des= loan Pymt ;ID= 068411000612299 Eff Date: 020228;Indn:Edwards Da 00000013665 |
| 02-28 | 0.00 | 23,341.89 | ATM Axis      02/28 #000005650 Withdrwl 2001 Intl. Dr.    Mclean      VA Fee |
| 03-01 | 12,000.00- | 11,341.89 | Check     3595 |
| 03-04 | 318.83- | 11,023.06 | CheckCard  0301 Write For You Washington   DC      1000000190324378 |
| 03-04 | 1.25- | 11,021.81 | CheckCard  0303 Dulles G     0730 Sterling      VA      1000000190669791 |
| 03-04 | 1.25- | 11,020.56 | CheckCard  0303 Dulles G     0730 Sterling      VA      1000000190669806 |
| 03-04 | 1,500.00- | 9,520.56 | Check     3587 |
| 03-04 | 434.87- | 9,085.69 | Check     3588 |
| 03-04 | 400.00- | 8,685.69 | Check     3578 |
| 03-04 | 300.00- | 8,385.69 | Check     3590 |
| 03-04 | 206.35- | 8,179.34 | Check     3581 |
| 03-04 | 36.58- | 8,142.76 | Check     3594 |
| 03-05 | 1.25- | 8,141.51 | CheckCard  0304 Dulles G     0730 Sterling      VA      1000000190272731 |
| 03-05 | 1.25- | 8,140.26 | CheckCard  0304 Dulles G     0730 Sterling      VA      1000000190274654 |
| 03-05 | 1.25- | 8,139.01 | CheckCard  0304 Dulles G     0730 Sterling      VA      1000000190272677 |
| 03-05 | 1.25- | 8,137.76 | CheckCard  0304 Dulles G     0730 Sterling      VA      1000000190272680 |
| 03-05 | 1.25- | 8,136.51 | CheckCard  0304 Dulles G     0730 Sterling      VA      1000000190272675 |
| 03-05 | 300.00- | 7,836.51 | Check     3591 |
| 03-05 | 200.00- | 7,636.51 | Check     3589 |
| 03-06 | 1.25- | 7,635.26 | CheckCard  0305 Dulles G     0730 Sterling      VA      1000000190303657 |
| 03-06 | 1.25- | 7,634.01 | CheckCard  0305 Dulles G     0730 Sterling      VA      1000000190303652 |
| 03-06 | 1,413.65- | 6,220.36 | American Express;Des= elec Remit;ID= 020305010714317 Eff Date: 020306;Indn:David W Edwards |

H

Page 4 of 4
Statement Period
02-07-02 through 03-08-02
Number of checks enclosed: 29
B 05 0 C 05

DAVID W EDWARDS
BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING

Account Number: 0019 1867 8222

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 03-06 | 250.00- | 5,970.36 | Check      3592 |
| 03-07 | 302.00- | 5,668.36 | Chevy Chase Fe   03/07 #000470694 Withdrwl Tysons Park Pl     Mclean       VA |
| 03-07 | 180.00- | 5,488.36 | Check      3584 |
| 03-07 | 141.70- | 5,346.66 | Check      3593 |
| 03-07 | 1.50- | 5,345.16 | Chevy Chase Fe   03/07 #000470694 Withdrwl Tysons Park Pl     Mclean       VA   Fee |
| 03-08 | 0.76+ | 5,345.92 | Interest Earned |

## Checks Posted in Numerical Order

| Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) |
|---|---|---|---|---|---|---|---|---|
| 3559 | 02-07 | 2,100.00 | 3573 | 02-14 | 150.00 | 3587* | 03-04 | 1,500.00 |
| 3561* | 02-08 | 200.00 | 3574 | 02-13 | 300.00 | 3588 | 03-04 | 434.87 |
| 3562 | 02-07 | 793.00 | 3575 | 02-19 | 200.00 | 3589 | 03-05 | 200.00 |
| 3564* | 02-07 | 150.00 | 3576 | 02-14 | 320.00 | 3590 | 03-04 | 300.00 |
| 3566* | 02-07 | 180.00 | 3577 | 02-12 | 40.81 | 3591 | 03-05 | 300.00 |
| 3567 | 02-13 | 164.85 | 3578 | 03-04 | 400.00 | 3592 | 03-06 | 250.00 |
| 3569* | 02-20 | 50.00 | 3580* | 02-21 | 380.00 | 3593 | 03-07 | 141.70 |
| 3570 | 02-19 | 70.00 | 3581 | 03-04 | 206.35 | 3594 | 03-04 | 36.58 |
| 3571 | 02-14 | 300.00 | 3583* | 02-25 | 510.09 | 3595 | 03-01 | 12,000.00 |
| 3572 | 02-13 | 107.39 | 3584 | 03-07 | 180.00 | | | |

**Total Checks Posted**                                                             $21,965.64

* The asterisk shows a break in the check number order. Your check may have been in a previous statement or may still be outstanding.

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Beginning | 5,541.98 | 02-15 | 7,152.14 | 03-01 | 11,341.89 |
| 02-07 | 2,318.98 | 02-19 | 6,580.14 | 03-04 | 8,142.76 |
| 02-08 | 2,118.98 | 02-20 | 6,055.73 | 03-05 | 7,636.51 |
| 02-11 | 1,618.98 | 02-21 | 5,675.73 | 03-06 | 5,970.36 |
| 02-12 | 1,578.17 | 02-25 | 5,165.64 | 03-07 | 5,345.16 |
| 02-13 | 5,505.93 | 02-27 | 24,245.64 | 03-08 | 5,345.92 |
| 02-14 | 4,735.93 | 02-28 | 23,341.89 | | |

H

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 4
Statement Period
03-09-02 through 04-09-02
Number of checks enclosed: 12
B 05 0 C  05

Account Number: 0019 1867 8222

10357 001 SCM999 I    4 0

DAVID W EDWARDS
BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING
20961 GULICK MILL RD
LEESBURG VA 20175-4639



## Your Bank of America Advantage Summary

| Account Name | Account Number | Qualifying Balance* | Type of Balance | Date | Total |
|---|---|---|---|---|---|
| **Deposit Accounts** | | | | | |
| Interest Checking | 0019 1867 8222 | 3,300.84 | Average | 04-08 | |
| Interest Checking | 0019 2114 6301 | 856.93 | Average** | 04-08 | |
| **Total Deposit Account Balance** | | | | | $4,157.77 |
| **Credit Accounts** | | | | | |
| Installment Loan | 6841 1000 612299 | 328,952.47 | Principal** | 04-08 | |
| Personal CreditLine | 0051 2011 019764 | 9,133.22 | Principal** | 04-08 | |
| **Total Credit Account Balance** | | | | | $338,085.69 |

Thank you for banking with us.  With the balances in your accounts, there is no monthly maintenance fee for Advantage.

\* Balances in your linked accounts that are used to avoid a monthly maintenance fee are listed here.  These balances reflect the average or principal balance in your account - for your actual ending account balances, please see the "Your Account at a Glance" section on your statement for each of your accounts.
\*\* Detailed information about this account is not included in this statement.

H

Page 2 of 4
Statement Period
03-09-02 through 04-09-02
Number of checks enclosed: 12
B 05 0 C 05

Account Number: 0019 1867 8222

DAVID W EDWARDS
BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING

## Interest Checking
DAVID W EDWARDS    BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING

### Your Account at a Glance

| | | |
|---|---|---|
| Account Number ........................................ 0019 1867 8222 | | |
| Beginning Balance on 03-09-02.................. $ | 5,345.92 | |
| Deposits and Other Additions.............+ | 11,916.05 | |
| Checks Posted.................................... - | 6,757.00 | |
| ATM and Debit Card Subtractions.... - | 706.40 | |
| Service Charges and Other Fees........ - | 1.50 | |
| Other Subtractions............................... - | 8,736.45 | |
| **Ending Balance on 04-09-02.................. $** | **1,060.62** | |

*Annual Percentage Yield Earned this Statement
Period: 0.20%
Interest Paid Year to Date: $4.29*

The monthly maintenance fee for your Interest Checking Account # 0019 1867 8222 will be waived when your average daily balance in combined checking and linked savings, Money Market Savings, CD or IRA accounts meets the balance level stated in the *Personal Schedule of Fees.*  Your combined deposit balance for the statement cycle was $4,157.77.  As an Advantage customer, you also have other options such as using loan, line of credit and mortgage balances with us, to avoid the monthly maintenance fee.  Please contact us if you would like to talk with us about your account.

Most of our banking centers offer you a variety of services to complement your checking and savings account, including safe deposit boxes, traveler's checks, cashiers checks, savings bonds, wire transfers and foreign currency services.  Fees for these services vary and may change at any time. Please ask a bank representative for current fees.

Online Banking at www.bankofamerica.com lets you bank anytime, anywhere you have Internet access. View updated account information, transfer money, re-order checks and more - all in one secure place. You can even receive and pay your bills online from one easy screen - in just minutes. Get started today at www.bankofamerica.com/bankonline.

Bank of America keeps a copy of each check you write on your account for seven years from the date the check posts to your account. After seven years, we may destroy the copy.

Renovating? Remodeling? Refurnishing? With a Bank of America Equity CreditLine we can help you invest in your home and enjoy it more. Log on to www.bankofamerica.com/loans to learn more.

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 03-11 | 2,000.00- | 3,345.92 | Return Item Chargeback |
| 03-11 | 273.00- | 3,072.92 | Check      3585 |
| 03-11 | 50.00- | 3,022.92 | Check      3586 |
| 03-12 | 500.00- | 2,522.92 | Counter Debit |
| 03-12 | 301.40- | 2,221.52 | CheckCard  0309 Write For You |
| | | | Washington    DC        1000000190297860 |
| 03-15 | 2,212.45+ | 4,433.97 | Advanced Technol;Des= payroll   ;ID= 002506 |
| | | | Eff Date: 020315;Indn:Edwards, David W. |
| 03-15 | 302.00- | 4,131.97 | ATM Axis         03/15 #000005979 Withdrwl |
| | | | 1100 S. Hayes Str  Arlington     VA |
| 03-15 | 150.00- | 3,981.97 | Check      3596 |
| 03-15 | 80.00- | 3,901.97 | Check      3599 |

H

Page 3 of 4
Statement Period
03-09-02 through 04-09-02
Number of checks enclosed: 12
B 05 0 C 05

DAVID W EDWARDS
BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING

Account Number: 0019 1867 8222

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 03-15 | 0.00 | 3,901.97 | ATM Axis     03/15 #000005979 Withdrwl |
| | | | 1100 S. Hayes Str  Arlington     VA  Fee |
| 03-18 | 106.00- | 3,795.97 | Check     3598 |
| 03-19 | 200.00- | 3,595.97 | Bank Of America ;Des= paybyphone;Id= edwards |
| | | | Eff Date: 020319;Indn:5314508510737960    Pbp |
| 03-22 | 922.00- | 2,673.97 | American Express;Des= elec Remit;ID= 020321010484223 |
| | | | Eff Date: 020322;Indn:Brenda Moore Edwards |
| 03-22 | 1,325.00- | 1,348.97 | Check     3579 |
| 03-22 | 500.00- | 848.97 | Check     3597 |
| 03-25 | 68.00- | 780.97 | Check     3428 |
| 03-26 | 8,000.00+ | 8,780.97 | Deposit |
| 03-27 | 180.00- | 8,600.97 | Check     3601 |
| 03-28 | 2,914.45- | 5,686.52 | Bank Of America ;Des= line Pymt ;ID= 068411000612299 |
| | | | Eff Date: 020328;Indn:Edwards Da  00000013665 |
| 03-29 | 1,703.02+ | 7,389.54 | Advanced Technol;Des= payroll    ;ID= 002506 |
| | | | Eff Date: 020329;Indn:Edwards, David W. |
| 04-01 | 2,000.00- | 5,389.54 | Online Banking transfer to Chk 6301 |
| | | | Confirmation# 1017585181 |
| 04-01 | 200.00- | 5,189.54 | Bank Of America ;Des= paybyphone;Id= edwards |
| | | | Eff Date: 020401;Indn:4356210004371362    Pbp |
| 04-01 | 4,000.00- | 1,189.54 | Check     3610 |
| 04-03 | 25.00- | 1,164.54 | Check     3600 |
| 04-05 | 41.50- | 1,123.04 | Industrial Ban  04/05 #000002350 Withdrwl |
| | | | 441 4Th Street N.  Washington     DC |
| 04-05 | 0.00 | 1,123.04 | Industrial Ban  04/05 #000002350 Withdrwl |
| | | | 441 4Th Street N.  Washington     DC  Fee |
| 04-08 | 61.50- | 1,061.54 | Industrial Ban  04/08 #000002556 Withdrwl |
| | | | 441 4Th Street N.  Washington     DC |
| 04-08 | 1.50- | 1,060.04 | Industrial Ban  04/08 #000002556 Withdrwl |
| | | | 441 4Th Street N.  Washington     DC  Fee |
| 04-09 | 0.58+ | 1,060.62 | Interest Earned |

## Checks Posted in Numerical Order

| Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) |
|---|---|---|---|---|---|---|---|---|
| 3428 | 03-25 | 68.00 | 3596• | 03-15 | 150.00 | 3600 | 04-03 | 25.00 |
| 3579• | 03-22 | 1,325.00 | 3597 | 03-22 | 500.00 | 3601 | 03-27 | 180.00 |
| 3585• | 03-11 | 273.00 | 3598 | 03-18 | 106.00 | 3610• | 04-01 | 4,000.00 |
| 3586 | 03-11 | 50.00 | 3599 | 03-15 | 80.00 | | | |

**Total Checks Posted**                                                                                   **$6,757.00**

* The asterisk shows a break in the check number order. Your check may have been in a previous statement or may still be outstanding.

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Beginning | 5,345.92 | 03-15 | 3,901.97 | 03-22 | 848.97 |
| 03-11 | 3,022.92 | 03-18 | 3,795.97 | 03-25 | 780.97 |
| 03-12 | 2,221.52 | 03-19 | 3,595.97 | 03-26 | 8,780.97 |

H

Page 4 of 4
Statement Period
03-09-02 through 04-09-02
Number of checks enclosed: 12
B 05 0 C 05

Account Number: 0019 1867 8222

DAVID W EDWARDS
BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING

## Daily Balance Summary - Continued

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 03-27 | 8,600.97 | 04-01 | 1,189.54 | 04-08 | 1,060.04 |
| 03-28 | 5,686.52 | 04-03 | 1,164.54 | 04-09 | 1,060.62 |
| 03-29 | 7,389.54 | 04-05 | 1,123.04 | | |



Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 5
Statement Period
04-27-02 through 05-29-02
Number of checks enclosed: 18
B 18 0 C 18                    0015280

Account Number: 0019 2114 6301

DAVID W EDWARDS
21813 JARVIS SQ
ASHBURN VA 20147-6723

30357 001 SCM999 I 234 0



Customer Service Information

## Your Bank of America Advantage Summary

| Account Name | Account Number | Qualifying Balance* | Type of Balance | Date | Total |
|---|---|---|---|---|---|
| **Deposit Accounts** | | | | | |
| Interest Checking | 0019 2114 6301 | 1,872.98 | Average | 05-28 | |
| Interest Checking | 0019 1867 8222 | 5,766.23 | Average | 05-28 | |
| **Total Deposit Account Balance** | | | | | $7,639.21 |
| **Credit Accounts** | | | | | |
| Installment Loan | 6841 1000 612299 | 0.00 | Principal** | 05-16 | |
| Personal CreditLine | 0051 2011 019764 | 8,544.70 | Principal** | 05-28 | |
| **Total Credit Account Balance** | | | | | $8,544.70 |

Thank you for banking with us. With the balances in your accounts, there is no monthly maintenance fee for Advantage.

\* Balances in your linked accounts that are used to avoid a monthly maintenance fee are listed here. These balances reflect the average or principal balance in your account - for your actual ending account balances, please see the "Your Account at a Glance" section on your statement for each of your accounts.
\*\* Detailed information about this account is not included in this statement.

H

Page 2 of 5
Statement Period
04-27-02 through 05-29-02
Number of checks enclosed: 18
B 18 0 C  18                    0015281

Account Number: 0019 2114 6301

DAVID W EDWARDS

### Interest Checking
DAVID W EDWARDS

## Your Account at a Glance

| | |
|---|---|
| Account Number ......................................... 0019 2114 6301 | |
| Beginning Balance on 04-27-02................... $ | 516.12 |
| Deposits and Other Additions.............+ | 6,500.32 |
| Checks Posted...................................... - | 5,658.17 |
| ATM and Debit Card Subtractions.... - | 100.00 |
| Other Subtractions................................ - | 600.00 |
| Ending Balance on 05-29-02.................. $ | 658.27 |

*Annual Percentage Yield Earned this Statement Period: 0.20%*
*Interest Paid Year to Date: $0.54*

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 05-01 | 1,000.00+ | 1,516.12 | Online Banking transfer from Chk 8222 Confirmation# 1020282757 |
| 05-01 | 110.86- | 1,405.26 | |
| 05-03 | 500.00+ | 1,905.26 | Check     1013 |
| 05-07 | 5,000.00+ | 6,905.26 | Online Banking transfer from Chk 8222 Confirmation# 1020418257 |
| 05-07 | 1,475.00- | 5,430.26 | Online Banking transfer from Chk 8222 Confirmation# 1020796428 |
| 05-08 | 360.00- | 5,070.26 | Check     1014 |
| 05-08 | 350.00- | 4,720.26 | Check     1015 |
| 05-09 | 500.00- | 4,220.26 | Check     1016 |
| 05-13 | 600.00- | 3,620.26 | American Express;Des= elec Remit;ID= 020508010947868 Eff Date: 020509;Indn:David W Edwards |
| 05-13 | 500.00- | 3,120.26 | Check     1020 |
| 05-13 | 400.00- | 2,720.26 | Check     1021 |
| 05-13 | 400.00- | 2,320.26 | Check     1022 |
| 05-13 | 300.00- | 2,020.26 | Check     1024 |
| 05-13 | 250.00- | 1,770.26 | Check     1025 |
| 05-13 | 93.32- | 1,676.94 | Check     1023 |
| 05-13 | 55.00- | 1,621.94 | Check     1026 |
| 05-13 | 41.00- | 1,580.94 | Check     1019 |
| 05-14 | 33.52- | 1,547.42 | Check     1018 |
| 05-16 | 66.24- | 1,481.18 | Check     1027 |
| 05-17 | 87.23- | 1,393.95 | Check     1017 |
| | 100.00- | 1,293.95 | Check     1028 |
| 05-23 | 380.00- | 913.95 | Online Banking transfer to Chk 8222 Confirmation# 1021673220 |
| 05-28 | 100.00- | 813.95 | Check     1031 |
| 05-29 | 156.00- | 657.95 | BkofAmerica ATM 05/27 #000007650 Withdrwl Mount Vernon 2   Washington   DC |
| 05-29 | 0.32+ | 658.27 | Check     1032 Interest Earned |

## Checks Posted in Numerical Order

| Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) |
|---|---|---|---|---|---|---|---|---|
| 1013 | 05-01 | 110.86 | 1014 | 05-07 | 1,475.00 | 1015 | 05-08 | 360.00 |

DAVID W EDWARDS

Page 3 of 5
Statement Period
04-27-02 through 05-29-02
Number of checks enclosed: 18
B 18 0 C 18                    0015287

Account Number: 0019 2114 6301

H

# Checks Posted in Numerical Order - Continued

| Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) |
|---|---|---|---|---|---|---|---|---|
| 1016 | 05-08 | 350.00 | 1021 | 05-13 | 500.00 | 1026 | 05-13 | 93.32 |
| 1017 | 05-14 | 66.24 | 1022 | 05-13 | 400.00 | 1027 | 05-13 | 33.52 |
| 1018 | 05-13 | 41.00 | 1023 | 05-13 | 250.00 | 1028 | 05-16 | 87.23 |
| 1019 | 05-13 | 55.00 | 1024 | 05-13 | 400.00 | 1031• | 05-23 | 380.00 |
| 1020 | 05-13 | 600.00 | 1025 | 05-13 | 300.00 | 1032 | 05-29 | 156.00 |

**Total Checks Posted**

* The asterisk shows a break in the check number order. Your check may have been in a previous statement or may still be outstanding.

$5,658.17

# Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Beginning | 516.12 | 05-09 | 4,220.26 | 05-23 | 913.95 |
| 05-01 | 1,405.26 | 05-13 | 1,547.42 | 05-28 | 813.95 |
| 05-03 | 1,905.26 | 05-14 | 1,481.18 | 05-29 | 658.27 |
| 05-07 | 5,430.26 | 05-16 | 1,393.95 | | |
| 05-08 | 4,720.26 | 05-17 | 1,293.95 | | |

Interest Checking
DAVID W EDWARDS            BRENDA MOORE EDWARDS

## Your Account at a Glance

Account Number .......................................... 0019 1867 8222
Beginning Balance on 04-27-02.................. $      1,362.03
  Deposits and Other Additions............+    48,225.82
  Checks Posted........................................ -    18,609.34
  ATM and Debit Card Subtractions ... -      732.86
  Service Charges and Other Fees........ -          0.00
  Other Subtractions................................ -    30,140.23
Ending Balance on 05-29-02.................. $          105.42

*Annual Percentage Yield Earned this Statement
Period: 0.20%
Interest Paid Year to Date: $4.89*

The monthly maintenance fee for your Interest Checking Account # 0019 1867 8222 will be waived when your average daily balance in combined checking and linked savings, Money Market Savings, CD or IRA accounts meets the balance level stated in the *Personal Schedule of Fees*. Your combined deposit balance for the statement cycle was $7,639.21. As an Advantage customer, you also have other options such as using loan, line of credit and mortgage balances with us, to avoid the monthly maintenance fee. Please contact us if you would like to talk with us about your account.



H

Statement Period
04-27-02 through 05-29-02
Number of checks enclosed: 18
B 18 O C  18
0015283

DAVID W EDWARDS

Account Number: 0019 2114 6301

> Changes are being made that apply to Advantage accounts. You may or may not be affected by these changes based on your balances or how you use your account.
>
> For statement cycles starting after July 5, 2002, the $1.00 direct deposit discount on your monthly maintenance fee and the $10,000 single CD or Money Market Savings balance qualifier on your Advantage account will no longer be available. We offer several other ways to avoid the monthly maintenance fee; please call the number on your statement for details.
>
> As a valued customer, we waive our fee for the first two transactions at non-Bank of America ATMs each month. You can avoid non-Bank of America ATM fees by visiting any of our 13,000 Bank of America ATMs.
>
> Effective August 5, 2002, a $1.50 fee will be charged to your account for each denial and a $2.00 fee will be charged for each withdrawal, transfer or balance inquiry made at a non-Bank of America ATM. A denial occurs when the request to withdraw funds exceeds your available balance or daily cash withdrawal limit.
>
> Give a Bank of America Visa Gift Card for your next gift. The Gift Card lets the recipient choose the gift they want from anywhere that Visa is accepted. And it's more secure than giving cash. Order at www.bankofamerica.com/giftcard.
>
> Online Banking at www.bankofamerica.com lets you bank anytime, anywhere you have Internet access. View updated account information, transfer money, re-order checks and more - all in one secure place. You can even receive and pay your bills online from one easy screen - in just minutes. Get started today at www.bankofamerica.com/bankonline.

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 04-29 | 1,874.65+ | 3,236.68 | Deposit |
| 04-29 | 2,914.45- | 322.23 | Bank Of America ;Des= loan Pymt ;ID= 068411000612299 Eff Date: 020429;Indn:Edwards Da 00000013665 |
| 04-30 | 2,263.38+ | 2,585.61 | Advanced Technol;Des= payroll   ;ID= 002506 Eff Date: 020430;Indn:Edwards, David W. |
| 05-01 | 29.11- | 2,556.50 | Mobil Oil       05/01 #000626592 Purchase Mobil Oil          Mclean       VA |
| 05-01 | 1,000.00- | 1,556.50 | Online Banking transfer to Chk 6301 Confirmation# 1020282757 |
| 05-03 | 25,800.00+ | 27,356.50 | Deposit |
| 05-03 | 500.00- | 26,856.50 | Online Banking transfer to Chk 6301 Confirmation# 1020418257 |
| 05-06 | 18,000.00- | 8,856.50 | Check      3603 |
| 05-07 | 101.75- | 8,754.75 | ATM Axis       05/07 #000001878 Withdrwl 2001 Intl. Dr.    Mclean      VA |
| 05-07 | 5,000.00- | 3,754.75 | Online Banking transfer to Chk 6301 Confirmation# 1020796428 |
| 05-07 | 0.00 | 3,754.75 | ATM Axis       05/07 #000001878 Withdrwl 2001 Intl. Dr.    Mclean      VA Fee |
| 05-09 | 15,669.27+ | 19,424.02 | Deposit |
| 05-10 | 15,242.97- | 4,181.05 | American Express;Des= elec Remit;ID= 020509010080711 Eff Date: 020510;Indn:David W Edwards |
| 05-10 | 2,568.36- | 1,612.69 | American Express;Des= elec Remit;ID= 020509010524853 Eff Date: 020510;Indn:David W Edwards |
| 05-15 | 2,518.09+ | 4,130.78 | Advanced Technol;Des= payroll   ;ID= 002506 Eff Date: 020515;Indn:Edwards, David W. |
| 05-16 | 588.03- | 3,542.75 | Check      3604 |



DAVID W EDWARDS

Page 5 of 5
Statement Period
04-27-02 through 05-29-02
Number of checks enclosed: 18
B 18 0 C 18                    0015284

Account Number: 0019 2114 6301

H

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 05-17 | 100.00+ | 3,642.75 | Online Banking transfer from Chk 6301 Confirmation# 1021673220 |
| 05-20 | 102.00- | 3,540.75 | Suntrust      05/18 #000000660 Withdrwl %Battlefield     Leesburg     VA |
| 05-20 | 0.00 | 3,540.75 | Suntrust      05/18 #000000660 Withdrwl %Battlefield     Leesburg     VA Fee |
| 05-24 | 21.31- | 3,519.44 | Check     3622 |
| 05-28 | 500.00- | 3,019.44 | BkofAmerica ATM 05/24 #000004667 Withdrwl Friendship Heigh   Washington   DC |
| 05-28 | 2,914.45- | 104.99 | Bankofamericaky ;Des= mtg Paymt ;ID= 7011781171 Eff Date: 020528;Indn:David W Edwards |
| 05-29 | 0.43+ | 105.42 | Interest Earned |

## Checks Posted in Numerical Order

| Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) |
|---|---|---|---|---|---|---|---|---|
| 3603 | 05-06 | 18,000.00 | 3604 | 05-16 | 588.03 | 3622• | 05-24 | 21.31 |

Total Checks Posted

$18,609.34

e asterisk shows a break in the check number order. Your check may have been in a previous statement or may still be outstanding.

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Beginning | 1,362.03 | 05-07 | 3,754.75 | 05-20 | 3,540.75 |
| 04-29 | 322.23 | 05-09 | 19,424.02 | 05-24 | 3,519.44 |
| 04-30 | 2,585.61 | 05-10 | 1,612.69 | 05-28 | 104.99 |
| 05-01 | 1,556.50 | 05-15 | 4,130.78 | 05-29 | 105.42 |
| 05-03 | 26,856.50 | 05-16 | 3,542.75 | | |
| 05-06 | 8,856.50 | 05-17 | 3,642.75 | | |



Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

H

Page 1 of 4
Statement Period
05-30-02 through 06-26-02
Number of checks enclosed: 16
B 18 0 C 18          0012937

Account Number: 0019 2114 6301

27357 001 SCM999 I1 3  0

DAVID W EDWARDS
21813 JARVIS SQ
ASHBURN VA 20147-6723



## Your Bank of America Advantage Summary

| Account Name | Account Number | Qualifying Balance* | Type of Balance | Date | Total |
|---|---|---|---|---|---|
| **Deposit Accounts** | | | | | |
| Interest Checking | 0019 2114 6301 | 1,352.10 | Average | 06-25 | |
| Interest Checking | 0019 1867 8222 | 7,444.06 | Average | 06-25 | |
| **Total Deposit Account Balance** | | | | | **$8,796.16** |
| **Credit Accounts** | | | | | |
| Personal CreditLine | 0051 2011 019764 | 8,341.73 | Principal** | 06-25 | |
| **Total Credit Account Balance** | | | | | **$8,341.73** |

Thank you for banking with us.  With the balances in your accounts, there is no monthly maintenance fee for Advantage.

\* Balances in your linked accounts that are used to avoid a monthly maintenance fee are listed here.  These balances reflect the average or principal balance in your account - for your actual ending account balances, please see the "Your Account at a Glance" section on your statement for each of your accounts.
\*\* Detailed information about this account is not included in this statement.

**Interest Checking**
DAVID W EDWARDS

## Your Account at a Glance

*Annual Percentage Yield Earned this Statement
Period:  0.20%
Interest Paid Year to Date:  $0.75*



DAVID W EDWARDS

Page 2 of 4
Statement Period
05-30-02 through 06-26-02
Number of checks enclosed: 16
B 18 0 C  18                    0012938

Account Number: 0019 2114 6301

Account Number ........................................ 0019 2114 6301
Beginning Balance on 05-30-02................... $      658.27
    Deposits and Other Additions.............+     11,000.21
    Checks Posted.....................................-      7,785.34
    ATM and Debit Card Subtractions....-           100.00
    Other Subtractions...............................-      2,999.00
**Ending Balance on 06-26-02................. $      774.14**

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 06-03 | 100.00- | 558.27 | BkofAmerica ATM 06/02 #000003407 Withdrwl Van Ness 1        Washington    DC |
| 06-04 | 8,000.00 + | 8,558.27 | Online Banking transfer from Chk 8222 Confirmation# 1023197829 |
| 06-05 | 360.00- | 8,198.27 | Check      1045 |
| 06-06 | 40.00- | 8,158.27 | Check      1043 |
| 06-06 | 27.30- | 8,130.97 | Check      1036 |
| 06-06 | 500.00- | 7,630.97 | Check      1039 |
| 06-06 | 500.00- | 7,130.97 | Check      1042 |
| 06-07 | 1,500.00- | 5,630.97 | Check      1038 |
| 06-07 | 1,475.00- | 4,155.97 | Check      1033 |
| 06-07 | 1,000.00- | 3,155.97 | Check      1041 |
| 06-07 | 500.00- | 2,655.97 | Check      1037 |
| 06-07 | 500.00- | 2,155.97 | Check      1040 |
| 06-07 | 500.00- | 1,655.97 | Check      1044 |
| 06-07 | 24.04- | 1,631.93 | Check      1035 |
| 06-10 | 1,200.00- | 431.93 | Online Banking transfer to Chk 8222 Confirmation# 1023636207 |
| 06-11 | 188.00- | 243.93 | Check      1047 |
| 06-14 | 15.00- | 228.93 | Check      1046 |
| 06-20 | 156.00- | 72.93 | Check      1048 |
| 06-24 | 3,000.00 + | 3,072.93 | Online Banking transfer from Chk 8222 Confirmation# 1024869469 |
| 06-24 | 600.00- | 2,472.93 | Bk Of Am Crd ACH;Des = paybyphone;Id = edwards Eff Date: 020624;Indn:531450851073796000000 |
| 06-24 | 400.00- | 2,072.93 | Bk Of Am Crd ACH;Des = paybyphone;Id = edwards Eff Date: 020624;Indn:442710300031556300000 |
| 06-24 | 250.00- | 1,822.93 | Bk Of Am Crd ACH;Des = paybyphone;Id = edwards Eff Date: 020624;Indn:542076118039608500000 |
| 06-25 | 549.00- | 1,273.93 | First USA Bank  ;Des = epay       ;ID = 000000046470318 Eff Date: 020625;Indn:Edwards David W |
| 06-25 | 500.00- | 773.93 | Check      1049 |
| 06-26 | 0.21 + | 774.14 | Interest Earned |

## Checks Posted in Numerical Order

| Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) |
|---|---|---|---|---|---|---|---|---|
| 1033 | 06-07 | 1,475.00 | 1040 | 06-07 | 500.00 | 1046 | 06-14 | 15.00 |
| 1035* | 06-07 | 24.04 | 1041 | 06-07 | 1,000.00 | 1047 | 06-11 | 188.00 |
| 1036 | 06-06 | 27.30 | 1042 | 06-06 | 500.00 | 1048 | 06-20 | 156.00 |
| 1037 | 06-07 | 500.00 | 1043 | 06-06 | 40.00 | 1049 | 06-25 | 500.00 |
| 1038 | 06-07 | 1,500.00 | 1044 | 06-07 | 500.00 | | | |
| 1039 | 06-06 | 500.00 | 1045 | 06-05 | 360.00 | | | |



H

Page 4 of 5
Statement Period
08-29-02 through 09-26-02
Number of checks enclosed: 19
B 18 0 C  18                    0013366

Account Number: 0019 2114 6301

DAVID W EDWARDS

Go online for a chance to win $5,000. It's all part of the Bank of America $5,000 Giveaway Sweepstakes. Give us your e-mail address and you'll have a chance to win great prizes. Plus, you'll have the opportunity to sign up to receive relevant financial information that is tailored to your needs. Visit www.bankofamerica.com/5kgiveaway by 11/7/02 to enter.

Bank of America has streamlined the mortgage process by eliminating 80% of the paperwork you have to provide. Visit www.bankofamerica.com/loans to learn more about getting a mortgage from Bank of America. Not all applicants will qualify for the reduced paperwork benefits.

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 08-29 | 1,200.00- | 6,881.85 | Check        3629 |
| 08-30 | 2,772.78 + | 9,654.63 | Advanced Technol;Des=payroll    ;ID=002506 |
| | | | Eff Date: 020830;Indn:Edwards, David W. |
| 08-30 | 2,500.00- | 7,154.63 | Online Banking transfer to Chk 6301 |
| | | | Confirmation# 1030706760 |
| 08-30 | 100.00- | 7,054.63 | Check        3631 |
| 09-04 | 250.00- | 6,804.63 | Check        3630 |
| 09-05 | 101.50- | 6,703.13 | Industrial Ban  09/05 #000006358 Withdrwl |
| | | | 441 4Th Street N.  Washington    DC |
| 09-05 | 1,454.46- | 5,248.67 | American Express;Des=elec Remit;ID=020904010692953 |
| | | | Eff Date: 020905;Indn:David W Edwards |
| 05 | 0.00 | 5,248.67 | Industrial Ban  09/05 #000006358 Withdrwl |
| | | | 441 4Th Street N.  Washington    DC    Fee |
| 09-06 | 26,880.00 + | 32,128.67 | Deposit |
| 09-09 | 8,252.32- | 23,876.35 | American Express;Des=elec Remit;ID=020908010062903 |
| | | | Eff Date: 020909;Indn:David W Edwards |
| 09-09 | 1,450.00- | 22,426.35 | Check        3624 |
| 09-10 | 1,000.00- | 21,426.35 | Online Banking transfer to Chk 6301 |
| | | | Confirmation# 1031678203 |
| 09-10 | 1,619.23- | 19,807.12 | Check        3625 |
| 09-11 | 9,850.00- | 9,957.12 | Check        3632 |
| 09-11 | 6,000.00- | 3,957.12 | Check        3633 |
| 09-13 | 5,568.32 + | 9,525.44 | US Treasury 220 ;Des=tax Refund;ID=213583578      IRS |
| | | | Eff Date: 020913;Indn:Edwards, David W & Bre |
| 09-13 | 2,212.45 + | 11,737.89 | Advanced Technol;Des=payroll    ;ID=002506 |
| | | | Eff Date: 020913;Indn:Edwards, David W. |
| 09-13 | 19.90- | 11,717.99 | Check        3637 |
| 09-16 | 10,764.41 + | 22,482.40 | Deposit |
| 09-16 | 101.75- | 22,380.65 | ATM Axis          09/16 #000003377 Withdrwl |
| | | | 2001 Intl. Dr.    Mclean          VA |
| 09-16 | 20.00- | 22,360.65 | Check        3634 |
| 09-16 | 20.00- | 22,340.65 | Check        3635 |
| 09-16 | 15.00- | 22,325.65 | Check        3636 |
| 09-16 | 0.00 | 22,325.65 | ATM Axis          09/16 #000003377 Withdrwl |
| | | | 2001 Intl. Dr.    Mclean          VA    Fee |
| 09-17 | 3,000.00- | 19,325.65 | Online Banking transfer to Chk 6301 |
| | | | Confirmation# 1032298556 |
| 09-17 | 5,568.32- | 13,757.33 | Check        3642 |
| 09-19 | 15.00- | 13,742.33 | Check        3638 |
| 09-20 | 302.00- | 13,440.33 | Suntrust          09/20 #000008006 Withdrwl |
| | | | %Battlefield      Leesburg        VA |



H

Page 5 of 5
Statement Period
08-29-02 through 09-26-02
Number of checks enclosed: 19
B 18 0 C  18          0013367

DAVID W EDWARDS

Account Number: 0019 2114 6301

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 09-20 | 2.00- | 13,438.33 | Suntrust        09/20 #000008006 Withdrwl %Battlefield         Leesburg      VA  Fee |
| 09-24 | 159.24- | 13,279.09 | Check      3639 |
| 09-25 | 3,000.00- | 10,279.09 | Online Banking transfer to Chk 6301 Confirmation# 1032995482 |
| 09-26 | 1.55 + | 10,280.64 | Interest Earned |

## Checks Posted in Numerical Order

| Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) |
|---|---|---|---|---|---|---|---|---|
| 3624 | 09-09 | 1,450.00 | 3632 | 09-11 | 9,850.00 | 3637 | 09-13 | 19.90 |
| 3625 | 09-10 | 1,619.23 | 3633 | 09-11 | 6,000.00 | 3638 | 09-19 | 15.00 |
| 3629* | 08-29 | 1,200.00 | 3634 | 09-16 | 20.00 | 3639 | 09-24 | 159.24 |
| 3630 | 09-04 | 250.00 | 3635 | 09-16 | 20.00 | 3642* | 09-17 | 5,568.32 |
| 3631 | 08-30 | 100.00 | 3636 | 09-16 | 15.00 | | | |

**Total Checks Posted**                                                                                           **$26,286.69**

\* The asterisk shows a break in the check number order. Your check may have been in a previous statement or may still be outstanding.

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Beginning | 8,081.85 | 09-09 | 22,426.35 | 09-19 | 13,742.33 |
| 08-29 | 6,881.85 | 09-10 | 19,807.12 | 09-20 | 13,438.33 |
| 08-30 | 7,054.63 | 09-11 | 3,957.12 | 09-24 | 13,279.09 |
| 09-04 | 6,804.63 | 09-13 | 11,717.99 | 09-25 | 10,279.09 |
| 09-05 | 5,248.67 | 09-16 | 22,325.65 | 09-26 | 10,280.64 |
| 09-06 | 32,128.67 | 09-17 | 13,757.33 | | |

The costs of college add up. If they have you overwhelmed, consider a private loan for students from Bank of America. Eligibility is not based on financial need, and the loan features a low interest rate, low fees and flexible loan limits and repayment options. Learn more at www.bankofamerica.com/studentbanking. Credit subject to approval.



H

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 5
Statement Period
09-27-02 through 10-29-02
Number of checks enclosed: 19
B 18 0 C 18          0015203

Account Number: 0019 2114 6301

ldldlllmmlldlllmlllllmlllmlllllllmlllllllllll
30357 001 SCM999 I1  4 0

DAVID W EDWARDS
21813 JARVIS SQ
ASHBURN VA 20147-6723

Our free Online Banking service allows you to check account balances,
transfer funds, pay bills and more.  Enroll at www.bankofamerica.com.

Customer Service Information
www.bankofamerica.com

## Your Bank of America Advantage Summary

| Account Name | Account Number | Qualifying Balance* | Type of Balance | Date | Total |
|---|---|---|---|---|---|
| **Deposit Accounts** | | | | | |
| Interest Checking | 0019 2114 6301 | 3,096.85 | Average | 10-28 | |
| Interest Checking | 0019 1867 8222 | 14,398.02 | Average | 10-28 | |
| **Total Deposit Account Balance** | | | | | **$17,494.87** |
| **Credit Accounts** | | | | | |
| Personal CreditLine | 0051 2011 019764 | 7,170.15 | Principal** | 10-28 | |
| **Total Credit Account Balance** | | | | | **$7,170.15** |

Thank you for banking with us.  With the balances in your accounts, there is no monthly maintenance fee for Advantage.

\* Balances in your linked accounts that are used to avoid a monthly maintenance fee are listed here.  These balances reflect the average or principal balance in your account - for your actual ending account balances, please see the "Your Account at a Glance" section on your statement for each of your accounts.
\*\* Detailed information about this account is not included in this statement.



H

Page 3 of 4
Statement Period
05-30-02 through 06-26-02
Number of checks enclosed: 16
B 18 0 C 18              0012939

Account Number: 0019 2114 6301

DAVID W EDWARDS

**Total Checks Posted**                                                $7,785.34

* The asterisk shows a break in the check number order. Your check may have been in a previous statement or may still be outstanding.

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| Beginning | 658.27 | 06-07 | 1,631.93 | 06-24 | 1,822.93 |
| 06-03 | 558.27 | 06-10 | 431.93 | 06-25 | 773.93 |
| 06-04 | 8,558.27 | 06-11 | 243.93 | 06-26 | 774.14 |
| 06-05 | 8,198.27 | 06-14 | 228.93 | | |
| 06-06 | 7,130.97 | 06-20 | 72.93 | | |

Interest Checking
DAVID W EDWARDS                    ERNESTA MOORE EDWARDS

### Your Account at a Glance

| | |
|---|---|
| Account Number ............................................ 0019 1867 8222 | |
| Beginning Balance on 05-30-02 ................. $ 105.42 | *Annual Percentage Yield Earned this Statement* |
|   Deposits and Other Additions............. + 41,071.00 | *Period: 0.20%* |
|   Checks Posted...................................... - 21,950.00 | *Interest Paid Year to Date: $5.41* |
|   ATM and Debit Card Subtractions .... - 446.00 | |
|   Service Charges and Other Fees ....... - 3.00 | |
|   Other Subtractions................................ - 14,224.71 | |
| **Ending Balance on 06-26-02** ................. $ **4,562.71** | |

The monthly maintenance fee for your Interest Checking Account # 0019 1867 8222 will be waived when your average daily balance in combined checking and linked savings, Money Market Savings, CD or IRA accounts meets the balance level stated in the *Personal Schedule of Fees.* Your combined deposit balance for the statement cycle was $8,796.16. As an Advantage customer, you also have other options such as using loan, line of credit and mortgage balances with us, to avoid the monthly maintenance fee. Please contact us if you would like to talk with us about your account.

College . . . the possibilities are endless. Live what you dream. Bank of America Student Loans. Call us at 1.800.344.8382 or visit www.bankofamerica.com/studentbanking.

Online Banking with Bill Pay lets you check account balances, view specific transactions, transfer funds, as well as receive and pay bills -- anywhere you have Internet access. Enroll now for free Online Banking, and receive Bill Pay service at no charge. Just log on to www.bankofamerica.com.

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|-------------|-----------|----------------------|-------------|
| 05-31 | 2,212.45 + | 2,317.87 | Advanced Technol;Des = payroll   ;ID = 002506 Eff Date: 020531;Indn:Edwards, David W. |
| 06-03 | 27,960.00 + | 30,277.87 | Deposit |
| 06-04 | 8,000.00- | 22,277.87 | Online Banking transfer to Chk 6301 Confirmation# 1023197829 |

H

Page 4 of 4
Statement Period
05-30-02 through 06-26-02
Number of checks enclosed: 16
B 18 0 C 18                0012940

Account Number: 0019 2114 6301

DAVID W EDWARDS

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 06-04 | 18,000.00- | 4,277.87 | Check      3605 |
| 06-05 | 101.50- | 4,176.37 | United Bank      06/05 #000004358 Withdrwl |
|  |  |  | 8251 Greensboro D Mclean      VA |
| 06-05 | 0.00 | 4,176.37 | United Bank      06/05 #000004358 Withdrwl |
|  |  |  | 8251 Greensboro D Mclean      VA  Fee |
| 06-06 | 1,450.00- | 2,726.37 | Check      3606 |
| 06-07 | 2,500.00- | 226.37 | Check      3608 |
| 06-10 | 1,200.00+ | 1,426.37 | Online Banking transfer from Chk 6301 |
|  |  |  | Confirmation# 1023636207 |
| 06-10 | 1,022.35- | 404.02 | American Express;Des=elec Remit;ID=020609010336514 |
|  |  |  | Eff Date: 020610;Indn:David W Edwards |
| 06-13 | 6,874.30+ | 7,278.32 | Deposit |
| 06-14 | 2,823.73+ | 10,102.05 | Advanced Technol;Des=payroll      ;ID=002506 |
|  |  |  | Eff Date: 020614;Indn:Edwards, David W. |
| 06-14 | 202.00- | 9,900.05 | Suntrust      06/14 #000001764 Withdrwl |
|  |  |  | %Foxhall Sq 1      Washington      DC |
| 06-14 | 0.00 | 9,900.05 | Suntrust      06/14 #000001764 Withdrwl |
|  |  |  | %Foxhall Sq 1      Washington      DC  Fee |
| 06-17 | 1,902.36- | 7,997.69 | American Express;Des=elec Remit;ID=020616010370408 |
|  |  |  | Eff Date: 020617;Indn:David W Edwards |
| 06-20 | 41.00- | 7,956.69 | Dist Govt Empl  06/20 #000004101 Withdrwl |
|  |  |  | 300 Indiana Ave N  Washington      DC |
| 20 | 1.50- | 7,955.19 | Dist Govt Empl  06/20 #000004101 Withdrwl |
|  |  |  | 300 Indiana Ave N  Washington      DC  Fee |
| 06-24 | 3,000.00- | 4,955.19 | Online Banking transfer to Chk 6301 |
|  |  |  | Confirmation# 1024869469 |
| 06-24 | 300.00- | 4,655.19 | Bank Of America - Line Of Credit Bill Payment |
| 06-25 | 101.50- | 4,553.69 | Industrial Ban  06/25 #000004671 Withdrwl |
|  |  |  | 441 4Th Street N.  Washington      DC |
| 06-25 | 1.50- | 4,552.19 | Industrial Ban  06/25 #000004671 Withdrwl |
|  |  |  | 441 4Th Street N.  Washington      DC  Fee |
| 06-26 | 0.52+ | 4,552.71 | Interest Earned |

## Checks Posted in Numerical Order

| Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) |
|---|---|---|---|---|---|---|---|---|
| 3605 | 06-04 | 18,000.00 | 3606 | 06-06 | 1,450.00 | 3608* | 06-07 | 2,500.00 |

**Total Checks Posted**                                                                $21,950.00

* The asterisk shows a break in the check number order. Your check may have been in a previous statement or may still be outstanding.

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Beginning 05-31 | 105.42 | 06-06 | 2,726.37 | 06-17 | 7,997.69 |
| 06-03 | 2,317.87 | 06-07 | 226.37 | 06-20 | 7,955.19 |
| 06-04 | 30,277.87 | 06-10 | 404.02 | 06-24 | 4,655.19 |
|  | 4,277.87 | 06-13 | 7,278.32 | 06-25 | 4,552.19 |
| 05 | 4,176.37 | 06-14 | 9,900.05 | 06-26 | 4,552.71 |



Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

H

Page 1 of 5
Statement Period
06-27-02 through 07-29-02
Number of checks enclosed: 17
B 18 0 C 18                    0014063

Account Number: 0019 2114 6301

30357 001 SCM999 I12    0

DAVID W EDWARDS
21813 JARVIS SQ
ASHBURN VA 20147-6723



## Your Bank of America Advantage Summary

| Account Name | Account Number | Qualifying Balance* | Type of Balance | Date | Total |
|---|---|---|---|---|---|
| **Deposit Accounts** | | | | | |
| Interest Checking | 0019 2114 6301 | 1,420.14 | Average | 07-28 | |
| Interest Checking | 0019 1867 8222 | 3,812.70 | Average | 07-28 | |
| **Total Deposit Account Balance** | | | | | **$5,232.84** |
| **Credit Accounts** | | | | | |
| Personal CreditLine | 0051 2011 019764 | 7,934.27 | Principal** | 07-28 | |
| **Total Credit Account Balance** | | | | | **$7,934.27** |

\* Balances in your linked accounts that are used to avoid a monthly maintenance fee are listed here. These balances reflect the average or principal balance in your account - for your actual ending account balances, please see the "Your Account at a Glance" section on your statement for each of your accounts.
\*\* Detailed information about this account is not included in this statement.

## Your Account at a Glance

| | |
|---|---|
| Account Number ........................................ 0019 2114 6301 | |
| Beginning Balance on 06-27-02................... $    774.14 | *Annual Percentage Yield Earned this Statement* |
|   Deposits and Other Additions.............. +   12,602.40 | *Period:  0.20%* |
|   Checks Posted................................ -    5,460.00 | *Interest Paid Year to Date:  $1.00* |
|   Service Charges and Other Fees........ -       30.00 | |
|   Other Subtractions........................... -    2,268.20 | |
| **Ending Balance on 07-29-02................. $    5,618.34** | |



Page 2 of 5
Statement Period
06-27-02 through 07-29-02
Number of checks enclosed: 17
B 18 0 C 18                    0014064

Account Number: 0019 2114 6301

DAVID W EDWARDS

H

# Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 06-27 | 380.00- | 394.14 | Check      1051 |
| 07-05 | 2,000.00 + | 2,394.14 | Online Banking transfer from Chk 8222 Confirmation# 1025887208 |
| 07-05 | 90.00- | 2,304.14 | Check      1053 |
| 07-08 | 300.00- | 2,004.14 | First USA Bank  ;Des = epay      ;ID = 000000047238086 Eff Date: 020708;Indn:Edwards David W |
| 07-08 | 250.00- | 1,754.14 | Check      1057 |
| 07-09 | 20.00- | 1,734.14 | Check      1052 |
| 07-09 | 100.00- | 1,634.14 | Check      1056 |
| 07-10 | 600.00- | 1,034.14 | American Express;Des = elec Remit;ID = 020709010595488 Eff Date: 020710;Indn:David W Edwards |
| 07-10 | 18.20- | 1,015.94 | 1-800-734-4374  ;Des = ins Paymnt;ID =  R#: Ad73647700 Eff Date: 020710;Indn:Edwards, David |
| 07-10 | 1,475.00- | 459.06 - | Check      1058 |
| 07-10 | 20.00- | 479.06 - | Check      1055 |
| 07-10 | 15.00- | 494.06 - | Check      1054 |
| 07-10 | 250.00- | 744.06 - | Check      1059 |
| 07-11 | 1,475.00 + | 730.94 | Return Of Posted Check / Item (Received On 07-10) Check #0000001058 |
| 07-11 | 10.00- | 720.94 | Check      1050 |
| 07-11 | 30.00- | 690.94 | Overdraft Fee For Activity Of 07-10 Check #0000001058 |
| 07-12 | 42.00- | 648.94 | Check      1061 |
| 07-15 | 2,000.00 + | 2,648.94 | Online Banking transfer from Chk 8222 Confirmation# 1026674825 |
| 07-15 | 300.00- | 2,348.94 | Check      1060 |
| 07-15 | 250.00- | 2,098.94 | Check      1062 |
| 07-22 | 500.00 + | 2,598.94 | Online Banking transfer from Chk 8222 Confirmation# 1027334241 |
| 07-22 | 250.00- | 2,348.94 | Bk Of Am Crd ACH;Des = paybyphone;Id = edwards Eff Date: 020722;Indn:4427103000315563000000 |
| 07-23 | 1,000.00 + | 3,348.94 | Deposit |
| 07-23 | 200.00- | 3,148.94 | Bk Of Am Crd ACH;Des = paybyphone;Id = edwards Eff Date: 020723;Indn:5420761180396085000000 |
| 07-24 | 400.00- | 2,748.94 | Check      1070 |
| 07-24 | 540.00- | 2,208.94 | Check      1065 |
| 07-25 | 500.00 + | 2,708.94 | Online Banking transfer from Chk 8222 Confirmation# 1027597756 |
| 07-25 | 338.00- | 2,370.94 | Check      1063 |
| 07-26 | 380.00- | 1,990.94 | Check      1064 |
| 07-29 | 5,127.15 + | 7,118.09 | Deposit |
| 07-29 | 900.00- | 6,218.09 | Online Banking transfer to Chk 8222 Confirmation# 1027785428 |
| 07-29 | 600.00- | 5,618.09 | Check      1071 |
| 07-29 | 0.25 + | 5,618.34 | Interest Earned |

# Checks Posted in Numerical Order

| Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) |
|---|---|---|---|---|---|---|---|---|
| 1050 | 07-11 | 10.00 | 1052 | 07-09 | 20.00 | 1054 | 07-10 | 15.00 |
| 1051 | 06-27 | 380.00 | 1053 | 07-05 | 90.00 | 1055 | 07-10 | 20.00 |



H

Page 3 of 5
Statement Period
06-27-02 through 07-29-02
Number of checks enclosed: 17
B 18 0 C 18          0014065

Account Number: 0019 2114 6301

DAVID W EDWARDS

## Checks Posted in Numerical Order - Continued

| Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) |
|---|---|---|---|---|---|---|---|---|
| 1056 | 07-09 | 100.00 | 1060 | 07-15 | 300.00 | 1064 | 07-26 | 380.00 |
| 1057 | 07-08 | 250.00 | 1061 | 07-12 | 42.00 | 1065 | 07-24 | 540.00 |
| 1058 | 07-10 | 1,475.00 | 1062 | 07-15 | 250.00 | 1070* | 07-24 | 400.00 |
| 1059 | 07-10 | 250.00 | 1063 | 07-25 | 338.00 | 1071 | 07-29 | 600.00 |

**Total Checks Posted**                                                   **$5,460.00**

* The asterisk shows a break in the check number order. Your check may have been in a previous statement or may still be outstanding.

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Beginning | 774.14 | 07-10 | 744.06 | 07-23 | 3,148.94 |
| 06-27 | 394.14 | 07-11 | 690.94 | 07-24 | 2,208.94 |
| 07-05 | 2,304.14 | 07-12 | 648.94 | 07-25 | 2,370.94 |
| 07-08 | 1,754.14 | 07-15 | 2,098.94 | 07-26 | 1,990.94 |
| 07-09 | 1,634.14 | 07-22 | 2,348.94 | 07-29 | 5,618.34 |

Interest Checking
DAVID W EDWARDS    PARNELL JACOBS EDWARDS
IRA-EDWARDS CONSOLIDATED

### Your Account at a Glance

| | |
|---|---|
| Account Number ........................................... 0019 1867 8222 | |
| Beginning Balance on 06-27-02 ................... $      4,552.71 | *Annual Percentage Yield Earned this Statement* |
| Deposits and Other Additions ............. +       27,200.92 | *Period: 0.20%* |
| Checks Posted ..................................... -       13,450.00 | *Interest Paid Year to Date: $5.95* |
| ATM and Debit Card Subtractions .... -          403.50 | |
| Service Charges and Other Fees ........ -             0.00 | |
| Other Subtractions .............................. -       17,840.90 | |
| **Ending Balance on 07-29-02 ................ $         59.23** | |

The monthly maintenance fee for your Interest Checking Account # 0019 1867 8222 will be waived when your average daily balance in combined checking and linked savings, Money Market Savings, CD or IRA accounts meets the balance level stated in the *Personal Schedule of Fees.*  Your combined deposit balance for the statement cycle was $5,232.84.  As an Advantage customer, you also have other options such as using loan, line of credit and mortgage balances with us, to avoid the monthly maintenance fee.  Please contact us if you would like to talk with us about your account.

Paying your bills will cost you more this month. With the price of stamps increasing, now is the time to start paying your bills online. Enroll now in our free Online Banking service and pay your bills for free. You can also check account balances, view specific transactions, transfer funds and more. Just log on to www.bankofamerica.com.



Page 4 of 5
Statement Period
06-27-02 through 07-29-02
Number of checks enclosed: 17
B 18 0 C 18                    0014066

Account Number: 0019 2114 6301

H

DAVID W EDWARDS

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 06-28 | 3,180.30 + | 7,733.01 | Advanced Technol;Des=payroll   ;ID=002506 Eff Date: 020628;Indn:Edwards, David W. |
| 06-28 | 2,914.45- | 4,818.56 | Bankofamericaky ;Des=mtg Paymt ;ID=7011781171 Eff Date: 020628;Indn:David W Edwards |
| 07-01 | 101.75- | 4,716.81 | ATM Axis      07/01 #000006793 Withdrwl 2001 Intl. Dr.   Mclean      VA |
| 07-01 | 0.00 | 4,716.81 | ATM Axis      07/01 #000006793 Withdrwl 2001 Intl. Dr.   Mclean      VA  Fee |
| 07-05 | 2,000.00- | 2,716.81 | Online Banking transfer to Chk 6301 Confirmation# 1025887208 |
| 07-08 | 14,040.00 + | 16,756.81 | Deposit |
| 07-08 | 500.00- | 16,256.81 | Counter Debit |
| 07-08 | 1,312.00- | 14,944.81 | American Express;Des=elec Remit;ID=020705010133307 Eff Date: 020708;Indn:David W Edwards |
| 07-09 | 6,000.00- | 8,944.81 | Check      3612 |
| 07-10 | 201.75- | 8,743.06 | ATM Axis      07/10 #000007505 Withdrwl 2001 Intl. Dr.   Mclean      VA |
| 07-10 | 5,200.00- | 3,543.06 | American Express;Des=elec Remit;ID=020709010102680 Eff Date: 020710;Indn:David W Edwards |
| 07-10 | 0.00 | 3,543.06 | ATM Axis      07/10 #000007505 Withdrwl 2001 Intl. Dr.   Mclean      VA  Fee |
| 11 | 1,450.00- | 2,093.06 | Check      3611 |
| 15 | 2,569.02 + | 4,662.08 | Advanced Technol;Des=payroll   ;ID=002506 Eff Date: 020715;Indn:Edwards, David W. |
| 07-15 | 2,000.00- | 2,662.08 | Online Banking transfer to Chk 6301 Confirmation# 1026674825 |
| 07-22 | 5,300.00 + | 7,962.08 | Deposit |
| 07-22 | 100.00- | 7,862.08 | BkofAmerica ATM 07/21 #000002833 Withdrwl Van Ness 1      Washington    DC |
| 07-22 | 500.00- | 7,362.08 | Online Banking transfer to Chk 6301 Confirmation# 1027334241 |
| 07-23 | 1,211.06 + | 8,573.14 | Deposit |
| 07-23 | 6,000.00- | 2,573.14 | Check      3613 |
| 07-25 | 500.00- | 2,073.14 | Online Banking transfer to Chk 6301 Confirmation# 1027597756 |
| 07-29 | 900.00 + | 2,973.14 | Online Banking transfer from Chk 6301 Confirmation# 1027785428 |
| 07-29 | 2,914.45- | 58.69 | Bankofamericaky ;Des=cach    ;ID=7011781171 Cach Eff Date: 020729;Indn:David W Edwards |
| 07-29 | 0.54 + | 59.23 | Interest Earned |

## Checks Posted in Numerical Order

| Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) |
|---|---|---|---|---|---|---|---|---|
| 3611 | 07-11 | 1,450.00 | 3612 | 07-09 | 6,000.00 | 3613 | 07-23 | 6,000.00 |

**Total Checks Posted**                    **$13,450.00**



H

Page 5 of 5
Statement Period
06-27-02 through 07-29-02
Number of checks enclosed: 17
B 18 0 C 18          0014067

Account Number: 0019 2114 6301

DAVID W EDWARDS

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| Beginning | 4,552.71 | 07-09 | 8,944.81 | 07-23 | 2,573.14 |
| 06-28 | 4,818.56 | 07-10 | 3,543.06 | 07-25 | 2,073.14 |
| 07-01 | 4,716.81 | 07-11 | 2,093.06 | 07-29 | 59.23 |
| 07-05 | 2,716.81 | 07-15 | 2,662.08 | | |
| 07-08 | 14,944.81 | 07-22 | 7,362.08 | | |

Student loans aren't just for 18-year-olds. We offer a variety of student loan financing options for students of all ages
– from kindergarten through adulthood.  Visit www.bankofamerica.com/studentbanking, or call 1.800.344.8382.



H

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 5
Statement Period
07-30-02 through 08-28-02
Number of checks enclosed: 28
B 18 0 C 18                    0014691

Account Number: 0019 2114 6301

29357 001 SCM999 I 2    0

DAVID W EDWARDS
21813 JARVIS SQ
ASHBURN VA 20147-6723

Our free Online Banking service allows you to check account balances,
transfer funds, pay bills and more.  Enroll at www.bankofamerica.com.

Customer Service Information
www.bankofamerica.com

## Your Bank of America Advantage Summary

| Account Name | Account Number | Qualifying Balance* | Type of Balance | Date | Total |
|---|---|---|---|---|---|
| **Deposit Accounts** | | | | | |
| Interest Checking | 0019 2114 6301 | 1,439.59 | Average | 08-27 | |
| Interest Checking | 0019 1867 8222 | 7,895.56 | Average | 08-27 | |
| **Total Deposit Account Balance** | | | | | **$9,335.15** |
| **Credit Accounts** | | | | | |
| Personal CreditLine | 0051 2011 019764 | 7,724.60 | Principal** | 08-27 | |
| **Total Credit Account Balance** | | | | | **$7,724.60** |

Thank you for banking with us.  With the balances in your accounts, there is no monthly maintenance fee for Advantage.

* Balances in your linked accounts that are used to avoid a monthly maintenance fee are listed here.  These balances reflect the average or principal balance in your account - for your actual ending account balances, please see the "Your Account at a Glance" section on your statement for each of your accounts.
** Detailed information about this account is not included in this statement.



DAVID W EDWARDS

H

Account Number: 0019 2114 6301

## Interest Checking

### Your Account at a Glance

Account Number ......................................... 0019 2114 6301
Beginning Balance on 07-30-02................ $    5,618.34
   Deposits and Other Additions............+    7,475.22
   Checks Posted...................................... -   10,542.47
   ATM and Debit Card Subtractions.... -      400.00
   Other Subtractions............................. -      268.20
Ending Balance on 08-28-02................ $    1,882.89

*Annual Percentage Yield Earned this Statement
Period:  0.20%
Interest Paid Year to Date:  $1.22*

### Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 07-30 | 1,210.00- | 4,408.34 | Check    1066 |
| 07-30 | 1,110.00- | 3,298.34 | Check    1068 |
| 07-30 | 300.00- | 2,998.34 | Check    1076 |
| 07-30 | 130.00- | 2,868.34 | Check    1067 |
| 07-30 | 240.00- | 2,628.34 | Check    1078 |
| 07-30 | 100.00- | 2,528.34 | Check    1077 |
| -30 | 11.33- | 2,517.01 | Check    1075 |
| -01 | 1,475.00+ | 3,992.01 | Online Banking transfer from Chk 8222 Confirmation# 1028222751 |
| 08-05 | 100.00- | 3,892.01 | BkofAmerica ATM 08/02 #000001238 Withdrwl Westpark          Mclean          VA |
| 08-05 | 250.00- | 3,642.01 | Online Banking transfer to Chk 8222 Confirmation# 1028470314 |
| 08-05 | 1,657.50- | 1,984.51 | Check    1073 |
| 08-05 | 62.66- | 1,921.85 | Check    1074 |
| 08-06 | 1,475.00- | 446.85 | Check    1080 |
| 08-06 | 277.00- | 169.85 | Check |
| 08-06 | 83.00- | 86.85 | Check    1079 |
| 08-09 | 18.20- | 68.65 | 1-800-734-4374 ;Des= ins Paymnt;ID=  R#: Ad73647700 Eff Date: 020809;Indn:Edwards, David |
| 08-12 | 3,000.00+ | 3,068.65 | Online Banking transfer from Chk 8222 Confirmation# 1029011673 |
| 08-12 | 800.00- | 2,268.65 | Check    1083 |
| 08-12 | 123.72- | 2,144.93 | Check    1081 |
| 08-13 | 544.26- | 1,600.67 | Check    1087 |
| 08-14 | 500.00- | 1,100.67 | Check    1086 |
| 08-14 | 100.00- | 1,000.67 | Check    1085 |
| 08-15 | 200.00- | 800.67 | Check    1084 |
| 08-15 | 125.00- | 675.67 | Check    1082 |
| 08-15 | 25.00- | 650.67 | Check    1089 |
| 08-15 | 25.00- | 625.67 | Check    1088 |
| 08-19 | 500.00+ | 1,125.67 | Online Banking transfer from Chk 8222 Confirmation# 1029707407 |
| 08-20 | 300.00- | 825.67 | Check    1094 |
| 08-20 | 29.00- | 796.67 | Check    1092 |
| 08-21 | 380.00- | 416.67 | Check    1093 |
| 08-26 | 25.00- | 391.67 | Check    1091 |
| 08-27 | 2,500.00+ | 2,891.67 | Online Banking transfer from Chk 8222 Confirmation# 1030440008 |



H

DAVID W EDWARDS

Account Number: 0019 2114 6301

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 08-27 | 300.00- | 2,591.67 | BkofAmerica ATM 08/27 #000009190 Withdrwl |
| | | | Mount Vernon 2      Washington    DC |
| 08-27 | 59.00- | 2,532.67 | Check     1101 |
| 08-28 | 400.00- | 2,132.67 | Check     1095 |
| 08-28 | 250.00- | 1,882.67 | Check     1098 |
| 08-28 | 0.22+ | 1,882.89 | Interest Earned |

## Checks Posted in Numerical Order

| Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) |
|---|---|---|---|---|---|---|---|---|
| | 08-06 | 277.00 | 1079 | 08-06 | 83.00 | 1089 | 08-15 | 25.00 |
| 1066 | 07-30 | 1,210.00 | 1080 | 08-06 | 1,475.00 | 1091• | 08-26 | 25.00 |
| 1067 | 07-30 | 130.00 | 1081 | 08-12 | 123.72 | 1092 | 08-20 | 29.00 |
| 1068 | 07-30 | 1,110.00 | 1082 | 08-15 | 125.00 | 1093 | 08-21 | 380.00 |
| 1073• | 08-05 | 1,657.50 | 1083 | 08-12 | 800.00 | 1094 | 08-20 | 300.00 |
| 1074 | 08-05 | 62.66 | 1084 | 08-15 | 200.00 | 1095 | 08-28 | 400.00 |
| 1075 | 07-30 | 11.33 | 1085 | 08-14 | 100.00 | 1098• | 08-28 | 250.00 |
| 1076 | 07-30 | 300.00 | 1086 | 08-14 | 500.00 | 1101• | 08-27 | 59.00 |
| 1077 | 07-30 | 100.00 | 1087 | 08-13 | 544.26 | | | |
| 1078 | 07-30 | 240.00 | 1088 | 08-15 | 25.00 | | | |

Total Checks Posted                                                                $10,542.47

* The asterisk shows a break in the check number order. Your check may have been in a previous statement or may still be outstanding.

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Beginning | 5,618.34 | 08-12 | 2,144.93 | 08-21 | 416.67 |
| 07-30 | 2,517.01 | 08-13 | 1,600.67 | 08-26 | 391.67 |
| 08-01 | 3,992.01 | 08-14 | 1,000.67 | 08-27 | 2,532.67 |
| 08-05 | 1,921.85 | 08-15 | 625.67 | 08-28 | 1,882.89 |
| 08-06 | 86.85 | 08-19 | 1,125.67 | | |
| 08-09 | 68.65 | 08-20 | 796.67 | | |

Interest Checking
DAVID W EDWARDS                    BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING

### Your Account at a Glance

| | | |
|---|---|---|
| Account Number ......................................... 0019 1867 8222 | | *Annual Percentage Yield Earned this Statement* |
| Beginning Balance on 07-30-02.................. $        59.23 | | *Period: 0.20%* |
| Deposits and Other Additions.............+   85,807.21 | | *Interest Paid Year to Date:  $7.20* |
| Checks Posted........................................ -   64,048.33 | | |
| ATM and Debit Card Subtractions.... -         503.00 | | |
| Service Charges and Other Fees........ -            0.00 | | |
| Other Subtractions................................ -   13,233.26 | | |
| Ending Balance on 08-28-02.................. $     8,081.85 | | |

H

Page 4 of 5
Statement Period
07-30-02 through 08-28-02
Number of checks enclosed: 28
B 18 0 C 18                    0014694

Account Number: 0019 2114 6301

DAVID W EDWARDS

The monthly maintenance fee for your Interest Checking Account # 0019 1867 8222 will be waived when your average daily balance in combined checking and linked savings, Money Market Savings, CD or IRA accounts meets the balance level stated in the *Personal Schedule of Fees*. Your combined deposit balance for the statement cycle was $9,335.15. As an Advantage customer, you also have other options such as using loan, line of credit and mortgage balances with us, to avoid the monthly maintenance fee. Please contact us if you would like to talk with us about your account.

Bank of America has streamlined the mortgage process by eliminating 80 percent of the paperwork you have to provide. Visit www.bankofamerica.com/loans to learn more about getting a mortgage from Bank of America. Not all applicants will qualify for the reduced paperwork benefits.

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 07-31 | 3,129.37+ | 3,188.60 | Advanced Technol;Des= payroll    ;ID= 002506 Eff Date: 020731;Indn:Edwards, David W. |
| 08-01 | 1,475.00- | 1,713.60 | Online Banking transfer to Chk 6301 Confirmation# 1028222751 |
| 08-05 | 250.00+ | 1,963.60 | Online Banking transfer from Chk 6301 Confirmation# 1028470314 |
| 8-07 | 69,700.65+ | 71,664.25 | Tiaa-Cref Distr.;Des= annuity    ;Id= n8256421 Eff Date: 020807;Indn:David W Edwards |
| 8-07 | 101.50- | 71,562.75 | Springhill Caf  08/07 #000002020 Withdrwl 1430 Springhill R  Mclean        VA |
| 08-07 | 249.41- | 71,313.34 | Check      3615 |
| 08-07 | 0.00 | 71,313.34 | Springhill Caf  08/07 #000002020 Withdrwl 1430 Springhill R  Mclean        VA   Fee |
| 08-08 | 50,000.00- | 21,313.34 | Check      3617 |
| 08-08 | 1,450.00- | 19,863.34 | Check      3614 |
| 08-09 | 72.00- | 19,791.34 | Check      3619 |
| 08-12 | 3,000.00- | 16,791.34 | Online Banking transfer to Chk 6301 Confirmation# 1029011673 |
| 08-12 | 2,843.81- | 13,947.53 | American Express;Des= elec Remit;ID= 020809010081229 Eff Date: 020812;Indn:David W Edwards |
| 08-12 | 12,000.00- | 1,947.53 | Check      3621 |
| 08-14 | 200.00- | 1,747.53 | BkofAmerica ATM 08/13 #000003437 Withdrwl Mount Vernon 2      Washington      DC |
| 08-15 | 3,485.94+ | 5,233.47 | Advanced Technol;Des= payroll    ;ID= 002506 Eff Date: 020815;Indn:Edwards, David W. |
| 08-15 | 82.26- | 5,151.21 | Check      3626 |
| 08-16 | 47.51- | 5,103.70 | Check      3623 |
| 08-19 | 201.50- | 4,902.20 | ATM Axis         08/18 #000003163 Withdrwl Washington       Washington    DC |
| 08-19 | 500.00- | 4,402.20 | Online Banking transfer to Chk 6301 Confirmation# 1029707407 |
| 08-19 | 0.00 | 4,402.20 | ATM Axis         08/18 #000003163 Withdrwl Washington       Washington    DC   Fee |
| 08-21 | 15.00- | 4,387.20 | Check      3627 |
| 08-27 | 9,240.00+ | 13,627.20 | Deposit |
| 08-27 | 2,500.00- | 11,127.20 | Online Banking transfer to Chk 6301 Confirmation# 1030440008 |
| 08-27 | 132.15- | 10,995.05 | Check      3628 |



H

Page 5 of 5
Statement Period
07-30-02 through 08-28-02
Number of checks enclosed: 28
B 18 0 C 18          0014695

DAVID W EDWARDS

Account Number: 0019 2114 6301

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 08-28 | 2,914.45- | 8,080.60 | Bankofamericaky ;Des= cach      ;ID= 7011781171 Cach Eff Date: 020828;Indn:David W Edwards |
| 08-28 | 1.25+ | 8,081.85 | Interest Earned |

## Checks Posted In Numerical Order

| Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) |
|---|---|---|---|---|---|---|---|---|
| 3614 | 08-08 | 1,450.00 | 3619• | 08-09 | 72.00 | 3626• | 08-15 | 82.26 |
| 3615 | 08-07 | 249.41 | 3621• | 08-12 | 12,000.00 | 3627 | 08-21 | 15.00 |
| 3617• | 08-08 | 50,000.00 | 3623• | 08-16 | 47.51 | 3628 | 08-27 | 132.15 |

**Total Checks Posted**                                                                                                  **$64,048.33**

* The asterisk shows a break in the check number order. Your check may have been in a previous statement or may still be outstanding.

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Beginning | 59.23 | 08-08 | 19,863.34 | 08-16 | 5,103.70 |
| 07-31 | 3,188.60 | 08-09 | 19,791.34 | 08-19 | 4,402.20 |
| 08-01 | 1,713.60 | 08-12 | 1,947.53 | 08-21 | 4,387.20 |
| 08-05 | 1,963.60 | 08-14 | 1,747.53 | 08-27 | 10,995.05 |
| 08-07 | 71,313.34 | 08-15 | 5,151.21 | 08-28 | 8,081.85 |

It's not too late to apply for a student loan from Bank of America.  Visit www.bankofamerica.com/studentbanking, or call 1.800.344.8382.  Let us help you make your dreams come true.



Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

H

Page 1 of 5
Statement Period
08-29-02 through 09-26-02
Number of checks enclosed: 19
B 18 0 C 18                    0013363

Account Number: 0019 2114 6301

27357 001 SCM999 I123 0

DAVID W EDWARDS
21813 JARVIS SQ
ASHBURN VA 20147-6723

Our free Online Banking service allows you to check account balances,
transfer funds, pay bills and more.  Enroll at www.bankofamerica.com.



## Your Bank of America Advantage Summary

| Account Name | Account Number | Qualifying Balance* | Type of Balance | Date | Total |
|---|---|---|---|---|---|
| **Deposit Accounts** | | | | | |
| Interest Checking | 0019 2114 6301 | 1,783.26 | Average | 09-25 | |
| Interest Checking | 0019 1867 8222 | 13,271.44 | Average | 09-25 | |
| **Total Deposit Account Balance** | | | | | **$15,054.70** |
| **Credit Accounts** | | | | | |
| Personal CreditLine | 0051 2011 019764 | 7,312.97 | Principal** | 09-25 | |
| **Total Credit Account Balance** | | | | | **$7,312.97** |

Thank you for banking with us.  With the balances in your accounts, there is no monthly maintenance fee for
Advantage.

\* Balances in your linked accounts that are used to avoid a monthly maintenance fee are listed here.  These balances reflect the average or principal balance in your
 account - for your actual ending account balances, please see the "Your Account at a Glance" section on your statement for each of your accounts.
\*\* Detailed information about this account is not included in this statement.



DAVID W EDWARDS

H

Page 2 of 5
Statement Period
08-29-02 through 09-26-02
Number of checks enclosed: 19
B 18  0  C  18          0013364

Account Number: 0019 2114 6301

## Interest Checking
### DAVID W EDWARDS

### Your Account at a Glance

| | | |
|---|---|---|
| Account Number .......................................... 0019 2114 6301 | | |
| Beginning Balance on 08-29-02................... $ | 1,882.89 | *Annual Percentage Yield Earned this Statement* |
| Deposits and Other Additions.............. + | 9,500.30 | *Period: 0.20%* |
| Checks Posted...................................... - | 6,864.31 | *Interest Paid Year to Date: $1.52* |
| ATM and Debit Card Subtractions.... - | 100.00 | |
| Other Subtractions................................ - | 86.03 | |
| Ending Balance on 09-26-02................. $ | 4,332.85 | |

### Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 08-29 | 1,000.00- | 882.89 | Check      1097 |
| 08-29 | 400.00- | 482.89 | Check      1100 |
| 08-29 | 250.00- | 232.89 | Check      1096 |
| 08-30 | 2,500.00 + | 2,732.89 | Online Banking transfer from Chk 8222 Confirmation# 1030706760 |
| 09-04 | 1,475.00- | 1,257.89 | Check      1102 |
| 05 | 100.00- | 1,157.89 | Check      1099 |
| 05 | 40.00- | 1,117.89 | Check      1103 |
| -06 | 277.00- | 840.89 | Check |
| 09-09 | 500.00- | 340.89 | Check      1104 |
| 09-10 | 1,000.00 + | 1,340.89 | Online Banking transfer from Chk 8222 Confirmation# 1031678203 |
| 09-10 | 18.20- | 1,322.69 | 1-800-734-4374  ;Des=ins Paymnt;ID= R#: Ad73647700 Eff Date: 020910;Indn:Edwards, David |
| 09-11 | 50.00- | 1,272.69 | Check      1090 |
| 09-12 | 100.00- | 1,172.69 | BkofAmerica ATM 09/11 #000001847 Withdrwl Westpark          Mclean        VA |
| 09-16 | 250.00- | 922.69 | Check      1105 |
| 09-17 | 3,000.00 + | 3,922.69 | Online Banking transfer from Chk 8222 Confirmation# 1032298556 |
| 09-18 | 500.00- | 3,422.69 | Check      1106 |
| 09-18 | 500.00- | 2,922.69 | Check      1110 |
| 09-18 | 100.00- | 2,822.69 | Check      1111 |
| 09-19 | 500.00- | 2,322.69 | Check      1109 |
| 09-19 | 10.00- | 2,312.69 | Check      1112 |
| 09-20 | 250.00- | 2,062.69 | Check      1107 |
| 09-20 | 250.00- | 1,812.69 | Check      1108 |
| 09-25 | 3,000.00 + | 4,812.69 | Online Banking transfer from Chk 8222 Confirmation# 1032995482 |
| 09-25 | 67.83- | 4,744.86 | Verizon          ;Des=purchase  ;ID=1234 Eff Date: 020925;Indn:073319453 |
| 09-25 | 380.00- | 4,364.86 | Check      1113 |
| 09-26 | 32.31- | 4,332.55 | Check      1114 |
| 09-26 | 0.30 + | 4,332.85 | Interest Earned |



H

Page 3 of 5
Statement Period
08-29-02 through 09-26-02
Number of checks enclosed: 19
B 18 0 C 18                    0013365

DAVID W EDWARDS

Account Number: 0019 2114 6301

## Checks Posted in Numerical Order

| Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) |
|---|---|---|---|---|---|---|---|---|
| | 09-06 | 277.00 | 1103 | 09-05 | 40.00 | 1110 | 09-18 | 500.00 |
| 1090 | 09-11 | 50.00 | 1104 | 09-09 | 500.00 | 1111 | 09-18 | 100.00 |
| 1096* | 08-29 | 250.00 | 1105 | 09-16 | 250.00 | 1112 | 09-19 | 10.00 |
| 1097 | 08-29 | 1,000.00 | 1106 | 09-18 | 500.00 | 1113 | 09-25 | 380.00 |
| 1099* | 09-05 | 100.00 | 1107 | 09-20 | 250.00 | 1114 | 09-26 | 32.31 |
| 1100 | 08-29 | 400.00 | 1108 | 09-20 | 250.00 | | | |
| 1102* | 09-04 | 1,475.00 | 1109 | 09-19 | 500.00 | | | |

**Total Checks Posted**      **$6,864.31**

* The asterisk shows a break in the check number order. Your check may have been in a previous statement or may still be outstanding.

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Beginning | 1,882.89 | 09-09 | 340.89 | 09-18 | 2,822.69 |
| 08-29 | 232.89 | 09-10 | 1,322.69 | 09-19 | 2,312.69 |
| 08-30 | 2,732.89 | 09-11 | 1,272.69 | 09-20 | 1,812.69 |
| 09-04 | 1,257.89 | 09-12 | 1,172.69 | 09-25 | 4,364.86 |
| 05 | 1,117.89 | 09-16 | 922.69 | 09-26 | 4,332.85 |
| 6 | 840.89 | 09-17 | 3,922.69 | | |

Interest Checking

DAVID W EDWARDS                    BRENDA MOORE EDWARDS

### Your Account at a Glance

| | | |
|---|---|---|
| Account Number ......................................... 0019 1867 8222 | | |
| Beginning Balance on 08-29-02.................. $ | 8,081.85 | |
|    Deposits and Other Additions............. + | 48,199.51 | |
|    Checks Posted...................................... - | 26,286.69 | |
|    ATM and Debit Card Subtractions .... - | 505.25 | |
|    Service Charges and Other Fees....... - | 2.00 | |
|    Other Subtractions............................... - | 19,206.78 | |
| Ending Balance on 09-26-02................. $ | 10,280.64 | |

*Annual Percentage Yield Earned this Statement Period:  0.20%*
*Interest Paid Year to Date:  $8.75*

The monthly maintenance fee for your Interest Checking Account # 0019 1867 8222 will be waived when your average daily balance in combined checking and linked savings, Money Market Savings, CD or IRA accounts meets the balance level stated in the *Personal Schedule of Fees*.  Your combined deposit balance for the statement cycle was $15,054.70.  As an Advantage customer, you also have other options such as using loan, line of credit and mortgage balances with us, to avoid the monthly maintenance fee.  Please contact us if you would like to talk with us about your account.



DAVID W EDWARDS
BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING

H

Page 5 of 5
Statement Period
06-27-03 through 07-29-03
Number of checks enclosed: 12
B 18 0 C P 18        0014299

Account Number: 0019 1867 8222

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 07-28 | 3,500.00- | 5,154.82 | Online Banking transfer to Chk 8222 Confirmation# 9231888483 |
| 07-28 | 1,700.00- | 3,454.82 | Check        1160 |
| 07-29 | 0.39+ | 3,455.21 | Interest Earned |

## Checks Posted in Numerical Order

| Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) |
|---|---|---|---|---|---|
| 1160 | 07-28 | 1,700.00 | | | |

**Total Checks Posted**                                                   **$1,700.00**

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Beginning | 2,173.02 | 07-08 | 673.02 | 07-16 | 8,654.82 |
| 7-01 | 1,673.02 | 07-10 | 654.82 | 07-28 | 3,454.82 |
| 7-02 | 1,173.02 | 07-11 | 2,654.82 | 07-29 | 3,455.21 |

H

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 5
Statement Period
07-30-03 through 08-27-03
Number of checks enclosed: 2
B 18 0 C P 18          0014990

Account Number: 0019 1867 8222

28357 001 SCM999 I1    0

DAVID W EDWARDS
BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING
444 8TH ST NW APT 213
WASHINGTON DC 20004-2154

Our free Online Banking service allows you to check account balances,
transfer funds, pay bills and more. Enroll at www.bankofamerica.com.

Customer Service Information
www.bankofamerica.com

## Your Bank of America Advantage Summary

| Account Name | Account Number | Qualifying Balance* | Type of Balance | Date | Total |
|---|---|---|---|---|---|
| **Deposit Accounts** | | | | | |
| Interest Checking | 0019 1867 8222 | 6,554.33 | Average | 08-26 | |
| Interest Checking | 0019 2114 6301 | 5,632.95 | Average | 08-26 | |
| Interest Checking | 0019 2337 4579 | 10,539.64 | Average** | 08-26 | |
| **Total Deposit Account Balance** | | | | | **$22,726.92** |
| **Credit Accounts** | | | | | |
| Personal CreditLine | 0051 2011 019764 | 6,098.17 | Principal** | 08-26 | |
| **Total Credit Account Balance** | | | | | **$6,098.17** |

Thank you for banking with us. With the balances in your accounts, there is no monthly maintenance fee for Advantage.

* Balances in your linked accounts that are used to avoid a monthly maintenance fee are listed here. These balances reflect the average or principal balance in your account - for your actual ending account balances, please see the "Your Account at a Glance" section on your statement for each of your accounts.
** Detailed information about this account is not included in this statement.

Need to do some home improvements? As a valued Advantage checking customer you receive lower rates and no annual fee on certain loans and lines of credit. See us for details. Visit a neighborhood Bank of America banking center or go to www.bankofamerica.com for more information.

Are you the parent of a college student? As a valued Advantage checking customer your student can receive our free CampusEdge checking account for 5 years, with free Online Banking from Bank of America. To get more details or to open an account, visit bankofamerica.com or stop by your neighborhood Bank of America banking center.



H

Page 2 of 5
Statement Period
07-30-03 through 08-27-03
Number of checks enclosed: 2
B 18 0 C P  18          0014991

DAVID W EDWARDS
BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING

Account Number: 0019 1867 8222

Interest Checking
DAVID W EDWARDS      BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING

## Your Account at a Glance

Account Number ......................................... 0019 1867 8222
Beginning Balance on 07-30-03.................. $     774.99
   Deposits and Other Additions............+     42,080.32
   Checks Posted.....................................  -      6,500.00
   ATM and Debit Card Subtractions.... -      1,234.27
   Service Charges and Other Fees........ -         35.00
   Other Subtractions............................. -     31,116.32
Ending Balance on 08-27-03.................. $     3,969.72

*Annual Percentage Yield Earned this Statement*
*Period:  0.10%*
*Interest Paid Year to Date:  $6.45*

The monthly maintenance fee for your Interest Checking Account # 0019 1867 8222 will be waived when your average daily balance in combined checking and linked savings, Money Market Savings, CD or IRA accounts meets the balance level stated in the *Personal Schedule of Fees*.  Your combined deposit balance for the statement cycle was $22,726.92.  As an Advantage customer, you also have other options such as using loan, line of credit and mortgage balances with us, to avoid the monthly maintenance fee.  Please contact us if you would like to talk with us about your account.

Sign up for direct deposit and get faster access to your pay or any regularly recurring deposit.  If you haven't yet discovered direct deposit, you're missing out on one of the most convenient ways to have access to your money. There is no sign-up fee and no monthly charge. For more details, visit www.bankofamerica.com/directdeposit.

From reordering checks, to placing a stop payment, or updating your address, Online Banking makes it simple to manage virtually every aspect of your account right from your computer.  Moving?  Plan ahead and reorder checks with your new address online.  Access Online Banking today at www.bankofamerica.com.

Finish up last minute school shopping with ease. Avoid long lines and crowds by shopping online at www.bankofamerica.com/shop where you can receive exclusive savings from Dell Home Systems, Niketown.com, eBags and many more. Since your Bank of America Check Card(R) features Total Security Protection(TM), you can conveniently shop online with confidence.

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 07-30 | 1,300.00+ | 2,074.99 | Overdraft Protection From 5420761180396085 |
| 07-30 | 2,000.00- | 74.99 | American Express;Des= elec Remit;ID= 030729060532788 Eff Date: 030730;Indn:David W Edwards |
| 07-30 | 500.00- | 425.01 - | Check     3779 |
| 07-30 | 0.00 | 425.01 - | Rnb       07/30 #000250020 Denial Wisc & Jenifer #1          Fee |
| 07-30 | 0.00 | 425.01 - | Rnb       07/30 #000250021 Bal Inq Wisc & Jenifer #1          Fee |
| 07-31 | 2,000.00+ | 1,574.99 | Online Banking transfer from Chk 6301 Confirmation# 9652153379 |
| 07-31 | 30.00- | 1,544.99 | Overdraft Fee For Activity Of 07-30 Check #0000003779 |
| 08-04 | 55.90- | 1,489.09 | CheckCard  0802 Cynia European Day Spa Mclean      VA 24001753214207235929417 |



H

Page 3 of 5
Statement Period
07-30-03 through 08-27-03
Number of checks enclosed: 2
B 18 0 C P  18              0014992

DAVID W EDWARDS
BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING

Account Number: 0019 1867 8222

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 08-07 | 180.00- | 1,309.09 | CheckCard  0805 Parking Management Inc 202-785-9191 DC 2438894321838012156B775 |
| 08-08 | 24,780.00+ | 26,089.09 | Deposit |
| 08-11 | 10,000.00+ | 36,089.09 | Online Banking transfer from Chk 6301 Confirmation# 0612190755 |
| 08-11 | 23,000.00- | 13,089.09 | Online Banking transfer to Chk 6301 Confirmation# 0435814593 |
| 08-11 | 3,237.73- | 9,851.36 | American Express;Des= elec Remit;ID= 030809060217350 Eff Date: 030811;Indn:David W Edwards |
| 08-11 | 1,000.00- | 8,851.36 | American Express;Des= elec Remit;ID= 030809060219565 Eff Date: 030811;Indn:David W Edwards |
| 08-11 | 1,000.00- | 7,851.36 | American Express;Des= elec Remit;ID= 030809060252250 Eff Date: 030811;Indn:David W Edwards |
| 08-12 | 500.00- | 7,351.36 | Mbna America    ;Des= online Pmt;Id= ckfxxxxx0876Pos Eff Date: 030812;Indn:Edwards,David |
| 08-14 | 302.00- | 7,049.36 | Chevy Chase Fe  08/14 #000000175 Withdrwl Giant Store 57    Bethesda    MD |
| 08-14 | 0.00 | 7,049.36 | Chevy Chase Fe  08/14 #000000175 Withdrwl Giant Store 57    Bethesda    MD  Fee |
| 08-15 | 268.84- | 6,780.52 | CheckCard  0814 Medical Pharm Chevy Cha Chevy Chase  MD 24792623226221436700208 |
| 08-18 | 288.42- | 6,492.10 | CheckCard  0815 State Farm Insurance 800-956-6310 IL 24610443228004078203710 |
| 08-18 | 38.06- | 6,454.04 | CheckCard  0814 Strosnider Hardware Bethesda    MD 24733093227200502234471 |
| 08-21 | 4,000.00+ | 10,454.04 | Online Banking transfer from Chk 6301 Confirmation# 1484234956 |
| 08-21 | 101.05- | 10,352.99 | CheckCard  0820 Giant Food #057 Bethesda    MD 24610043323072013087824 |
| 08-21 | 5.00- | 10,347.99 | Fee For Statement Copy Requested |
| 08-22 | 6,000.00- | 4,347.99 | Check     3781 |
| 08-22 | 378.59- | 3,969.40 | American Express;Des= elec Remit;ID= 030821060117810 Eff Date: 030822;Indn:David W Edwards |
| 08-27 | 0.32+ | 3,969.72 | Interest Earned |

*ALIMONY NOT PAID ONLY CHILD SUPPORT* (handwritten annotation)

## Checks Posted in Numerical Order

| Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) |
|---|---|---|---|---|---|
| 3779 | 07-30 | 500.00 | 3781* | 08-22 | 6,000.00 |

**Total Checks Posted**                                              **$6,500.00**

* The asterisk shows a break in the check number order. Your check may have been in a previous statement or may still be outstanding.

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Beginning | 774.99 | 08-04 | 1,489.09 | 08-11 | 7,851.36 |
| 07-30 | 425.01 - | 08-07 | 1,309.09 | 08-12 | 7,351.36 |
| 07-31 | 1,544.99 | 08-08 | 26,089.09 | 08-14 | 7,049.36 |



H

Page 4 of 5
Statement Period
07-30-03 through 08-27-03
Number of checks enclosed: 2
B 18 0 C P  18          0014993

DAVID W EDWARDS
BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING

Account Number: 0019 1867 8222

## Daily Balance Summary - Continued

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 08-15 | 6,780.52 | 08-21 | 10,347.99 | 08-27 | 3,969.72 |
| 08-18 | 6,454.04 | 08-22 | 3,969.40 | | |

### Interest Checking

### Your Account at a Glance

| | | |
|---|---|---|
| Account Number .......................................... 0019 2114 6301 | *Annual Percentage Yield Earned this Statement* | |
| Beginning Balance on 07-30-03................... $    3,455.21 | *Period: 0.10%* | |
| Deposits and Other Additions.............+   23,000.58 | *Interest Paid Year to Date: $1.81* | |
| Checks Posted.......................................-    1,984.19 | | |
| ATM and Debit Card Subtractions .... -      500.00 | | |
| Other Subtractions................................-   19,746.20 | | |
| **Ending Balance on 08-27-03................. $    4,225.40** | | |

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|-------------|-----------|----------------------|-------------|
| 07-31 | 2,000.00- | 1,455.21 | Online Banking transfer to Chk 8222 Confirmation# 9652153379 |
| 07-31 | 300.00- | 1,155.21 | BkofAmerica ATM 07/30 #000002596 Withdrwl Friendship Heigh   Washington   DC |
| 08-01 | 228.00- | 927.21 | Credit Card   ;Des= epay   ;ID= 000000080909774 Eff Date: 030801;Indn:Edwards David W |
| 08-07 | 200.00- | 727.21 | BkofAmerica ATM 08/07 #000007367 Withdrwl Mount Vernon 1    Washington   DC |
| 08-11 | 23,000.00+ | 23,727.21 | Online Banking transfer from Chk 8222 Confirmation# 0435814593 |
| 08-11 | 10,000.00- | 13,727.21 | Online Banking transfer to Chk 8222 Confirmation# 0612190755 |
| 08-11 | 18.20- | 13,709.01 | 1-800-734-4374  ;Des= ins Paymnt;ID=  R#: Ad73647700 Eff Date: 030811;Indn:Edwards, David |
| 08-13 | 400.00- | 13,309.01 | Check    1162 |
| 08-15 | 975.00- | 12,334.01 | Check    1161 |
| 08-18 | 1,000.00- | 11,334.01 | Online Banking pymt to Bkofam Crd 6085 Confirmation# 1156642943 |
| 08-18 | 500.00- | 10,834.01 | Online Banking pymt to Bkofam Crd 5563 Confirmation# 1156956075 |
| 08-18 | 500.00- | 10,334.01 | Online Banking payment to Loc 9764 Confirmation# 1157083642 |
| 08-18 | 500.00- | 9,834.01 | Bk Of Am Crd ACH;Des= paybyphone;Id= edwards Eff Date: 030818;Indn:4427103004907027000000 |
| 08-19 | 250.00- | 9,584.01 | Mbna America    ;Des= online Pmt;Id= ckfxxxxx3351Pos Eff Date: 030819;Indn:Edwards,David |
| 08-20 | 500.00- | 9,084.01 | Check    1166 |
| 08-20 | 90.10- | 8,993.91 | Check    1164 |
| 08-21 | 4,000.00- | 4,993.91 | Online Banking transfer to Chk 8222 Confirmation# 1484234956 |
| 08-21 | 250.00- | 4,743.91 | Credit Card   ;Des= epay   ;ID= 000000083031991 Eff Date: 030821;Indn:Edwards David W |



H

Page 5 of 5
Statement Period
07-30-03 through 08-27-03
Number of checks enclosed: 2
B 18 0 C P 18          0014994

DAVID W EDWARDS
BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING

Account Number: 0019 1867 8222

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 08-22 | 19.09- | 4,724.82 | Check          1163 |
| 08-25 | 500.00- | 4,224.82 | Citi-Click 2 Pay;Des= payment     ;Id= dn%@r9C5%+ t9Ctp |
| | | | Eff Date: 030825;Indn:David Edwards |
| 08-27 | 0.58+ | 4,225.40 | Interest Earned |

## Checks Posted in Numerical Order

| Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) |
|---|---|---|---|---|---|---|---|---|
| 1161 | 08-15 | 975.00 | 1163 | 08-22 | 19.09 | 1166• | 08-20 | 500.00 |
| 1162 | 08-13 | 400.00 | 1164 | 08-20 | 90.10 | | | |

**Total Checks Posted**                                                                          **$1,984.19**

* The asterisk shows a break in the check number order. Your check may have been in a previous statement or may still be outstanding.

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Beginning | 3,455.21 | 08-13 | 13,309.01 | 08-21 | 4,743.91 |
| 07-31 | 1,155.21 | 08-15 | 12,334.01 | 08-22 | 4,724.82 |
| 08-01 | 927.21 | 08-18 | 9,834.01 | 08-25 | 4,224.82 |
| 08-07 | 727.21 | 08-19 | 9,584.01 | 08-27 | 4,225.40 |
| 08-11 | 13,709.01 | 08-20 | 8,993.91 | | |



H

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 5
Statement Period
08-28-03 through 09-26-03
Number of checks enclosed: 11
B 18 0 C P 18        0014522

Account Number: 0019 1867 8222

29357 001 SCM999 I12    0

DAVID W EDWARDS
BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING
444 8TH ST NW APT 213
WASHINGTON DC 20004-2154

Our free Online Banking service allows you to check account balances,
transfer funds, pay bills and more. Enroll at www.bankofamerica.com.

Customer Service Information

www.bankofamerica.com

## Your Bank of America Advantage Summary

| Account Name | Account Number | Qualifying Balance* | Type of Balance | Date | Total |
|---|---|---|---|---|---|
| **Deposit Accounts** | | | | | |
| Interest Checking | 0019 1867 8222 | 4,667.93 | Average | 09-25 | |
| Interest Checking | 0019 2114 6301 | 2,073.69 | Average | 09-25 | |
| Interest Checking | 0019 2337 4579 | 6,942.56 | Average** | 09-25 | |
| **Total Deposit Account Balance** | | | | | **$13,684.18** |
| **Credit Accounts** | | | | | |
| Personal CreditLine | 0051 2011 019764 | 8,919.25 | Principal** | 09-25 | |
| **Total Credit Account Balance** | | | | | **$8,919.25** |

Thank you for banking with us. With the balances in your accounts, there is no monthly maintenance fee for Advantage.

\* Balances in your linked accounts that are used to avoid a monthly maintenance fee are listed here. These balances reflect the average or principal balance in your account - for your actual ending account balances, please see the "Your Account at a Glance" section on your statement for each of your accounts.
\*\* Detailed information about this account is not included in this statement.

Bank of America offers several ways to avoid monthly maintenance fees with your Advantage checking account. For more details, contact your local Bank of America banking center or visit bankofamerica.com.



H

DAVID W EDWARDS
BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING

Page 2 of 5
Statement Period
08-28-03 through 09-26-03
Number of checks enclosed: 11
B 18 0 C P 18          0014523

Account Number: 0019 1867 8222

## Interest Checking
DAVID W EDWARDS          BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING

### Your Account at a Glance

| | | |
|---|---|---|
| Account Number ........................................ 0019 1867 8222 | | *Annual Percentage Yield Earned this Statement* |
| Beginning Balance on 08-28-03.................. $      3,969.72 | | *Period: 0.10%* |
| Deposits and Other Additions............+      29,440.32 | | *Interest Paid Year to Date:  $6.77* |
| Checks Posted........................................ -       3,893.24 | | |
| ATM and Debit Card Subtractions .... -       1,017.00 | | |
| Service Charges and Other Fees........ -          25.00 | | |
| Other Subtractions................................ -      25,449.79 | | |
| **Ending Balance on 09-26-03................. $      3,025.01** | | |

The monthly maintenance fee for your Interest Checking Account # 0019 1867 8222 will be waived when your average daily balance in combined checking and linked savings, Money Market Savings, CD or IRA accounts meets the balance level stated in the *Personal Schedule of Fees.*  Your combined deposit balance for the statement cycle was $13,684.18.  As an Advantage customer, you also have other options such as using loan, line of credit and mortgage balances with us, to avoid the monthly maintenance fee.  Please contact us if you would like to talk with us about your account.

Put your home equity to good use. Whether you use it for a vacation, education expenses or transferring balances on higher interest rate credit cards or loans, it's your choice. Talk to a Bank of America representative today.

Are you the parent of a college student? When your student opens a CampusEdge checking account they receive the StuffHappens card, which gives them a onetime refund of an unexpected service fee. Stop by your local Bank of America banking center or visit bankofamerica.com/studentbanking for more details.

Automatic bill payment with your Bank of America Check Card(R) is just a phone call away. It's as easy as 1-2-3. 1 - Call your service providers and tell them you want to set up automatic payments. 2 - Provide your Bank of America Check Card(R) number and choose a payment date. 3 - Track your payments on your monthly statement or online banking.

Now there's a much faster and easier way to manage your accounts and pay bills. With our free Online Banking with Bill Pay service, pay virtually all your bills from one easy-to-use screen - in minutes.  Just tell us who, how much and when you want to pay. It's free with your checking account.  Sign up today at www.bankofamerica.com.

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 08-28 | 2,914.45- | 1,055.27 | Bankofamericaky ;Des= cach       ;ID= 7011781171 Cach |
| | | | Eff Date: 030828;Indn:David W Edwards |
| 08-28 | 301.00- | 754.27 | Dist Govt Empl  08/28 #000006065 Withdrwl |
| | | | 300 Indiana Ave N   Washington      DC |
| 08-28 | 5.00- | 749.27 | Fee For Statement Copy Requested |
| 08-28 | 5.00- | 744.27 | Fee For Statement Copy Requested |
| 08-28 | 0.00 | 744.27 | Dist Govt Empl  08/28 #000006065 Withdrwl |
| | | | 300 Indiana Ave N   Washington     DC   Fee |
| 09-02 | 250.00- | 494.27 | Check       3780 |
| 09-02 | 10.00- | 484.27 | Fee For Statement Copy Requested |
| 09-03 | 100.00+ | 584.27 | Overdraft Protection From 5420761180396085 |

H

Page 3 of 5
Statement Period
08-28-03 through 09-26-03
Number of checks enclosed: 11
B 18 0 C P 18
0014524

Account Number: 0019 1867 8222



DAVID W EDWARDS
BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| | | 97.27 | Check       3782 |
| 09-03 | 487.00- | 5,097.27 | Deposit |
| 09-04 | 5,000.00+ | 6,597.27 | Online Banking Adv from Loc 9764 |
| 09-04 | 1,500.00+ | | Confirmation# 2714255572 |
| 09-04 | 500.00+ | 7,097.27 | Online Banking transfer from Chk 6301 |
| | | | Confirmation# 2672889020 |
| 09-04 | 135.35- | 6,961.92 | Vzw - Vision Eas;Des= payments  ;ID= 020110642400001 W |
| | | | Eff Date: 030904;Indn:David |
| 09-04 | 99.95- | 6,861.97 | National Small B;Des= preauthpmt;Id= nsba 8005066722 |
| | | | Eff Date: 030904;Indn:David W Edwards |
| 09-05 | 6,000.00- | 861.97 | Online Banking transfer to Chk 4579 |
| | | | Confirmation# 2810662004 |
| 09-08 | 1,500.00+ | 2,361.97 | Online Banking Adv from Loc 9764 |
| | | | Confirmation# 2971586526 |
| 09-08 | 1,000.00+ | 3,361.97 | Online Banking transfer from Chk 6301 |
| | | | Confirmation# 2972120988 |
| 09-08 | 1,000.00- | 2,361.97 | American Express;Des= elec Remit;ID= 030905061027074 |
| | | | Eff Date: 030908;Indn:David W Edwards |
| 09-08 | 1,000.00- | 1,361.97 | American Express;Des= elec Remit;ID= 030905061040857 |
| | | | Eff Date: 030908;Indn:David W Edwards |
| 09-08 | 201.00- | 1,160.97 | Dist Govt Empl  09/06 #000006631 Withdrwl |
| | | | 300 Indiana Ave N  Washington     DC |
| 09-08 | 180.00- | 980.97 | CheckCard  0904 Parking Management Inc |
| | | | 202-785-9191 DC 243889432483801400662283 |
| 09-08 | 35.00- | 945.97 | CheckCard  0906 Cynia European Day Spa |
| | | | Mclean      VA 24001753249206235929145 |
| 09-08 | 0.00 | 945.97 | Dist Govt Empl  09/06 #000006631 Withdrwl  Fee |
| | | | 300 Indiana Ave N  Washington     DC |
| 09-09 | 2,000.00+ | 2,945.97 | Deposit |
| 09-09 | 1,708.27- | 1,237.70 | American Express;Des= elec Remit;ID= 030908060068947 |
| | | | Eff Date: 030909;Indn:David W Edwards |
| 09-15 | 14,840.00+ | 16,077.70 | Deposit |
| 09-15 | 250.00- | 15,827.70 | Online Banking pymt to Bkofam Crd 6085 |
| | | | Confirmation# 3568198014 |
| 09-15 | 250.00- | 15,577.70 | Online Banking payment to Loc 9764 |
| | | | Confirmation# 3568605685 |
| 09-15 | 300.00- | 15,277.70 | BkofAmerica ATM 09/13 #000006471 Withdrwl |
| | | | Mount Vernon 2    Washington     DC |
| 09-16 | 373.00- | 14,904.70 | Chase Credit Car;Des= bill Pay  ;ID= 41144190700 |
| | | | Eff Date: 030916;Indn:Edwards David |
| 09-17 | 990.00- | 13,914.70 | Check       3785 |
| 09-17 | 307.23- | 13,607.47 | Check       3790 |
| 09-17 | 56.90- | 13,550.57 | Check       3791 |
| 09-18 | 500.00- | 13,050.57 | Check       3784 |
| 09-18 | 290.42- | 12,760.15 | Check       3792 |
| 09-18 | 239.40- | 12,520.75 | National Small B;Des= preauthpmt;Id= nsba 8005066722 |
| | | | Eff Date: 030918;Indn:David W Edwards |
| 09-18 | 147.00- | 12,373.75 | Check       3789 |
| 09-19 | 500.00- | 11,873.75 | Check       3787 |
| 09-22 | 4,000.00- | 7,873.75 | Online Banking transfer to Chk 6301 |
| | | | Confirmation# 4148630302 |
| 09-22 | 200.00- | 7,673.75 | Check       3786 |
| 09-22 | 164.69- | 7,509.06 | Check       3788 |

Handwritten annotations: "ALIMONY NOT PAID ONLY CHILD SUPPORT"



H

Page 4 of 5
Statement Period
08-28-03 through 09-26-03
Number of checks enclosed: 11
B 18  0 C P  18        0014525

Account Number: 0019 1867 8222

DAVID W EDWARDS
BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 09-24 | 79.37- | 7,429.69 | American Express;Des= elec Remit;ID= 030923060070224 Eff Date: 030924;Indn:David W Edwards |
| 09-25 | 7,400.00- | 29.69 | Online Banking transfer to Chk 4579 Confirmation# 4509891476 |
| 09-26 | 3,000.00+ | 3,029.69 | Deposit |
| 09-26 | 5.00- | 3,024.69 | Fee For Statement Copy Requested |
| 09-26 | 0.32+ | 3,025.01 | Interest Earned |

## Checks Posted in Numerical Order

| Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) |
|---|---|---|---|---|---|---|---|---|
| 3780 | 09-02 | 250.00 | 3786 | 09-22 | 200.00 | 3790 | 09-17 | 307.23 |
| 3782* | 09-03 | 487.00 | 3787 | 09-19 | 500.00 | 3791 | 09-17 | 56.90 |
| 3784* | 09-18 | 500.00 | 3788 | 09-22 | 164.69 | 3792 | 09-18 | 290.42 |
| 3785 | 09-17 | 990.00 | 3789 | 09-18 | 147.00 | | | |

$3,893.24

**Total Checks Posted**

* The asterisk shows a break in the check number order. Your check may have been in a previous statement or may still be outstanding.

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Beginning | 3,969.72 | 09-08 | 945.97 | 09-19 | 11,873.75 |
| 08-28 | 744.27 | 09-09 | 1,237.70 | 09-22 | 7,509.06 |
| 09-02 | 484.27 | 09-15 | 15,277.70 | 09-24 | 7,429.69 |
| 09-03 | 97.27 | 09-16 | 14,904.70 | 09-25 | 29.69 |
| 09-04 | 6,861.97 | 09-17 | 13,550.57 | 09-26 | 3,025.01 |
| 09-05 | 861.97 | 09-18 | 12,373.75 | | |

### Interest Checking
DAVID W EDWARDS

## Your Account at a Glance

| | |
|---|---|
| Account Number ........................................ 0019 2114 6301 | |
| Beginning Balance on 08-28-03 .............. $ 4,225.40 | |
| Deposits and Other Additions............+ 4,000.18 | |
| 2,400.00 | |
| Checks Posted...................................... - 2,400.00 | |
| Other Subtractions.............................. - 2,244.20 | |
| **Ending Balance on 09-26-03 ................. $ 3,581.38** | |

*Annual Percentage Yield Earned this Statement Period:  0.10%*
*Interest Paid Year to Date:  $1.99*



H

Page 5 of 5
Statement Period
08-28-03 through 09-26-03
Number of checks enclosed: 11
B 18 0 C P  18          0014526

Account Number: 0019 1867 8222

DAVID W EDWARDS
BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 09-03 | 1,700.00- | 2,525.40 | Check        1168 |
| 09-04 | 500.00- | 2,025.40 | Online Banking transfer to Chk 8222 Confirmation# 2672889020 |
| 09-04 | 200.00- | 1,825.40 | Check        1169 |
| 09-08 | 1,000.00- | 825.40 | Online Banking transfer to Chk 8222 Confirmation# 2972120988 |
| 09-10 | 18.20- | 807.20 | 1-800-734-4374  ;Des= ins Paymnt;ID=  R#: Ad73647700 Eff Date: 030910;Indn:Edwards, David |
| 09-15 | 250.00- | 557.20 | Online Banking pymt to Bkofam Crd 7027 Confirmation# 3567805625 |
| 09-15 | 250.00- | 307.20 | Online Banking pymt to Bkofam Crd 5563 Confirmation# 3567985512 |
| 09-16 | 226.00- | 81.20 | Bank One      ;Des= cpay      ;ID= 000000085597679 Eff Date: 030916;Indn:Edwards David W |
| 09-22 | 4,000.00+ | 4,081.20 | Online Banking transfer from Chk 8222 Confirmation# 4148630302 |
| 09-26 | 500.00- | 3,581.20 | Check        1170 |
| 09-26 | 0.18+ | 3,581.38 | Interest Earned |

## Checks Posted in Numerical Order

| Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) |
|---|---|---|---|---|---|---|---|---|
| 1168 | 09-03 | 1,700.00 | 1169 | 09-04 | 200.00 | 1170 | 09-26 | 500.00 |

**Total Checks Posted**                                                                                  **$2,400.00**

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Beginning | 4,225.40 | 09-08 | 825.40 | 09-16 | 81.20 |
| 09-03 | 2,525.40 | 09-10 | 807.20 | 09-22 | 4,081.20 |
| 09-04 | 1,825.40 | 09-15 | 307.20 | 09-26 | 3,581.38 |

It's not too late to apply for a student loan from Bank of America.  Visit www.bankofamerica.com/studentbanking.
Let us help you make your dreams come true.



Page 4 of 5
Statement Period
04-29-03 through 05-28-03
Number of checks enclosed: 16
B 18 0 C  18                    0014978

Account Number: 0019 1867 8222

H

DAVID W EDWARDS
BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 05-22 | 0.00 | 13,120.47 | Industrial Ban  05/22 #000009627 Withdrwl |
|  |  |  | 441 4Th Street N.  Washington    DC  Fee |
| 05-23 | 500.00- | 12,620.47 | Check     3744 |
| 05-27 | 2,554.68- | 10,065.79 | American Express;Des= elec Remit;ID= 030525060323955 |
|  |  |  | Eff Date: 030527;Indn:David W Edwards |
| 05-27 | 1,098.28- | 8,967.51 | American Express;Des= elec Remit;ID= 030525060317673 |
|  |  |  | Eff Date: 030527;Indn:David W Edwards |
| 05-27 | 1,000.00- | 7,967.51 | American Express;Des= elec Remit;ID= 030525060319972 |
|  |  |  | Eff Date: 030527;Indn:David W Edwards |
| 05-27 | 1,000.00- | 6,967.51 | American Express;Des= elec Remit;ID= 030525060322299 |
|  |  |  | Eff Date: 030527;Indn:David W Edwards |
| 05-28 | 2,914.45- | 4,053.06 | Bankofamericaky ;Des= cach       ;ID= 7011781171 Cach |
|  |  |  | Eff Date: 030528;Indn:David W Edwards |
| 05-28 | 302.00- | 3,751.06 | Industrial Ban  05/27 #000000180 Withdrwl |
|  |  |  | 441 4Th Street N.  Washington    DC |
| 05-28 | 2.00- | 3,749.06 | Industrial Ban  05/27 #000000180 Withdrwl |
|  |  |  | 441 4Th Street N.  Washington    DC  Fee |
| 05-28 | 1.48+ | 3,750.54 | Interest Earned |

## Checks Posted in Numerical Order

| Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) |
|---|---|---|---|---|---|---|---|---|
| 3729 | 04-30 | 644.25 | 3734 | 05-14 | 23.19 | 3740* | 05-16 | 400.00 |
| 3730 | 04-30 | 2,535.00 | 3735 | 05-16 | 500.00 | 3741 | 05-19 | 250.00 |
| 3731 | 05-09 | 6,000.00 | 3736 | 05-15 | 500.00 | 3742 | 05-19 | 487.00 |
| 3732 | 05-09 | 6,000.00 | 3737 | 05-15 | 74.28 | 3743 | 05-20 | 500.00 |
| 3733 | 05-22 | 100.00 | 3738 | 05-15 | 100.00 | 3744 | 05-23 | 500.00 |

**Total Checks Posted**                                                         **$18,613.72**

* The asterisk shows a break in the check number order. Your check may have been in a previous statement or may still be outstanding.

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Beginning | 219.62 | 05-09 | 18,641.96 | 05-20 | 13,402.07 |
| 04-30 | 2,959.63 - | 05-12 | 16,339.96 | 05-21 | 13,522.47 |
| 05-01 | 3,019.63 - | 05-13 | 14,589.96 | 05-22 | 13,120.47 |
| 05-02 | 519.63 - | 05-14 | 14,566.77 | 05-23 | 12,620.47 |
| 05-05 | 945.47 | 05-15 | 13,892.49 | 05-27 | 6,967.51 |
| 05-07 | 36,065.47 | 05-16 | 14,639.07 | 05-28 | 3,750.54 |
| 05-08 | 32,141.96 | 05-19 | 13,902.07 |  |  |



H

Page 5 of 5
Statement Period
04-29-03 through 05-28-03
Number of checks enclosed: 16
B 18 0 C 18                    0014979

Account Number: 0019 1867 8222

DAVID W EDWARDS
BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING

## Interest Checking

### Your Account at a Glance

Account Number ......................................... 0019 2114 6301
Beginning Balance on 04-29-03.................. $      269.02
   Deposits and Other Additions.............+      2,000.15
   Service Charges and Other Fees........ -          60.00
   Other Subtractions............................... -      1,018.20
Ending Balance on 05-28-03.................. $    1,190.97

*Annual Percentage Yield Earned this Statement*
*Period: 0.20%*
*Interest Paid Year to Date: $0.59*

Searching for ways to fund your child's education? Find out how a PLUS loan for parents can supplement a student's financial aid package. Visit www.bankofamerica.com/studentbanking.

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 05-09 | 500.00- | 230.98 - | Mbna America      ;Des= online Pmt;Id= bc E Aeghc H Eff Date: 030509;Indn:D   Edwards |
| 05-09 | 18.20- | 249.18 - | 1-800-734-4374  ;Des= ins Paymnt;ID=  R#: Ad73647700 Eff Date: 030509;Indn:Edwards, David |
| 05-12 | 2,000.00+ | 1,750.82 | Online Banking transfer from Chk 8222 Confirmation# 1052590428 |
| 05-12 | 30.00- | 1,720.82 | Overdraft Fee For Activity Of 05-09 Electronic Transa |
| 05-12 | 30.00- | 1,690.82 | Overdraft Fee For Activity Of 05-09 Electronic Transa |
| 05-14 | 500.00- | 1,190.82 | Credit Card      ;Des= epay      ;ID= 000000073291304 Eff Date: 030514;Indn:Edwards David W |
| 05-28 | 0.15+ | 1,190.97 | Interest Earned |

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Beginning | 269.02 | 05-12 | 1,690.82 | 05-28 | 1,190.97 |
| 05-09 | 249.18 - | 05-14 | 1,190.82 | | |



Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

H

Page 1 of 4
Statement Period
05-29-03 through 06-26-03
Number of checks enclosed: 20
B 18 0 C P 18          0012768

Account Number: 0019 1867 8222

27357 001 SCM999 I123  0

DAVID W EDWARDS
BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING
4201 CATHEDRAL AVE NW
WASHINGTON DC 20016-4901

Our free Online Banking service allows you to check account balances,
transfer funds, pay bills and more. Enroll at www.bankofamerica.com.

Customer Service Information
www.bankofamerica.com

## Your Bank of America Advantage Summary

| Account Name | Account Number | Qualifying Balance* | Type of Balance | Date | Total |
|---|---|---|---|---|---|
| **Deposit Accounts** | | | | | |
| Interest Checking | 0019 1867 8222 | 11,308.20 | Average | 06-25 | |
| Interest Checking | 0019 2114 6301 | 1,525.75 | Average | 06-25 | |
| Interest Checking | 0019 2337 4579 | 8,574.03 | Average** | 06-25 | |
| **Total Deposit Account Balance** | | | | | **$21,407.98** |
| **Credit Accounts** | | | | | |
| Personal CreditLine | 0051 2011 019764 | 7,435.88 | Principal** | 06-25 | |
| **Total Credit Account Balance** | | | | | **$7,435.88** |

Thank you for banking with us. With the balances in your accounts, there is no monthly maintenance fee for Advantage.

*  Balances in your linked accounts that are used to avoid a monthly maintenance fee are listed here. These balances reflect the average or principal balance in your account - for your actual ending account balances, please see the "Your Account at a Glance" section on your statement for each of your accounts.
** Detailed information about this account is not included in this statement.



H

Page 2 of 4
Statement Period
05-29-03 through 06-26-03
Number of checks enclosed: 20
B 18  0 C P  18          0012769

DAVID W EDWARDS
BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING

Account Number: 0019 1867 8222

Interest Checking
DAVID W EDWARDS          BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING

## Your Account at a Glance

Account Number .......................................... 0019 1867 8222
Beginning Balance on 05-29-03................... $       3,750.54
   Deposits and Other Additions.............+     46,449.54
   Checks Posted......................................... -     14,995.56
   ATM and Debit Card Subtractions .... -          804.00
   Service Charges and Other Fees........ -             0.00
   Other Subtractions............................... -     21,953.74
Ending Balance on 06-26-03................. $      12,446.78

*Annual Percentage Yield Earned this Statement
Period: 0.20%
Interest Paid Year to Date: $5.63*

The monthly maintenance fee for your Interest Checking Account # 0019 1867 8222 will be waived when your average daily balance in combined checking and linked savings, Money Market Savings, CD or IRA accounts meets the balance level stated in the *Personal Schedule of Fees.* Your combined deposit balance for the statement cycle was $21,407.98. As an Advantage customer, you also have other options such as using loan, line of credit and mortgage balances with us, to avoid the monthly maintenance fee. Please contact us if you would like to talk with us about your account.

INTRODUCING LONGER, MORE CONVENIENT BANKING HOURS. Beginning Monday, May 5, 2003, our new lobby hours are Mon to Thur 9-5, Fri 9-6 and Sat 9-12. So stop by at your convenience. We'll be there.

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 05-29 | 890.00- | 2,860.54 | Check      3739 |
| 06-03 | 6,100.60+ | 8,961.14 | Deposit |
| 06-03 | 1,632.00- | 7,329.14 | Check      3749 |
| 06-03 | 500.00- | 6,829.14 | Check      3747 |
| 06-03 | 396.50- | 6,432.64 | Check      3750 |
| 06-03 | 200.00- | 6,232.64 | Check      3751 |
| 06-04 | 200.00- | 6,032.64 | Check      3746 |
| 06-04 | 62.00- | 5,970.64 | Check      3745 |
| 06-04 | 46.38- | 5,924.26 | Vzw Vzserve    ;Des= vz Wireles;ID= 090190051442584 Eff Date: 030604;Indn:David W. Edwards     #C |
| 06-05 | 500.00+ | 6,424.26 | Online Banking transfer from Chk 6301 Confirmation# 4806471761 |
| 06-06 | 6,000.00- | 424.26 | Check      3753 |
| 06-06 | 75.00- | 349.26 | Check      3752 |
| 06-09 | 34,440.00+ | 34,789.26 | Deposit |
| 06-10 | 12,000.00- | 22,789.26 | Online Banking transfer to Chk 4579 Confirmation# 5244536913 |
| 06-10 | 2,000.00- | 20,789.26 | Online Banking transfer to Chk 6301 Confirmation# 5249301439 |
| 06-11 | 200.00- | 20,589.26 | Check      3755 |
| 06-13 | 1,000.00- | 19,589.26 | Online Banking payment to Loc 9764 Confirmation# 5517609543 |
| 06-13 | 500.00- | 19,089.26 | Online Banking pymt to Bkofam Crd 6085 Confirmation# 5517735635 |



DAVID W EDWARDS
BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING

H

Page 3 of 4
Statement Period
05-29-03 through 06-26-03
Number of checks enclosed: 20
B 18 0 C P 18          0012770

Account Number: 0019 1867 8222

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 06-13 | 500.00- | 18,589.26 | Online Banking pymt to Bkofam Crd 5563 Confirmation# 5517832116 |
| 06-13 | 500.00- | 18,089.26 | Online Banking pymt to Bkofam Crd 7027 Confirmation# 5517934257 |
| 06-16 | 1,000.00- | 17,089.26 | Check       3756 |
| 06-16 | 302.00- | 16,787.26 | Suntrust       06/15 #000009760 Withdrwl %Foxhall Square 1  Washington     DC |
| 06-16 | 83.06- | 16,704.20 | Check       3758 |
| 06-16 | 0.00 | 16,704.20 | Suntrust       06/15 #000009760 Withdrwl %Foxhall Square 1  Washington     DC   Fee |
| 06-17 | 200.00- | 16,504.20 | Check       3763 |
| 06-18 | 1,000.00- | 15,504.20 | Check       3757 |
| 06-18 | 500.00- | 15,004.20 | Check       3761 |
| 06-18 | 495.00- | 14,509.20 | Check       3760 |
| 06-19 | 775.00- | 13,734.20 | Check       3762 |
| 06-20 | 487.00- | 13,247.20 | Check       3764 |
| 06-23 | 5,407.36+ | 18,654.56 | Deposit |
| 06-23 | 5,407.36- | 13,247.20 | Online Banking transfer to Chk 4579 *TAX REFUND PER AGREEMENT* Confirmation# 6408633416 |
| 06-23 | 100.00- | 13,147.20 | Check       3748 |
| 06-24 | 502.00- | 12,645.20 | Industrial Ban  06/24 #000004231 Withdrwl 441 4Th Street N.  Washington     DC |
| 06-24 | 200.00- | 12,445.20 | Check       3765 |
| 06-24 | 0.00 | 12,445.20 | Industrial Ban  06/24 #000004231 Withdrwl 441 4Th Street N.  Washington     DC   Fee |
| 06-26 | 1.58+ | 12,446.78 | Interest Earned |

## Checks Posted in Numerical Order

| Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) |
|---|---|---|---|---|---|---|---|---|
| 3739 | 05-29 | 890.00 | 3751 | 06-03 | 200.00 | 3760• | 06-18 | 495.00 |
| 3745• | 06-04 | 62.00 | 3752 | 06-06 | 75.00 | 3761 | 06-18 | 500.00 |
| 3746 | 06-04 | 200.00 | 3753 | 06-06 | 6,000.00 | 3762 | 06-19 | 775.00 |
| 3747 | 06-03 | 500.00 | 3755• | 06-11 | 200.00 | 3763 | 06-17 | 200.00 |
| 3748 | 06-23 | 100.00 | 3756 | 06-16 | 1,000.00 | 3764 | 06-20 | 487.00 |
| 3749 | 06-03 | 1,632.00 | 3757 | 06-18 | 1,000.00 | 3765 | 06-24 | 200.00 |
| 3750 | 06-03 | 396.50 | 3758 | 06-16 | 83.06 | | | |

**Total Checks Posted**                                                                 **$14,995.56**

* The asterisk shows a break in the check number order. Your check may have been in a previous statement or may still be outstanding.

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Beginning | 3,750.54 | 06-06 | 349.26 | 06-16 | 16,704.20 |
| 05-29 | 2,860.54 | 06-09 | 34,789.26 | 06-17 | 16,504.20 |
| 06-03 | 6,232.64 | 06-10 | 20,789.26 | 06-18 | 14,509.20 |
| 06-04 | 5,924.26 | 06-11 | 20,589.26 | 06-19 | 13,734.20 |
| 06-05 | 6,424.26 | 06-13 | 18,089.26 | 06-20 | 13,247.20 |



H

Page 4 of 4
Statement Period
05-29-03 through 06-26-03
Number of checks enclosed: 20
B 18 0 C P  18        0012771

Account Number: 0019 1867 8222

DAVID W EDWARDS
BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING

## Daily Balance Summary - Continued

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 06-23 | 13,147.20 | 06-24 | 12,445.20 | 06-26 | 12,446.78 |

**Interest Checking**
DAVID W EDWARDS

### Your Account at a Glance

Account Number ......................................... 0019 2114 6301
Beginning Balance on 05-29-03................... $    1,190.97
   Deposits and Other Additions.............+    2,000.25
   ATM and Debit Card Subtractions .... -    500.00
   Other Subtractions................................ -    518.20
**Ending Balance on 06-26-03................. $    2,173.02**

*Annual Percentage Yield Earned this Statement
Period:  0.20%
Interest Paid Year to Date:  $0.84*

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|-------------|-----------|----------------------|-------------|
| 06-03 | 500.00- | 690.97 | BkofAmerica ATM 06/03 #000004098 Withdrwl<br>21St & L Street    Washington    DC |
| 06-05 | 500.00- | 190.97 | Online Banking transfer to Chk 8222<br>Confirmation# 4806471761 |
| 06-10 | 2,000.00+ | 2,190.97 | Online Banking transfer from Chk 8222<br>Confirmation# 5249301439 |
| 06-10 | 18.20- | 2,172.77 | 1-800-734-4374  ;Des= ins Paymnt;ID=  R#: Ad73647700<br>Eff Date: 030610;Indn:Edwards, David |
| 06-26 | 0.25+ | 2,173.02 | Interest Earned |

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| Beginning 06-03 | 1,190.97 690.97 | 06-05 06-10 | 190.97 2,172.77 | 06-26 | 2,173.02 |

Did you know that as a valued Advantage checking customer you can receive fee-free overdraft protection transfers?
For more information please visit bankofamerica.com or call 1.800.900.9000.



H

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 5
Statement Period
06-27-03 through 07-29-03
Number of checks enclosed: 12
B 18 0 C P  18          0014295

Account Number: 0019 1867 8222

30357 001 SCM999 I1234 0

DAVID W EDWARDS
BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING
4201 CATHEDRAL AVE NW
WASHINGTON DC 20016-4901

Our free Online Banking service allows you to check account balances,
transfer funds, pay bills and more. Enroll at www.bankofamerica.com.

Customer Service Information
www.bankofamerica.com

## Your Bank of America Advantage Summary

| Account<br>Name | Account<br>Number | Qualifying<br>Balance* | Type of<br>Balance | Date | Total |
|---|---|---|---|---|---|
| **Deposit Accounts** | | | | | |
| Interest Checking | 0019 1867 8222 | 7,362.98 | Average | 07-28 | |
| Interest Checking | 0019 2114 6301 | 4,307.99 | Average | 07-28 | |
| Interest Checking | 0019 2337 4579 | 11,452.62 | Average** | 07-28 | |
| Total Deposit Account Balance | | | | | $23,123.59 |
| **Credit Accounts** | | | | | |
| Personal CreditLine | 0051 2011 019764 | 6,520.80 | Principal** | 07-28 | |
| Total Credit Account Balance | | | | | $6,520.80 |

Thank you for banking with us. With the balances in your accounts, there is no monthly maintenance fee for
Advantage.

\* Balances in your linked accounts that are used to avoid a monthly maintenance fee are listed here. These balances reflect the average or principal balance in your
account - for your actual ending account balances, please see the "Your Account at a Glance" section on your statement for each of your accounts.
\*\* Detailed information about this account is not included in this statement.

Did you know that as a valued Advantage checking customer you receive free transfers for overdraft protection from your choice of savings account or line of credit?
Sign up today at www.bankofamerica.com or stop by your nearest banking center.



H

DAVID W EDWARDS
BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING

Account Number: 0019 1867 8222

## Interest Checking
### DAVID W EDWARDS          BRENDA MOORE EDWARDS
### DBA EDWARDS CONSULTING

### Your Account at a Glance

| | | |
|---|---|---|
| Account Number ........................................ | 0019 1867 8222 | |
| Beginning Balance on 06-27-03.................. $ | 12,446.78 | |
| Deposits and Other Additions............+ | 30,200.50 | |
| Checks Posted...................................... - | 4,513.01 | |
| ATM and Debit Card Subtractions.... - | 1,402.00 | |
| Service Charges and Other Fees........ - | 4.00 | |
| Other Subtractions................................ - | 35,953.28 | |
| Ending Balance on 07-29-03.................. $ | 774.99 | |

*Annual Percentage Yield Earned this Statement
Period: 0.10%
Interest Paid Year to Date: $6.13*

The monthly maintenance fee for your Interest Checking Account # 0019 1867 8222 will be waived when your average daily balance in combined checking and linked savings, Money Market Savings, CD or IRA accounts meets the balance level stated in the *Personal Schedule of Fees*. Your combined deposit balance for the statement cycle was $23,123.59. As an Advantage customer, you also have other options such as using loan, line of credit and mortgage balances with us, to avoid the monthly maintenance fee. Please contact us if you would like to talk with us about your account.

ow, Online Banking lets you monitor your money in real time and view up-to-the-minute account activity. You can ack transactions throughout the day - from ATM deposits and withdrawals, to Check Card purchases, direct deposits, ,oan payments and more. Access Online Banking at www.bankofamerica.com.

Sign up for direct deposit and get faster access to your pay or any regularly recurring deposit. If you haven't yet discovered direct deposit, you're missing out on one of the most convenient ways to have access to your money. There is no sign-up fee and no monthly charge. For more details, visit www.bankofamerica.com/directdeposit.

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 06-30 | 2,914.45- | 9,532.33 | Bankofamericaky ;Des= cach      ;ID= 7011781171 Cach<br>Eff Date: 030630;Indn:David W Edwards |
| 06-30 | 1,870.00- | 7,662.33 | Check      3766 |
| 07-01 | 1,824.38- | 5,837.95 | American Express;Des= elec Remit;ID= 030630060071244<br>Eff Date: 030701;Indn:David W Edwards |
| 07-01 | 1,000.00- | 4,837.95 | American Express;Des= elec Remit;ID= 030630061056734<br>Eff Date: 030701;Indn:David W Edwards |
| 07-01 | 1,000.00- | 3,837.95 | American Express;Des= elec Remit;ID= 030630061061389<br>Eff Date: 030701;Indn:David W Edwards |
| 07-02 | 500.00- | 3,337.95 | Mbna America    ;Des= online Pmt;Id= bc E Aeghc H<br>Eff Date: 030702;Indn:Edwards,David |
| 07-02 | 301.00- | 3,036.95 | Dist Govt Empl  07/02 #000002390 Withdrwl<br>300 Indiana Ave N  Washington    DC |
| 07-02 | 55.00- | 2,981.95 | Check      3768 |
| 07-02 | 0.00 | 2,981.95 | Dist Govt Empl  07/02 #000002390 Withdrwl<br>300 Indiana Ave N  Washington    DC  Fee |
| 07-07 | 2,800.00- | 181.95 | American Express;Des= elec Remit;ID= 030703060589854<br>Eff Date: 030707;Indn:David W Edwards |



H

Page 3 of 5
Statement Period
06-27-03 through 07-29-03
Number of checks enclosed: 12
B 18 0 C P  18        0014297

Account Number: 0019 1867 8222

DAVID W EDWARDS
BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 07-08 | 500.00+ | 681.95 | Online Banking transfer from Chk 6301<br>Confirmation# 7656637288 |
| 07-08 | 200.00- | 481.95 | Check      3769 |
| 07-09 | 25,900.00+ | 26,381.95 | Deposit |
| 07-11 | 2,000.00- | 24,381.95 | Online Banking transfer to Chk 6301<br>Confirmation# 7959916619 |
| 07-11 | 301.00- | 24,080.95 | Dist Govt Empl 07/11 #000002993 Withdrwl<br>300 Indiana Ave N  Washington    DC |
| 07-11 | 296.00- | 23,784.95 | CheckCard  0709 Parking Management Inc<br>202-785-9191 DC 24388943191380124019967 |
| 07-11 | 0.00 | 23,784.95 | Dist Govt Empl 07/11 #000002993 Withdrwl<br>300 Indiana Ave N  Washington    DC   Fee |
| 07-14 | 6,000.00- | 17,784.95 | Online Banking transfer to Chk 4579<br>Confirmation# 8190636319 |
| 07-14 | 1,000.00- | 16,784.95 | Online Banking payment to Loc 9764<br>Confirmation# 8112203029 |
| 07-14 | 500.00- | 16,284.95 | Online Banking pymt to Bkofam Crd 5563<br>Confirmation# 8111962459 |
| 07-14 | 500.00- | 15,784.95 | Online Banking pymt to Bkofam Crd 7027<br>Confirmation# 8112042701 |
| 07-14 | 500.00- | 15,284.95 | Online Banking pymt to Bkofam Crd 6085<br>Confirmation# 8112124095 |
| 7-15 | 500.00- | 14,784.95 | Chase Credit Car;Des= bill Pay  ;ID=      41144190700<br>Eff Date: 030715;Indn:Edwards David |
| 07-15 | 200.00- | 14,584.95 | Check      3774 |
| 07-15 | 175.00- | 14,409.95 | Check      3770 |
| 07-16 | 300.00+ | 14,709.95 | Online Banking transfer from Chk 4579<br>Confirmation# 8356268599 |
| 07-16 | 6,000.00- | 8,709.95 | Online Banking transfer to Chk 4579<br>Confirmation# 8356168810 |
| 07-16 | 6,000.00- | 2,709.95 | Online Banking transfer to Chk 6301<br>Confirmation# 8392891173 |
| 07-16 | 660.00- | 2,049.95 | Check      3773 |
| 07-17 | 500.00- | 1,549.95 | Check      3771 |
| 07-17 | 302.00- | 1,247.95 | Chevy Chase Fe  07/16 #000000103 Withdrwl<br>Market Square 1    Washington    DC |
| 07-17 | 19.09- | 1,228.86 | Check      3767 |
| 07-17 | 2.00- | 1,226.86 | Chevy Chase Fe  07/16 #000000103 Withdrwl<br>Market Square 1    Washington    DC   Fee |
| 07-21 | 36.00- | 1,190.86 | Check      3772 |
| 07-23 | 200.00- | 990.86 | Check      3777 |
| 07-24 | 487.00- | 503.86 | Check      3775 |
| 07-24 | 202.00- | 301.86 | Chevy Chase Fe  07/24 #000000125 Withdrwl<br>Market Square 1    Washington    DC |
| 07-24 | 2.00- | 299.86 | Chevy Chase Fe  07/24 #000000125 Withdrwl<br>Market Square 1    Washington    DC   Fee |
| 07-28 | 3,500.00+ | 3,799.86 | Online Banking transfer from Chk 6301<br>Confirmation# 9231888483 |
| 07-28 | 2,914.45- | 885.41 | Bankofamericaky ;Des= cach       ;ID= 7011781171 Cach<br>Eff Date: 030728;Indn:David W Edwards |
| 07-28 | 110.92- | 774.49 | Check      3778 |
| 07-29 | 0.50+ | 774.99 | Interest Earned |



H

Page 4 of 5
Statement Period
06-27-03 through 07-29-03
Number of checks enclosed: 12
B 18 0 C P  18          0014298

DAVID W EDWARDS
BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING

Account Number: 0019 1867 8222

## Checks Posted in Numerical Order

| Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) |
|---|---|---|---|---|---|---|---|---|
| 3766 | 06-30 | 1,870.00 | 3770 | 07-15 | 175.00 | 3774 | 07-15 | 200.00 |
| 3767 | 07-17 | 19.09 | 3771 | 07-17 | 500.00 | 3775 | 07-24 | 487.00 |
| 3768 | 07-02 | 55.00 | 3772 | 07-21 | 36.00 | 3777* | 07-23 | 200.00 |
| 3769 | 07-08 | 200.00 | 3773 | 07-16 | 660.00 | 3778 | 07-28 | 110.92 |

**Total Checks Posted**                                                                      **$4,513.01**

\* The asterisk shows a break in the check number order. Your check may have been in a previous statement or may still be outstanding.

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Beginning | 12,446.78 | 07-09 | 26,381.95 | 07-21 | 1,190.86 |
| 06-30 | 7,662.33 | 07-11 | 23,784.95 | 07-23 | 990.86 |
| 07-01 | 3,837.95 | 07-14 | 15,284.95 | 07-24 | 299.86 |
| 07-02 | 2,981.95 | 07-15 | 14,409.95 | 07-28 | 774.49 |
| 07-07 | 181.95 | 07-16 | 2,049.95 | 07-29 | 774.99 |
| 07-08 | 481.95 | 07-17 | 1,226.86 | | |

### Interest Checking
DAVID W EDWARDS

## Your Account at a Glance

Account Number ......................................... 0019 2114 6301
Beginning Balance on 06-27-03 ................... $    2,173.02
  Deposits and Other Additions ............ +      8,000.39
  Checks Posted ............................... -      1,700.00
  Other Subtractions ............................. -      5,018.20
**Ending Balance on 07-29-03 ................. $    3,455.21**

*Annual Percentage Yield Earned this Statement
Period: 0.10%
Interest Paid Year to Date:  $1.23*

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 07-01 | 500.00- | 1,673.02 | Credit Card    ;Des= epay    ;ID= 000000077892647 |
| | | | Eff Date: 030701;Indn:Edwards David W |
| 07-02 | 500.00- | 1,173.02 | Mbna America    ;Des= online Pmt;Id= bc E Aeghc H |
| | | | Eff Date: 030702;Indn:Edwards,David |
| 07-08 | 500.00- | 673.02 | Online Banking transfer to Chk 8222 |
| | | | Confirmation# 7656637288 |
| 07-10 | 18.20- | 654.82 | 1-800-734-4374  ;Des= ins Paymnt;ID=  R#: Ad73647700 |
| | | | Eff Date: 030710;Indn:Edwards, David |
| 07-11 | 2,000.00+ | 2,654.82 | Online Banking transfer from Chk 8222 |
| | | | Confirmation# 7959916619 |
| 07-16 | 6,000.00+ | 8,654.82 | Online Banking transfer from Chk 8222 |
| | | | Confirmation# 8392891173 |



Page 4 of 5
Statement Period
12-28-02 through 01-29-03
Number of checks enclosed: 3
B 18 0 C 18
0014848

Account Number: 0019 2114 6301

H

DAVID W EDWARDS

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 01-07 | 175.28- | 1,210.88 | Check        3681 |
| 01-08 | 101.50- | 1,109.38 | Industrial Ban  01/08 #000002457 Withdrwl |
|  |  |  | 441 4Th Street N.  Washington      DC |
| 01-08 | 0.00 | 1,109.38 | Industrial Ban  01/08 #000002457 Withdrwl |
|  |  |  | 441 4Th Street N.  Washington      DC    Fee |
| 01-14 | 32,900.00+ | 34,009.38 | Counter Credit |
| 01-14 | 202.00- | 33,807.38 | Suntrust        01/13 #000009764 Withdrwl |
|  |  |  | %Foxhall Sq 1        Washington      DC |
| 01-14 | 0.00 | 33,807.38 | Suntrust        01/13 #000009764 Withdrwl |
|  |  |  | %Foxhall Sq 1        Washington      DC    Fee |
| 01-15 | 2,000.00- | 31,807.38 | Online Banking transfer to Chk 6301 |
|  |  |  | Confirmation# 1042659744 |
| 01-15 | 12,000.00- | 19,807.38 | Check        3685 |
| 01-17 | 11,914.04- | 7,893.34 | American Express;Des= elec Remit;ID= 030116050573771 |
|  |  |  | Eff Date: 030117;Indn:David W Edwards |
| 01-21 | 250.00- | 7,643.34 | Online Banking pymt to Bkofam Crd 7027 |
|  |  |  | Confirmation# 1042931829 |
| 01-21 | 250.00- | 7,393.34 | Online Banking payment to Loc 9764 |
|  |  |  | Confirmation# 1042931108 |
| 01-21 | 100.00- | 7,293.34 | Online Banking pymt to Bkofam Crd 6085 |
|  |  |  | Confirmation# 1042931622 |
| 01-21 | 250.00- | 7,043.34 | Allfirst Bank   Bill Payment |
| 01-22 | 3,849.88- | 3,193.46 | American Express;Des= elec Remit;ID= 030121050962791 |
|  |  |  | Eff Date: 030122;Indn:David W Edwards |
| 01-22 | 500.00- | 2,693.46 | Credit Card     ;Des= bill Pay  ;Id= tbm10630248 |
|  |  |  | Eff Date: 030122;Indn:David Edwards |
| 01-22 | 302.00- | 2,391.46 | Suntrust        01/22 #000000798 Withdrwl |
|  |  |  | %Foxhall Sq 1        Washington      DC |
| 01-22 | 104.77- | 2,286.69 | Check        3688 |
| 01-22 | 2.00- | 2,284.69 | Suntrust        01/22 #000000798 Withdrwl |
|  |  |  | %Foxhall Sq 1        Washington      DC    Fee |
| 01-23 | 237.00- | 2,047.69 | Check        3687 |
| 01-24 | 5,300.00+ | 7,347.69 | Deposit |
| 01-24 | 1,000.00- | 6,347.69 | Online Banking transfer to Chk 6301 |
|  |  |  | Confirmation# 1043424820 |
| 01-24 | 3,182.72- | 3,164.97 | Check        3689 |
| 01-27 | 800.00+ | 3,964.97 | Online Banking Adv from Loc 9764 |
|  |  |  | Confirmation# 1043576320 |
| 01-28 | 2,914.45- | 1,050.52 | Bankofamericaky ;Des= cach      ;ID= 7011781171 Cach |
|  |  |  | Eff Date: 030128;Indn:David W Edwards |
| 01-29 | 0.49+ | 1,051.01 | Interest Earned |

## Checks Posted In Numerical Order

| Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) |
|---|---|---|---|---|---|---|---|---|
| 3680 | 01-03 | 200.00 | 3683 | 01-07 | 200.00 | 3688 | 01-22 | 104.77 |
| 3681 | 01-07 | 175.28 | 3685* | 01-15 | 12,000.00 | 3689 | 01-24 | 3,182.72 |
| 3682 | 01-03 | 1,475.00 | 3687* | 01-23 | 237.00 |  |  |  |

**Total Checks Posted**                                                                                            **$17,574.77**

* The asterisk shows a break in the check number order. Your check may have been in a previous statement or may still be outstanding.



H

Page 5 of 5
Statement Period
12-28-02 through 01-29-03
Number of checks enclosed: 3
B 18 0 C 18                    0014849

Account Number: 0019 2114 6301

DAVID W EDWARDS

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| Beginning | 678.36 | 01-07 | 1,210.88 | 01-22 | 2,284.69 |
| 12-30 | 88.56 | 01-08 | 1,109.38 | 01-23 | 2,047.69 |
| 12-31 | 2,564.24 | 01-14 | 33,807.38 | 01-24 | 3,164.97 |
| 01-02 | 2,484.16 | 01-15 | 19,807.38 | 01-27 | 3,964.97 |
| 01-03 | 609.16 | 01-17 | 7,893.34 | 01-28 | 1,050.52 |
| 01-06 | 2,609.16 | 01-21 | 7,043.34 | 01-29 | 1,051.01 |

We can help you pay for college and save money while doing it. Download the free Tax Benefits of Higher Education guide in our online library, at www.bankofamerica.com/studentbanking.



H

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 6
Statement Period
01-30-03 through 02-26-03
Number of checks enclosed: 2
B 18 0 C 18          0016624

Account Number: 0019 2114 6301

27357 001 SCM999 I123  0

DAVID W EDWARDS
4201 CATHEDRAL AVE NW
WASHINGTON DC 20016-4901

Our free Online Banking service allows you to check account balances,
transfer funds, pay bills and more.  Enroll at www.bankofamerica.com.

Customer Service Information
www.bankofamerica.com

## Your Bank of America Advantage Summary

| Account Name | Account Number | Qualifying Balance* | Type of Balance | Date | Total |
|---|---|---|---|---|---|
| **Deposit Accounts** | | | | | |
| Interest Checking | 0019 2114 6301 | 780.08 | Average | 02-25 | |
| Interest Checking | 0019 1867 8222 | 5,173.13 | Average | 02-25 | |
| **Total Deposit Account Balance** | | | | | $5,953.21 |
| **Credit Accounts** | | | | | |
| Personal CreditLine | 0051 2011 019764 | 8,554.35 | Principal** | 02-25 | |
| **Total Credit Account Balance** | | | | | $8,554.35 |

Thank you for banking with us.  With the balances in your accounts, there is no monthly maintenance fee for
Advantage.

*  Balances in your linked accounts that are used to avoid a monthly maintenance fee are listed here.  These balances reflect the average or principal balance in your
   account - for your actual ending account balances, please see the "Your Account at a Glance" section on your statement for each of your accounts.
** Detailed information about this account is not included in this statement.



H

Page 2 of 6
Statement Period
01-30-03 through 02-26-03
Number of checks enclosed: 2
B 18 0 C 18                    0016625

DAVID W EDWARDS

Account Number: 0019 2114 6301

## Interest Checking

### Your Account at a Glance

| | | |
|---|---|---|
| Account Number ......................................... 0019 2114 6301 | | *Annual Percentage Yield Earned this Statement* |
| Beginning Balance on 01-30-03 ................. $ | 875.33 | *Period: 0.19%* |
| Deposits and Other Additions ............. + | 3,500.12 | *Interest Paid Year to Date: $0.27* |
| Checks Posted ....................................... - | 208.96 | |
| Other Subtractions ............................... - | 3,380.91 | |
| Ending Balance on 02-26-03 ................. $ | 785.58 | |

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 02-03 | 500.00- | 375.33 | Online Banking transfer to Chk 8222 Confirmation# 1044118504 |
| 02-05 | 1,000.00+ | 1,375.33 | Deposit |
| 02-10 | 300.00- | 1,075.33 | Return Item Chargeback |
| 02-11 | 1,050.00- | 25.33 | Customer Withdrawal 02/11/03 MT Vernon                18011 DC |
| 02-11 | 18.20- | 7.13 | 1-800-734-4374  ;Des= ins Paymnt;ID= R#: Ad73647700 Eff Date: 030211;Indn:Edwards, David |
| 02-12 | 1,000.00+ | 1,007.13 | Online Banking transfer from Chk 8222 Confirmation# 1045046879 |
| 02-13 | 500.00- | 507.13 | First USA Bank ;Des= epay          ;ID= 000000065089650 Eff Date: 030213;Indn:Edwards David W |
| 02-18 | 500.00+ | 1,007.13 | Online Banking transfer from Chk 8222 Confirmation# 1045523351 |
| 02-19 | 400.00- | 607.13 | Citi-Click 2 Pay;Des= payment   ;Id= I@tr95%+ %NC1Ctp Eff Date: 030219;Indn:David Edwards |
| 02-19 | 77.71- | 529.42 | Verizon          ;Des= payment   ;ID= 1332 Eff Date: 030219;Indn:000073319453 |
| 02-24 | 500.00+ | 1,029.42 | Online Banking transfer from Chk 8222 Confirmation# 1046117253 |
| 02-25 | 500.00+ | 1,529.42 | Online Banking transfer from Chk 8222 Confirmation# 1046193559 |
| 02-26 | 535.00- | 994.42 | Mbna America   ;Des= online Pmt;Id= bc E Aeghc H Eff Date: 030226;Indn:D  Edwards |
| 02-26 | 188.00- | 806.42 | Check     1150 |
| 02-26 | 20.96- | 785.46 | Check     1151 |
| 02-26 | 0.12+ | 785.58 | Interest Earned |

## Checks Posted in Numerical Order

| Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) |
|---|---|---|---|---|---|
| 1150 | 02-26 | 188.00 | 1151 | 02-26 | 20.96 |

**Total Checks Posted**                                                                                            **$208.96**



H

Page 3 of 6
Statement Period
01-30-03 through 02-26-03
Number of checks enclosed: 2
B 18 0 C 18                    0016626

Account Number: 0019 2114 6301

DAVID W EDWARDS

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| Beginning | 875.33 | 02-11 | 7.13 | 02-19 | 529.42 |
| 02-03 | 375.33 | 02-12 | 1,007.13 | 02-24 | 1,029.42 |
| 02-05 | 1,375.33 | 02-13 | 507.13 | 02-25 | 1,529.42 |
| 02-10 | 1,075.33 | 02-18 | 1,007.13 | 02-26 | 785.58 |

Interest Checking
DAVID W EDWARDS                    BELINDA NEVAR EDWARDS
DBA EDWARDS PERSONNEL

### Your Account at a Glance

| | |
|---|---|
| Account Number .......................................... 0019 1867 8222 | |
| Beginning Balance on 01-30-03 ................... $ | 1,051.01 |
| Deposits and Other Additions ............. + | 35,708.71 |
| Checks Posted ........................................ - | 21,325.11 |
| ATM and Debit Card Subtractions .... - | 546.00 |
| Service Charges and Other Fees ........ - | 4.00 |
| Other Subtractions ............................... - | 6,354.45 |
| **Ending Balance on 02-26-03 ................. $** | **8,530.16** |

*Annual Percentage Yield Earned this Statement*
*Period: 0.20%*
*Interest Paid Year to Date: $1.14*

.he monthly maintenance fee for your Interest Checking Account # 0019 1867 8222 will be waived when your average daily balance in combined checking and linked savings, Money Market Savings, CD or IRA accounts meets the balance level stated in the *Personal Schedule of Fees.* Your combined deposit balance for the statement cycle was $5,953.21. As an Advantage customer, you also have other options such as using loan, line of credit and mortgage balances with us, to avoid the monthly maintenance fee. Please contact us if you would like to talk with us about your account.



H

Page 4 of 6
Statement Period
01-30-03 through 02-26-03
Number of checks enclosed: 2
B 18 0 C 18                    0016627

DAVID W EDWARDS

Account Number: 0019 2114 6301

---

The enclosed Access Identifier Agreement and Disclosure contains important information about new Access ID features that will be available when you begin calling our new toll-free phone number for Customer Service in April. These features include modifications to your current funds transfer process. Please review the disclosure carefully.

We'll provide our new toll-free Customer Service number on your April statement. At that time, our new voice guided service will provide a faster response to your needs and require fewer steps to complete transactions. It will also allow you to access all of your Bank of America accounts with the added convenience of being able to speak your selections

Bank of America has streamlined the mortgage process eliminating 80% of the paperwork you're required to provide. It's home buying made easy. Visit www.bankofamerica.com/loans or contact us today to get started. Not all applicants will qualify for reduced paperwork benefits.

Tax season is upon us. Looking for an easy way to do your taxes this year, and save money, too? Bank of America offers you 30% off Turbo Tax(R) for the Web(SM) service when you visit www.bankofamerica.com/turbotax. Prepare and file your Turbo Tax returns online quickly, conveniently and accurately. Plus get your refund fast with e-file, at no extra charge.

Let your Bank of America Check Card pay your monthly bills automatically for you. Simply visit www.bankofamerica.com/easypayment for our directory of participating retailers. Use your Check Card to set up payment with any of them. Taking a few moments today will save you time for months to come.

Reordering checks through Online Banking just got easier. Now with just a few clicks you can place an exact reorder of checks or choose from the following options: change customer information, add personalization, and order accessories, like address labels and self-inking stamps. Visit Online Banking at www.bankofamerica.com today.

---

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 01-31 | 41.00- | 1,010.01 | Dist Govt Empl  01/31 #000001658 Withdrwl<br>300 Indiana Ave N  Washington    DC |
| 01-31 | 0.00 | 1,010.01 | Dist Govt Empl  01/31 #000001658 Withdrwl<br>300 Indiana Ave N  Washington    DC  Fee |
| 02-03 | 500.00+ | 1,510.01 | Online Banking transfer from Chk 6301<br>Confirmation# 1044118504 |
| 02-03 | 1,028.00- | 482.01 | American Express;Des= elec Remit;ID= 030201050359965<br>Eff Date: 030203;Indn:David W Edwards |
| 02-03 | 41.33- | 440.68 | Vzw Vzserve      ;Des= vz Wireles;ID= 090190043409950<br>Eff Date: 030203;Indn:David W. Edwards    #C |
| 02-07 | 102.00- | 338.68 | Chevy Chase Fe  02/07 #000000151 Withdrwl<br>Giant Store 028    Chevy Chase  MD |
| 02-07 | 0.00 | 338.68 | Chevy Chase Fe  02/07 #000000151 Withdrwl<br>Giant Store 028    Chevy Chase  MD  Fee |
| 02-10 | 500.00+ | 838.68 | Mbna America     ;Des= direct Dep;ID= 200010020711194<br>Eff Date: 030210;Indn:David W Edwards |
| 02-11 | 29,400.00+ | 30,238.68 | Deposit |
| 02-11 | 1,050.00+ | 31,288.68 | Counter Credit |
| 02-11 | 10.00+ | 31,298.68 | Counter Credit |
| 02-11 | 1,898.00- | 29,400.68 | Check      3692 |
| 02-12 | 1,000.00- | 28,400.68 | Online Banking transfer to Chk 6301<br>Confirmation# 1045046879 |
| 02-12 | 1,000.00- | 27,400.68 | Online Banking payment to Loc 9764<br>Confirmation# 1045061162 |
| 02-12 | 250.00- | 27,150.68 | Online Banking pymt to Bkofam Crd 6085<br>Confirmation# 1045061284 |



Statement Period
01-30-03 through 02-26-03
Number of checks enclosed: 2
B 18 0 C 18                     0016628

DAVID W EDWARDS

H

Account Number: 0019 2114 6301

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 02-12 | 250.00- | 26,900.68 | Online Banking pymt to Bkofam Crd 5563 Confirmation# 1045061363 |
| 02-12 | 250.00- | 26,650.68 | Online Banking pymt to Bkofam Crd 7027 Confirmation# 1045061456 |
| 02-12 | 6,000.00- | 20,650.68 | Check      3686 |
| 02-12 | 6,000.00- | 14,650.68 | Check      3690 |
| 02-12 | 6,000.00- | 8,650.68 | Check      3691 |
| 02-14 | 302.00- | 8,348.68 | Chevy Chase Fe  02/14 #000000065 Withdrwl Giant Store #94     Washington     DC |
| 02-14 | 2.00- | 8,346.68 | Chevy Chase Fe  02/14 #000000065 Withdrwl Giant Store #94     Washington     DC  Fee |
| 02-18 | 500.00- | 7,846.68 | Online Banking transfer to Chk 6301 Confirmation# 1045523351 |
| 02-18 | 250.00- | 7,596.68 | Online Banking pymt to Bkofam Crd 5563 Confirmation# 1045440671 |
| 02-18 | 23.12- | 7,573.56 | Verizon Wireless;Des= e-Bill    ;ID= 2637374 Eff Date: 030218;Indn:David W. Edwards |
| 02-19 | 500.00- | 7,073.56 | Credit Card      ;Des= payment   ;Id= tbm11698256 Eff Date: 030219;Indn:Current Pmt Info:4114419070007395 |
| 02-19 | 12.00- | 7,061.56 | Credit Card      ;Des= fee       ;Id= tbm11698257 Eff Date: 030219;Indn:Current Pmt Info:4114419070007395 |
| J2-24 | 500.00- | 6,561.56 | Online Banking transfer to Chk 6301 Confirmation# 1046117253 |
| 02-24 | 250.00- | 6,311.56 | Allfirst Bank    Bill Payment |
| 02-24 | 487.00- | 5,824.56 | Check      3693 |
| 02-24 | 116.49- | 5,708.07 | Check      3694 |
| 02-24 | 73.62- | 5,634.45 | Check      3695 |
| 02-25 | 4,248.06+ | 9,882.51 | Deposit |
| 02-25 | 500.00- | 9,382.51 | Online Banking transfer to Chk 6301 Confirmation# 1046193559 |
| 02-25 | 500.00- | 8,882.51 | Check      3697 |
| 02-25 | 250.00- | 8,632.51 | Check      3696 |
| 02-26 | 101.00- | 8,531.51 | Dist Govt Empl  02/26 #000003246 Withdrwl 300 Indiana Ave N  Washington     DC |
| 02-26 | 2.00- | 8,529.51 | Dist Govt Empl  02/26 #000003246 Withdrwl 300 Indiana Ave N  Washington     DC  Fee |
| 02-26 | 0.65+ | 8,530.16 | Interest Earned |

## Checks Posted in Numerical Order

| Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) |
|---|---|---|---|---|---|---|---|---|
| 3686 | 02-12 | 6,000.00 | 3692 | 02-11 | 1,898.00 | 3695 | 02-24 | 73.62 |
| 3690* | 02-12 | 6,000.00 | 3693 | 02-24 | 487.00 | 3696 | 02-25 | 250.00 |
| 3691 | 02-12 | 6,000.00 | 3694 | 02-24 | 116.49 | 3697 | 02-25 | 500.00 |

**Total Checks Posted**                                                                    **$21,325.11**

* The asterisk shows a break in the check number order. Your check may have been in a previous statement or may still be outstanding.



H

Page 6 of 6
Statement Period
01-30-03 through 02-26-03
Number of checks enclosed: 2
B 18 0 C 18                    0016629

Account Number: 0019 2114 6301

DAVID W EDWARDS

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| Beginning | 1,051.01 | 02-11 | 29,400.68 | 02-24 | 5,634.45 |
| 01-31 | 1,010.01 | 02-12 | 8,650.68 | 02-25 | 8,632.51 |
| 02-03 | 440.68 | 02-14 | 8,346.68 | 02-26 | 8,530.16 |
| 02-07 | 338.68 | 02-18 | 7,573.56 | | |
| 02-10 | 838.68 | 02-19 | 7,061.56 | | |

Bank of America Check Card customers can take advantage of the following benefits provided by Visa: Purchase Security - 90 day theft or damage protection on most card purchases.

Warranty Manager - Doubles the manufacturers written U.S. warranty up to one year on warranties of 3 years or less. Register your purchases by phone or online. Certain restrictions and conditions apply. For complete benefit information, go to www.visa.com/benefits or call 1.800.595.9928.



H

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 4
Statement Period
03-28-03 through 04-28-03
Number of checks enclosed: 0
B 18 0 A 18          0002592

Account Number: 0019 1867 8222

29357 001 SCM999 I1  4  0

DAVID W EDWARDS
BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING
4201 CATHEDRAL AVE NW
WASHINGTON DC 20016-4901

Our free Online Banking service allows you to check account balances,
transfer funds, pay bills and more. Enroll at www.bankofamerica.com.

Customer Service Information
www.bankofamerica.com

Or you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Bank of America Advantage Summary

| Account Name | Account Number | Qualifying Balance* | Type of Balance | Date | Total |
|---|---|---|---|---|---|
| **Deposit Accounts** | | | | | |
| Interest Checking | 0019 1867 8222 | 5,925.43 | Average | 04-27 | |
| Interest Checking | 0019 2114 6301 | 465.08 | Average*** | 04-27 | |
| **Total Deposit Account Balance** | | | | | **$6,390.51** |
| **Credit Accounts** | | | | | |
| Personal CreditLine | 0051 2011 019764 | 8,743.30 | Principal** | 04-27 | |
| **Total Credit Account Balance** | | | | | **$8,743.30** |

Thank you for banking with us.  With the balances in your accounts, there is no monthly maintenance fee for
Advantage.

\* Balances in your linked accounts that are used to avoid a monthly maintenance fee are listed here.  These balances reflect the average or principal balance in your
account - for your actual ending account balances, please see the "Your Account at a Glance" section on your statement for each of your accounts.
\*\* Detailed information about this account is not included in this statement.
\*\*\* This account is being added to your combined statement.  You will receive one final individual statement and then begin receiving your detailed account information
in this combined statement.

Now you can visit: bankofamerica.com/cdladdering and discover how you can increase earnings potential and liquidity with CD Laddering.



H

DAVID W EDWARDS
BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING

Account Number: 0019 1867 8222

## Interest Checking
### DAVID W EDWARDS          BRENDA MOORE EDWARDS
### DBA EDWARDS CONSULTING

### Your Account at a Glance

| | | |
|---|---|---|
| Account Number .......................................... 0019 1867 8222 | | |
| Beginning Balance on 03-28-03.................. $ | 3,794.73 | *Annual Percentage Yield Earned this Statement* |
| Deposits and Other Additions............+ | 40,100.79 | *Period: 0.20%* |
| Checks Posted....................................... - | 19,509.60 | *Interest Paid Year to Date: $2.57* |
| ATM and Debit Card Subtractions.... - | 1,466.70 | |
| Service Charges and Other Fees........ - | 4.00 | |
| Other Subtractions................................ - | 22,695.60 | |
| **Ending Balance on 04-28-03.................. $** | **219.62** | |

The monthly maintenance fee for your Interest Checking Account # 0019 1867 8222 will be waived when your average daily balance in combined checking and linked savings, Money Market Savings, CD or IRA accounts meets the balance level stated in the *Personal Schedule of Fees*. Your combined deposit balance for the statement cycle was $6,390.51. As an Advantage customer, you also have other options such as using loan, line of credit and mortgage balances with us, to avoid the monthly maintenance fee. Please contact us if you would like to talk with us about your account.

Right now, you can save 15% on your Mother's Day purchases at 1-800-FLOWERS.COM when you pay with your Bank f America Check Card(R). Just enter VBV to redeem your special offer. And remember our Total Security Protection ackage, which includes Verified by Visa, helps guard against theft,loss, or unauthorized use, even online.

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 03-28 | 2,914.45- | 880.28 | Bankofamericaky ;Des= cach        ;ID= 7011781171 Cach |
| | | | Eff Date: 030328;Indn:David W Edwards |
| 03-31 | 102.00- | 778.28 | Efi Integratio  03/30 #000876677 Withdrwl |
| | | | Food Lion #1379       Ashburn       VA |
| 03-31 | 0.00 | 778.28 | Efi Integratio  03/30 #000876677 Withdrwl |
| | | | Food Lion #1379       Ashburn       VA      Fee |
| 04-02 | 102.00- | 676.28 | Industrial Ban  04/02 #000002476 Withdrwl |
| | | | 441 4Th Street N.  Washington       DC |
| 04-02 | 73.15- | 603.13 | CheckCard  0331 Self Storage Plus |
| | | | 703-777-8211 VA       1000000190474006 |
| 04-02 | 40.04- | 563.09 | Vzw Vzserve      ;Des= vz Wireles;ID= 090190047445804 |
| | | | Eff Date: 030402;Indn:David W. Edwards        #C |
| 04-02 | 1.50- | 561.59 | CheckCard  0331 Dulles Greenwa0730 |
| | | | Sterling       VA       1000000190540431 |
| 04-02 | 1.50- | 560.09 | CheckCard  0331 Dulles Greenwa0730 |
| | | | Sterling       VA       1000000190540426 |
| 04-02 | 1.50- | 558.59 | CheckCard  0331 Dulles Greenwa0730 |
| | | | Sterling       VA       1000000190540368 |
| 04-02 | 1.50- | 557.09 | CheckCard  0331 Dulles Greenwa0730 |
| | | | Sterling       VA       1000000190540387 |
| 04-02 | 1.50- | 555.59 | CheckCard  0331 Dulles Greenwa0730 |
| | | | Sterling       VA       1000000190540396 |



H

Page 3 of 4
Statement Period
03-28-03 through 04-28-03
Number of checks enclosed: 0
B 18 0 A 18          0002594

Account Number: 0019 1867 8222

DAVID W EDWARDS
BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 04-02 | 1.50- | 554.09 | CheckCard  0331 Dulles Greenwa0730<br>Sterling     VA          1000000190540388 |
| 04-02 | 0.00 | 554.09 | Industrial Ban  04/02 #000002476 Withdrwl<br>441 4Th Street N.  Washington     DC    Fee |
| 04-03 | 172.45- | 381.64 | CheckCard  0401 Self Storage Plus<br>703-777-8211 VA          1000000190472917 |
| 04-03 | 166.74- | 214.90 | CheckCard  0331 Self Storage Plus<br>703-777-8211 VA          1000000190472952 |
| 04-03 | 73.15- | 141.75 | CheckCard  0331 Self Storage Plus<br>703-777-8211 VA          1000000190472951 |
| 04-03 | 26.21- | 115.54 | CheckCard  0401 Ledo Pizza<br>Leesburg     VA          1000000190384350 |
| 04-03 | 1.50- | 114.04 | CheckCard  0401 Dulles Greenwa0730<br>Sterling     VA          1000000190588982 |
| 04-03 | 1.50- | 112.54 | CheckCard  0401 Dulles Greenwa0730<br>Sterling     VA          1000000190588790 |
| 04-08 | 37,800.00+ | 37,912.54 | Deposit |
| 04-08 | 100.00- | 37,812.54 | BkofAmerica ATM 04/08 #000004965 Withdrwl<br>Mount Vernon 1    Washington     DC |
| 04-09 | 6,000.00- | 31,812.54 | Check     3716 |
| 04-09 | 6,000.00- | 25,812.54 | Check     3717 |
| 04-10 | 1,000.00- | 24,812.54 | Online Banking transfer to Chk 6301<br>Confirmation# 1049982472 |
| 04-10 | 8,500.00- | 16,312.54 | American Express;Des= elec Remit;ID= 030409050184987<br>Eff Date: 030410;Indn:David W Edwards |
| 04-10 | 5,113.66- | 11,198.88 | American Express;Des= elec Remit;ID= 030409060757333<br>Eff Date: 030410;Indn:David W Edwards |
| 04-10 | 963.00- | 10,235.88 | American Express;Des= elec Remit;ID= 030409060760113<br>Eff Date: 030410;Indn:David W Edwards |
| 04-10 | 35.00- | 10,200.88 | CheckCard  0409 Cynia European Day<br>Mclean     VA          1000000190739072 |
| 04-11 | 302.00- | 9,898.88 | Industrial Ban  04/11 #000003713 Withdrwl<br>441 4Th Street N.  Washington     DC |
| 04-11 | 2.00- | 9,896.88 | Industrial Ban  04/11 #000003713 Withdrwl<br>441 4Th Street N.  Washington     DC    Fee |
| 04-14 | 500.00- | 9,396.88 | Online Banking payment to Loc 9764<br>Confirmation# 1050238122 |
| 04-14 | 250.00- | 9,146.88 | Online Banking pymt to Bkofam Crd 7027<br>Confirmation# 1050237781 |
| 04-14 | 250.00- | 8,896.88 | Online Banking pymt to Bkofam Crd 5563<br>Confirmation# 1050237895 |
| 04-14 | 250.00- | 8,646.88 | Online Banking pymt to Bkofam Crd 6085<br>Confirmation# 1050237997 |
| 04-14 | 500.00- | 8,146.88 | Check     3718 |
| 04-14 | 500.00- | 7,646.88 | Check     3719 |
| 04-14 | 500.00- | 7,146.88 | Check     3720 |
| 04-15 | 332.45- | 6,814.43 | Check     3721 |
| 04-15 | 96.82- | 6,717.61 | Check     3726 |
| 04-16 | 500.00- | 6,217.61 | Check     3723 |
| 04-16 | 500.00- | 5,717.61 | Check     3727 |
| 04-16 | 487.00- | 5,230.61 | Check     3725 |
| 04-17 | 500.00- | 4,730.61 | Check     3724 |
| 04-18 | 302.00- | 4,428.61 | Industrial Ban  04/18 #000004730 Withdrwl<br>441 4Th Street N.  Washington     DC |



H

Page 4 of 4
Statement Period
03-28-03 through 04-28-03
Number of checks enclosed: 0
B  18  0  A  18          0002595

Account Number: 0019 1867 8222

DAVID W EDWARDS
BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 04-18 | 10.33- | 4,418.28 | Check        3722 |
| 04-18 | 2.00- | 4,416.28 | Industrial Ban  04/18 #000004730 Withdrwl |
|  |  |  | 441 4Th Street N.  Washington    DC   Fee |
| 04-22 | 1,500.00+ | 5,916.28 | Deposit |
| 04-28 | 800.00+ | 6,716.28 | Deposit |
| 04-28 | 3,583.00- | 3,133.28 | Check        3776 |
| 04-28 | 2,914.45- | 218.83 | Bankofamericaky ;Des= cach       ;ID= 7011781171 Cach |
|  |  |  | Eff Date: 030428;Indn:David W Edwards |
| 04-28 | 0.79+ | 219.62 | Interest Earned |

## Checks Posted in Numerical Order

| Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) |
|---|---|---|---|---|---|---|---|---|
| 3716 | 04-09 | 6,000.00 | 3721 | 04-15 | 332.45 | 3726 | 04-15 | 96.82 |
| 3717 | 04-09 | 6,000.00 | 3722 | 04-18 | 10.33 | 3727 | 04-16 | 500.00 |
| 3718 | 04-14 | 500.00 | 3723 | 04-16 | 500.00 | 3776* | 04-28 | 3,583.00 |
| 3719 | 04-14 | 500.00 | 3724 | 04-17 | 500.00 |  |  |  |
| 3720 | 04-14 | 500.00 | 3725 | 04-16 | 487.00 |  |  |  |

'otal Checks Posted                                                    $19,509.60

The asterisk shows a break in the check number order. Your check may have been in a previous statement or may still be outstanding.

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Beginning | 3,794.73 | 04-09 | 25,812.54 | 04-17 | 4,730.61 |
| 03-28 | 880.28 | 04-10 | 10,200.88 | 04-18 | 4,416.28 |
| 03-31 | 778.28 | 04-11 | 9,896.88 | 04-22 | 5,916.28 |
| 04-02 | 554.09 | 04-14 | 7,146.88 | 04-28 | 219.62 |
| 04-03 | 112.54 | 04-15 | 6,717.61 |  |  |
| 04-08 | 37,812.54 | 04-16 | 5,230.61 |  |  |

H

Page 1 of 5
Statement Period
04-29-03 through 05-28-03
Number of checks enclosed: 16
B 18 0 C 18              0014975

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Account Number: 0019 1867 8222

29357 001 SCM999 I123  0

DAVID W EDWARDS
BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING
4201 CATHEDRAL AVE NW
WASHINGTON DC 20016-4901

Our free Online Banking service allows you to check account balances,
transfer funds, pay bills and more. Enroll at www.bankofamerica.com.

Customer Service Information
www.bankofamerica.com

## Your Bank of America Advantage Summary

| Account Name | Account Number | Qualifying Balance* | Type of Balance | Date | Total |
|---|---|---|---|---|---|
| **Deposit Accounts** | | | | | |
| Interest Checking | 0019 1867 8222 | 11,120.94 | Average | 05-27 | |
| Interest Checking | 0019 2114 6301 | 742.16 | Average | 05-27 | |
| Interest Checking | 0019 2337 4579 | 3,000.00 | Average** | 05-27 | |
| **Total Deposit Account Balance** | | | | | $14,863.10 |
| **Credit Accounts** | | | | | |
| Personal CreditLine | 0051 2011 019764 | 8,340.27 | Principal** | 05-27 | |
| **Total Credit Account Balance** | | | | | $8,340.27 |

Thank you for banking with us. With the balances in your accounts, there is no monthly maintenance fee for
Advantage.

* Balances in your linked accounts that are used to avoid a monthly maintenance fee are listed here. These balances reflect the average or principal balance in your
account - for your actual ending account balances, please see the "Your Account at a Glance" section on your statement for each of your accounts.
** Detailed information about this account is not included in this statement.



H

DAVID W EDWARDS
BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING

Account Number: 0019 1867 8222

## Interest Checking

DAVID W EDWARDS · BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING

### Your Account at a Glance

| | | |
|---|---|---|
| Account Number ...................................... 0019 1867 8222 | | |
| Beginning Balance on 04-29-03.................. $ | 219.62 | |
| Deposits and Other Additions..............+ | 46,188.46 | |
| Checks Posted....................................... - | 18,613.72 | |
| ATM and Debit Card Subtractions.... - | 1,206.00 | |
| Service Charges and Other Fees........ - | 62.00 | |
| Other Subtractions................................. - | 22,775.82 | |
| **Ending Balance on 05-28-03................... $** | **3,750.54** | |

*Annual Percentage Yield Earned this Statement*
*Period: 0.20%*
*Interest Paid Year to Date: $4.05*

The monthly maintenance fee for your Interest Checking Account # 0019 1867 8222 will be waived when your average daily balance in combined checking and linked savings, Money Market Savings, CD or IRA accounts meets the balance level stated in the *Personal Schedule of Fees*. Your combined deposit balance for the statement cycle was $14,863.10. As an Advantage customer, you also have other options such as using loan, line of credit and mortgage balances with us, to avoid the monthly maintenance fee. Please contact us if you would like to talk with us about your account.

With Total Security Protection, your Bank of America Check Card(R) is a secure and easy way to pay for your inning bids at online auction sites, such as eBay or Yahoo! And since payment is immediate, there's no delay in nipping. Plus when you use your Bank of America Check Card(R) with online payment services such as PayPal, your transactions are secure.

Receive and pay your bills all in one place with our free Online Banking with Bill Pay service. Instead of visiting multiple biller sites, Online Banking allows you to receive e-bills from more than 200 companies. To pay bills, just tell us who, how much and when you want to pay. Sign up today at www.bankofamerica.com.

Take control of your monthly bills by signing up for automatic bill payment with your Bank of America Check Card(R). Paying your bills has never been more convenient - no more stamps or trips to the post office. Log onto www.bankofamerica.com/easypayment to sign up Today! Let us take care of your payments while you spend your time doing things you enjoy.

Watch your money grow - safely and steadily! Receive FREE scheduled transfers into your preferred rate Money Market Savigns account with no monthly maintenance fee and no minimum balance required. Visit us at any Bank of America Banking Center or go to www.bankofamerica.com/scheduled transfer to find out how.

The perfect gift for you to give. And for them to get. The Bank of America Visa(R) Gift Card. You get to choose from over 40 card designs and then personalize the prepaid card with a greeting and dollar amount. And they get to choose to spend it anywhere Visa is accepted. To buy or for more information, visit bankofamerica.com/giftcard or call 866.261.3594.

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 04-30 | 2,535.00- | 2,315.38 - | Check        3730 |
| 04-30 | 644.25- | 2,959.63 - | Check        3729 |
| 05-01 | 30.00- | 2,989.63 - | Overdraft Fee For Activity Of 04-30 Check #0000003729 |



H

Page 3 of 5
Statement Period
04-29-03 through 05-28-03
Number of checks enclosed: 16
B 18 0 C 18            0014977

Account Number: 0019 1867 8222

DAVID W EDWARDS
BRENDA MOORE EDWARDS
DBA EDWARDS CONSULTING

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 05-01 | 30.00- | 3,019.63 - | Overdraft Fee For Activity Of 04-30 Check #0000003730 |
| 05-02 | 2,500.00+ | 519.63 - | Deposit |
| 05-05 | 1,000.00+ | 480.37 | Deposit |
| 05-05 | 500.00+ | 980.37 | Online Banking advance from Crd 7027 Confirmation# 1052172786 |
| 05-05 | 34.90- | 945.47 | Vzw Vzserve      ;Des= vz Wireles;ID= 090190049480662 Eff Date: 030505;Indn:David W. Edwards      #C |
| 05-07 | 35,420.00+ | 36,365.47 | Deposit |
| 05-07 | 300.00- | 36,065.47 | BkofAmerica ATM 05/07 #000004922 Withdrwl Mount Vernon 1    Washington    DC |
| 05-08 | 1,500.00- | 34,565.47 | American Express;Des= elec Remit;ID= 030507061007159 Eff Date: 030508;Indn:David W Edwards |
| 05-08 | 1,423.51- | 33,141.96 | American Express;Des= elec Remit;ID= 030507060999255 Eff Date: 030508;Indn:David W Edwards |
| 05-08 | 1,000.00- | 32,141.96 | American Express;Des= elec Remit;ID= 030507061003904 Eff Date: 030508;Indn:David W Edwards |
| 05-09 | 6,000.00- | 26,141.96 | Check     3731 |
| 05-09 | 6,000.00- | 20,141.96 | Check     3732 |
| 05-09 | 1,000.00- | 19,141.96 | American Express;Des= elec Remit;ID= 030507061011161 Eff Date: 030509;Indn:David W Edwards |
| 05-09 | 500.00- | 18,641.96 | Mbna America     ;Des= online Pmt;Id= bc E Aeghc H Eff Date: 030509;Indn:D   Edwards |
| 05-12 | 2,000.00- | 16,641.96 | Online Banking transfer to Chk 6301 Confirmation# 1052590428 |
| 05-12 | 302.00- | 16,339.96 | Industrial Ban  05/12 #000007973 Withdrwl 441 4Th Street N.  Washington    DC |
| 05-12 | 0.00 | 16,339.96 | Industrial Ban  05/12 #000007973 Withdrwl 441 4Th Street N.  Washington    DC  Fee |
| 05-13 | 500.00- | 15,839.96 | Online Banking pymt to Bkofam Crd 5563 Confirmation# 2817232468 |
| 05-13 | 500.00- | 15,339.96 | Online Banking pymt to Bkofam Crd 6085 Confirmation# 2817342071 |
| 05-13 | 500.00- | 14,839.96 | Online Banking payment to Loc 9764 Confirmation# 2817501689 |
| 05-13 | 250.00- | 14,589.96 | Online Banking pymt to Bkofam Crd 7027 Confirmation# 2817136085 |
| 05-14 | 23.19- | 14,566.77 | Check     3734 |
| 05-15 | 500.00- | 14,066.77 | Check     3736 |
| 05-15 | 100.00- | 13,966.77 | Check     3738 |
| 05-15 | 74.28- | 13,892.49 | Check     3737 |
| 05-16 | 6,646.58+ | 20,539.07 | US Treasury 220 ;Des= tax Refund;ID= 213583578     IRS Eff Date: 030516;Indn:Edwards, David W & Bre |
| 05-16 | 5,000.00- | 15,539.07 | Counter Debit |
| 05-16 | 500.00- | 15,039.07 | Check     3735 |
| 05-16 | 400.00- | 14,639.07 | Check     3740 |
| 05-19 | 487.00- | 14,152.07 | Check     3742 |
| 05-19 | 250.00- | 13,902.07 | Check     3741 |
| 05-20 | 500.00- | 13,402.07 | Check     3743 |
| 05-21 | 120.40+ | 13,522.47 | Deposit |
| 05-22 | 302.00- | 13,220.47 | Industrial Ban  05/22 #000009627 Withdrwl 441 4Th Street N.  Washington    DC |
| 05-22 | 100.00- | 13,120.47 | Check     3733 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In Re:                          )
    David W. Edwards          )          Case No. 05-02168
            Debtor      )          Chapter 7

**FILED**
NOV 09 2006
Clerk
U.S. Bankruptcy Court for D.C.

## OBJECTION TO TRUSTEE'S FINAL REPORT

Comes now the Creditor, Brenda Moore-Edwards, and files her Objection to the
Trustee's Final Report.

**RELIEF IS SOUGHT FROM A UNITED STATES DISTRICT JUDGE pursuant to
Rule 603(a), <u>DE NOVO</u> REVIEW, and pursuant to 28 U.S.C. Section 157(c)(1).**

The Creditor, Brenda Moore-Edwards, filed her Objection to the Court's Order
Disallowing Claim No. 8 of Brenda Moore-Edwards pursuant to Rule 603(a) , De Novo Review
and pursuant to 28 U.S.C. Section 157(c)(1) on November 3, 2006.

The Trustee's Final Report should be based upon the **requested ruling from a UNITED
STATES DISTRICT JUDGE pursuant to Rule 603(a), <u>DE NOVO</u> REVIEW, and pursuant
to 28 U.S.C. Section 157(c)(1).**

**WHEREFORE,** Creditor requests that the Trustee's Final Report be denied .

Respectfully submitted,

*Brenda Moore Edwards*

Brenda Moore-Edwards
798 Col. Edmonds Court
Warrenton, Virginia 20186
540 347 5367

## POINTS AND AUTHORITIES

1.    28 U.S.C. Section 157(c)(1).
2.    Rule 603(a).
3.    The Record herein.



## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by first class mail, postage prepaid, to:

Edward M. Kimmel, Esq.
Kimmel & Roxborough
7629 Carroll Avenue, Southern Suite 4
Takoma Park, Maryland 20912

Darrell W. Clark, Esq.
Stinson Morrison Heckler LLP
1150 18th Street, N.W., Suite 800
Washington, DC 20036

Last Known Address of David W. Edwards
6312 Wiscasset Road
Bethesda, Maryland 20816

Date: _Nov. 9, 2006_

_Brenda Moore-Edwards_

Brenda Moore-Edwards
798 Col. Edmonds Court
Warrenton, Virginia 20186
540 347 5367

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In Re:                           )
    David W. Edwards          )        Case No. 05-02168
    _____Debtor_____  )        Chapter 7

## NOTICE OF OBJECTION TO
## TRUSTEE'S FINAL REPORT

**PLEASE TAKE NOTICE** that the Creditor, Brenda Moore-Edwards, has filed an

Objection to the Trustee's Final Report and is requesting **RELIEF FROM A UNITED**

**STATES DISTRICT JUDGE pursuant to Rule 603(a), DE NOVO REVIEW, and pursuant**

**to 28 U.S.C. Section 157(c)(1)**.  The Objection seeks the denial of the Trustee's Final Report.

**PLEASE TAKE NOTICE that within 20 days after the mailing of the notice you**

**must file and serve a written objection to the DE NOVO Review of the Creditor's**

**Objection to the Trustee's Final Report, together with the proposed order required by**

**Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the**

**Clerk of the U.S. Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Avenue, N.W.,**

**Washington, DC 20001, and served (by delivery of mailing a copy) upon the undersigned.**

The objection must contain a complete specification of the factual and legal grounds upon which

it is based.

**IF YOU FAIL TO FILE A TIMELY OBJECTION TO THE DE NOVO REVIEW**

**OF THE CREDITOR'S OBJECTION TO THE TRUSTEE'S FINAL REPORT**

**MAY BE APPROVED BY THE COURT WITHOUT A HEARING.** Further, the Court may

grant the relief requested without a hearing if the objection filed states inadequate grounds for

denial.

Respectfully submitted,

*Brenda Moore Edwards*
_____
Brenda Moore-Edwards
798 Col. Edmonds Court
Warrenton, Virginia 20186
540 347 5367

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by first class mail, postage prepaid, to:

Edward M. Kimmel, Esq.
Kimmel & Roxborough
7629 Carroll Avenue, Southern Suite 4
Takoma Park, Maryland 20912

Darrell W. Clark, Esq.
Stinson Morrison Heckler LLP
1150 18th Street, N.W., Suite 800
Washington, DC 20036

Last Known Address of David W. Edwards
6312 Wiscasset Road
Bethesda, Maryland 20816

Date: _Nov. 9, 2006_

_Brenda Moore Edwards_

Brenda Moore-Edwards
798 Col. Edmonds Court
Warrenton, Virginia 20186
540 347 5367

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                                    )
    David W. Edwards                      )        Case No. 05-02168
    _____ _____Debtor_____     )        Chapter 7


## ORDER

      This matter came before the Court on the Objection to the Trustee's Final Report
by the Creditor, Brenda Moore-Edwards.

      After reviewing the evidence presented and response of all interested parties, it is
the finding of this Court that the Creditor has established that the testimony and evidence
provided was insufficient for the filing of the Trustee's Final Report.

      **WHEREFORE,** it is the order and judgment of this Court that the Trustee's Final
Report should be and hereby is **DENIED.**


**END OF ORDER**


1

SERVE:


Brenda Moore-Edwards
798 Col. Edmonds Court
Warrenton, Virginia 20186


Darrell W. Clark, Esq.
Stinson Morrison Hecker LLP
1150 18th Street, N.W.
Suite 800
Washington, DC 20036


David W. Edwards
6312 Wiscasset Road
Bethesda, Maryland 20816


Edward Kimmel
7629 Carroll Avenue
Takoma Park, Maryland 20912

The order below is hereby signed.

Signed: November 21, 2006.



_S. Martin Teel Jr._
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                          )
                               )
DAVID W. EDWARDS,              )      Case No. 05-02168
                               )      (Chapter 7)
            Debtor.            )

ORDER DIRECTING CLERK RE HANDLING
OF REQUEST OF BRENDA MOORE-EDWARDS FOR
DE NOVO REVIEW (ENTITLED "OBJECTION TO ORDER
DISALLOWING CLAIM NO. 8 OF BRENDA MOORE-EDWARDS")

On November 3, 2006, Brenda Moore-Edwards, proceeding _pro
se_, filed a document entitled "Objection to Order Disallowing
Claim No. 8 of Brenda Moore-Edwards" (the "Objection").  The
order at issue was entered on October 19, 2006, and disallowed
Ms. Moore-Edwards's claim.[1]  The Objection seeks de novo review
by the District Court pursuant to 28 U.S.C. § 157(c)(1), but Ms.
Moore-Edwards is in error in thinking that review by the District
Court of the order may be sought by way of the procedures of 28

---

[1]  The court has also issued another order that directs the
trustee to make distribution of the funds he has on hand in
accordance with the disallowance of Ms. Moore-Edwards's claim.
That order is the subject of another request by Ms. Moore-Edwards
for de novo review.

58

U.S.C. § 157(c)(1). Nevertheless, this court has no choice other than to direct the Clerk to transmit the Objection to the Clerk of the District Court.

I

### INAPPLICABILITY OF DE NOVO REVIEW PROVISION

Section 157(c)(1) applies only to non-core proceedings. The debtor's objection to claim that was disposed of by the order was quintessentially a core proceeding. See 28 U.S.C. § 157(b)(2)(B) (listing as a core proceeding "allowance or disallowance of claims against the estate" with an exception of no relevance here). It is for that reason that the court did not issue proposed findings of fact and conclusions of law for review by the District Court as would have been required by § 157(c)(1) had the proceeding been a non-core proceeding. Accordingly, this is not a matter proper for de novo review by the District Court, and I recommend that the District Court dismiss the Objection once it is docketed in the District Court.

II

### THE OBJECTION IS NOT A NOTICE OF APPEAL

As authorized by 28 U.S.C. § 157(b)(1), and subject to review under 28 U.S.C. § 158, the bankruptcy court entered an order disallowing Ms. Moore-Edwards's claim. Such an order can be reviewed by the District Court only by way of appeal. 28 U.S.C. § 158(a)(1). Such an appeal must be effectuated by a

2

timely notice of appeal under Federal Rules of Bankruptcy
Procedure 8001(a) and 8002.  The Objection that Ms. Moore-Edwards
filed cannot be construed as a notice of appeal as it does not
seek review by way of appeal and does not, as required by Rule
8001(a), conform substantially with Official Form 17.  Moreover,
if the Objection were treated as a notice of appeal, Ms. Moore-
Edwards has not paid the notice of appeal fee of $5.00 and the
docketing fee of $250.00 owed upon filing a notice of appeal.  No
fee is triggered by the filing of a request under § 157(c)(1) for
de novo review.  The court will not view Ms. Moore-Edwards's
having filed a notice of appeal (and having thereby incurred a
liability for paying $255.00 in fees).

III

DISPOSITION OF REQUEST FOR DE NOVO REVIEW

Unfortunately, this court cannot dismiss Ms. Moore-Edwards's
Objection as a procedurally improper document.  The District
Court is the appropriate court to determine that de novo review
is unavailable.  Accordingly, the Clerk must process the
Objection in accordance with the procedures of District Court
Local Bankruptcy Rule 9033-1.  The time has expired for making
designations of parts of the record that should be considered by
the District Court (were the Objection a proper request for de
novo review).  <u>See</u> District Court Local Bankruptcy Rule 5011-2(d)
(made applicable by District Court Local Bankruptcy Rule 9033-

3

1(b)). Similarly, the time for the debtor to file a response to the objections has expired, id., and there is no necessity for such a response when the Objection is plainly in error in seeking de novo review. Accordingly, the matter is ripe to transmit to the Clerk of the District Court.

IV

In light of the foregoing, it is

ORDERED that the Clerk shall transmit the Objection to Order Disallowing Claim No. 8 of Brenda Moore-Edwards to the Clerk of the District Court in accordance with District Court Local Bankruptcy Rule 5011-2(f) (made applicable by Rule 9033-1(b)), unless Ms. Moore-Edwards withdraws the document before the Clerk acts to make the transmittal. It is further

ORDERED that as part of the record transmitted, the Clerk shall include:

- Docket Entry ("DE") No. 35 (Debtor's Objection to the Proof of Claim of Brenda Moore-Edwards);
- DE No. 38 (Opposition to Debtor's Objection to the Proof of Claim of Brenda Moore-Edwards);
- DE No. 50 (Order Disallowing Claim #8 of Brenda Moore-Edwards);
- DE No. 56 (Objection to Order Disallowing Claim No. 8 of Brenda Moore-Edwards);
- a copy of this order; and

4

• a copy of the docket sheet for this bankruptcy case.

[Signed and dated above.]

Copies to:

Debtor

Debtor's Attorney

Chapter 7 Trustee

Darrell W. Clark, Esq.

Brenda Moore-Edwards
798 Col. Edmonds Court
Warrenton, VA 20186

Office of United States Trustee

5

The order below is hereby signed.

Signed: November 21, 2006.



_S. Martin Teel, Jr._
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                        )
                             )
DAVID W. EDWARDS,            )    Case No. 05-02168
                             )    (Chapter 7)
                Debtor.      )

ORDER DIRECTING CLERK RE HANDLING
OF REQUEST OF BRENDA MOORE-EDWARDS FOR
DE NOVO REVIEW (ENTITLED "OBJECTION TO TRUSTEE'S FINAL REPORT")

On November 9, 2006, Brenda Moore-Edwards, proceeding _pro se_, filed a document entitled "Objection to Trustee's Final Report" (the "Objection") in which she apparently requests de novo review by the District Court of this court's approval of the trustee's amended final report. That amended final report was approved pursuant to the "Order Disapproving Final Report (DE# 41), Approving Amended Final Report, Trustee's Application for Compensation and Directing Final Distribution of Funds on Hand" entered in this court on October 27, 2006.[1] The Objection seeks

---

[1] The amended final report reflects changes required to make the report consistent with this court's order disallowing Ms. Moore-Edwards's proof of claim that was filed in the case. Ms. Moore-Edwards has sought de novo review of that order as well.

59

de novo review by the District Court pursuant to 28 U.S.C. §
157(c)(1), but Ms. Moore-Edwards is in error in thinking that
review by the District Court of the order may be sought by way of
the procedures of 28 U.S.C. § 157(c)(1). Nevertheless, this
court has no choice other than to direct the Clerk to transmit
the Objection to the Clerk of the District Court.

I

INAPPLICABILITY OF DE NOVO REVIEW PROVISION

Section 157(c)(1) applies only to non-core proceedings. The
debtor objected to the approval of the original final report
because he had an objection to Ms. Moore-Edwards's claim pending
and argued that the final report should be adjusted to reflect
the outcome of that objection to claim. The proceeding to
determine necessary adjustments to the final report was
quintessentially a core proceeding addressing disposition of the
*res* (the bankruptcy estate) being administered by the trustee.
See 28 U.S.C. § 157(b)(2)(A) (listing as a core proceeding
"matters concerning the administration of the estate"). It is
for that reason that the court did not issue proposed findings of
fact and conclusions of law for review by the District Court as
would have been required by § 157(c)(1) had the proceeding been a
non-core proceeding. Accordingly, this is not a matter proper
for de novo review by the District Court, and I recommend that
the District Court should dismiss the Objection once it is

2

00a7bf06dc3b905f

docketed in the District Court.

II

THE OBJECTION IS NOT A NOTICE OF APPEAL

As authorized by 28 U.S.C. § 157(b)(1), and subject to
review under 28 U.S.C. § 158, the bankruptcy court entered an
order approving the amended final report.  Such an order can be
reviewed by the District Court only by way of appeal.  28 U.S.C.
§ 158(a)(1).  Such an appeal must be effectuated by a timely
notice of appeal under Federal Rules of Bankruptcy Procedure
8001(a) and 8002.  The document that Ms. Moore-Edwards filed
cannot be construed as a notice of appeal as it does not seek
review by way of appeal and does not, as required by Rule
8001(a), conform substantially with Official Form 17.  Moreover,
if the document were treated as a notice of appeal, Ms. Moore-
Edwards has not paid the notice of appeal fee of $5.00 and the
docketing fee of $250.00 owed upon filing a notice of appeal.  No
fee is triggered by the filing of a request under § 157(c)(1) for
de novo review.  The court will not view Ms. Moore-Edwards's
having filed a notice of appeal (and having thereby incurred a
liability for paying $255.00 in fees).

III

DISPOSITION OF REQUEST FOR DE NOVO REVIEW

Unfortunately, this court cannot dismiss Ms. Moore-Edwards's
Objection as a procedurally improper document.  The District

3

Court is the appropriate court to determine that de novo review
is unavailable.  Accordingly, the Clerk must process the
Objection in accordance with the procedures of District Court
Local Bankruptcy Rule 9033-1.  On November 24, 2006, the time
will expire for the debtor and the trustee to make designations
of parts of the record that they believe should be considered by
the District Court (were the Objection a proper request for de
novo review).  See District Court Local Bankruptcy Rule 5011-2(d)
(made applicable by District Court Local Bankruptcy Rule 9033-
1(b)).  But presumably they will see no reason to designate any
parts of the record to transmit as this is plainly not a matter
reviewable de novo by the District Court.  Similarly, the time
for them to file a response to the objections will expire on the
same date.  Id.  There is no necessity for such a response when
the Objection is plainly in error in seeking de novo review, and
accordingly there will likely be no response for the debtor to
then reply to.  Accordingly, the matter will likely be ripe to
transmit to the Clerk of the District Court on Monday November
27, 2006.

IV

    In light of the foregoing, it is

    ORDERED that on November 27, 2006, the Clerk shall ascertain
whether the Objection is ready to be transmitted to the District
Court, and, if so, transmit the Objection to the Clerk of the

4

District Court in accordance with District Court Local Bankruptcy
Rule 5011-2(f) (made applicable by Rule 9033-1(b)), unless Ms.
Moore-Edwards withdraws the document before the Clerk acts to
make the transmittal.  It is further

ORDERED that as part of the record transmitted, the Clerk
shall include:

- Docket Entry ("DE") No. 38 (Trustee's Final Report and
  Proposed Distribution);
- DE No. 46 (Debtor's Objection to Final Report);
- DE No. 51 (Chapter 7 Trustee's Final Report and Account
  Amended Filed by Marc E. Albert);
- DE No. 54 (Order Disapproving Final Report (DE# 41),
  Approving Amended Final Report, Trustee's Application
  for Compensation and Directing Final Distribution of
  Funds on Hand);
- DE No. 57 (Objection to Final Report);
- a copy of this order; and
- a copy of the docket sheet for this bankruptcy case.

[Signed and dated above.]

5

Copies to:

Debtor

Debtor's Attorney

Chapter 7 Trustee

Darrell W. Clark, Esq.

Brenda Moore-Edwards
798 Col. Edmonds Court
Warrenton, VA 20186

Office of United States Trustee

6

06-2130
RMC

JS-44
(Rev. 2/01 DC)

## I (a) PLAINTIFFS

_In Re: David W. Edwards_

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

### DEFENDANTS

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT_____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

CASE NUMBER 1:06CV02130

JUDGE: Rosemary M. Collyer

DECK TYPE: General Civil

DATE STAMP: 12/14/2006

## II. BASIS OF JURISDICTION

(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

Ⓧ 3 Federal Question
(U.S. Government Not a Party)

☐ 4 Diversity
(Indicate Citizenship of Parties in item III)

## III CITIZENSH...
FOR PLAINTIFF AN...

| | | | PTY! | DFT |
|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

### ☐ A. Antitrust

☐ 410 Antitrust

### ☐ B. Personal Injury/ Malpractice

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## Ⓧ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
Ⓧ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ **G.  Habeas Corpus/ 2255** | ☐ **H.  Employment Discrimination** | ☐ **I.  FOIA/PRIVACY ACT** | ☐ **J.  Student Loan** |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student<br>Loans (excluding veterans) |
| ☐ **K.  Labor/ERISA (non-employment)** | ☐ **L.  Other Civil Rights (non-employment)** | ☐ **M.  Contract** | ☐ **N.  Three-Judge Court** |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability | ☐ 441 Civil Rights-Voting (if Voting<br>Rights Act) |

**V. ORIGIN**

☒ 1 Original    ☐ 2 Removed    ☐ 3 Remanded from    ☐ 4 Reinstated    ☐ 5 Transferred from    ☐ Multi district    ☐ 7 Appeal to
Proceeding    from State    Appellate Court    or Reopened    another district    Litigation    District Judge
Court    (specify)    from Mag.
Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

*BANKRUPTCY APPEAL  11: 8001*

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS<br>☐  ACTION UNDER F.R.C.P. 23 | **DEMAND $** | Check YES only if demanded in complaint<br>**JURY DEMAND:** ☐ YES     ☐ NO |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY**  *N.F.*  (See instruction)    ☐ YES  ☐ NO    If yes, please complete related case form.

DATE *12.14.06*    SIGNATURE OF ATTORNEY OF RECORD  *NCD*

## INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
### Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tip for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.     COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Secti II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk' Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd